MJD:pab

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
FT. LAUDERDALE DIVISION

CASE NO. 00-6088 CR-UNGARO-BENAGES

IN RE: GRAND JURY 99-01 FTL)
_____/

**MOTION TO SEAL**

The United States of America, by and through the undersigned Assistant United States Attorney for the Southern District of Florida, hereby moves this Court for an order sealing the Indictment, Penalty Sheets, Certificate of Trial Attorney, Arrest Warrants, Bond Recommendation Sheets, this Motion to Seal, and Sealing Order (except for copies to be used by law enforcement personnel during execution of their official duties in the investigation), and remain sealed in the custody of the Clerk of the Court until such time as the first defendant has been arrested. In support thereof, the following is shown:

1. The nine defendants have not been previously indicted. Disclosure of the existence of these charges would hinder the ability of the United States to locate and arrest the defendants.

**WHEREFORE,** the United States respectfully requests that this Court Order that the Indictment, Penalty Sheets, Certificate of Trial Attorney, Arrest Warrants, Bond Recommendation Sheets, Motion to Seal, and this Sealing Order (except for copies to be used by



law enforcement personnel during execution of their official duties in the investigation) be **SEALED** until such time as the first defendant has been arrested.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

Date: 4/4/00           By: _____
                           MICHAEL J. DITTOE
                           Assistant United States Attorney
                           Court ID #A 55000209
                           500 E. Broward Blvd., Suite 700
                           Fort Lauderdale, FL 33394-3002
                           Tel: (954) 356-7392
                           Fax: (954) 356-7230