MJD:pab

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6088 CR-UNGARO-BENAGES

MAGISTRATE JUDGE
CROW

IN RE: GRAND JURY 99-01 FTL)
_____/

## ORDER TO SEAL

This cause comes before the Court on the Government's Motion to Seal. Considering the grounds raised in said motion, and the Court being otherwise advised in the premises,

**IT IS HEREBY ORDERED** that the Indictment, Penalty Sheets, Certificate of Trial Attorney, Arrest Warrants, Bond Recommendation Sheets, Motion to Seal, and this Sealing Order in the above-captioned matter shall be sealed (except for copies to be used by law enforcement personnel during execution of their official duties in the investigation) and shall remain sealed in the custody of the Clerk of the Court until such time as the first defendant has been arrested.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida this 4th April, 2000.

*Lurana S. Snow*
LURANA S. SNOW
CHIEF UNITED STATES MAGISTRATE JUDGE