# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

V.

JOSEPH MINUTO

TO: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER: **00-6088**

CR-UNGARO-BENAGES

MAGISTRATE JUDGE
BROWN

FILED by __ D.C.
APR - 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

YOU ARE HEREBY COMMANDED to arrest   JOSEPH MINUTO
                                                                                        Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy to commit RICO, Money Laundering, Extortionate Collection of Credit; Interstate Gambling

in violation of Title 18 United States Code, Section(s)   894, 1955, 1956, 1962(d)

| CLARENCE MADDOX | COURT ADMINISTRATOR/CLERK OF THE COURT |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Denny Butler | 04/04/00     FORT LAUDERDALE, FLORIDA |
| Signature of Issuing Officer | Date and Location |
| | /s/ Lurana S. Snow |
| Bail fixed at $50,000 Corporate Surety Bond | by CHIEF UNITED STATES MAGISTRATE JUDGE LURANA S. SNOW |
| | Name of Judicial Officer |

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: __JOSEPH MINUTO__

ALIAS: ____

LAST KNOWN RESIDENCE: __751 Orangeburgh Road, Riverbrook, New Jersey__

LAST KNOWN EMPLOYMENT: ____

PLACE OF BIRTH: ____

DATE OF BIRTH: __01/22/62__

SOCIAL SECURITY NUMBER: ____

HEIGHT: ____   WEIGHT: ____

SEX: ____   RACE: ____

HAIR: ____   EYES: ____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: ____

FBI NUMBER: ____

COMPLETE DESCRIPTION OF AUTO: ____

INVESTIGATIVE AGENCY AND ADDRESS: __FBI, S/A Darin Sachs, 16320 N.W. 2nd Avenue, North Miami Beach, FL 33169__