# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

V.

MARCO MINUTO, a/k/a "The Big Guy"

**WARRANT FOR ARREST**

**CASE NUMBER: 00-6088-CR-UNGARO-BENAGES**

MAGISTRATE JUDGE BROWN

TO: The United States Marshal
and any Authorized United States Officer

FILED by APR -4 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

YOU ARE HEREBY COMMANDED to arrest  MARCO MINUTO, a/k/a "The Big Guy"
                                      Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment [ ] Information [ ] Complaint [ ] Order of court [ ] Violation Notice [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy to commit RICO, Hobbs Acts, Money Laundering, Extortionate Collection of Credit; Interstate Gambling, Theft from Interstate Shipment

in violation of Title 18 United States Code, Section(s)  894, 1951, 1955, 1956, 1962(d)

CLARENCE MADDOX
Name of Issuing Officer

*Jenny Butler* (signature)
Signature of Issuing Officer

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

04/04/00    FORT LAUDERDALE, FLORIDA
Date and Location

Bail fixed at $ PRETRIAL DETENTION requested

*Lurana S. Snow* (signature)
LURANA S. SNOW
by CHIEF UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | | |
| DATE OF ARREST | | |

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: MARCO MINUTO, a/k/a "The Big Guy"

ALIAS:

LAST KNOWN RESIDENCE: 500 S. Ocean Blvd., Apt. 1608, Boca Raton, FL

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH: 03/23/36

SOCIAL SECURITY NUMBER:

HEIGHT:                     WEIGHT:

SEX:                        RACE:

HAIR:                       EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: FBI, S/A Darin Sachs, 16320 N.W. 2nd Avenue, North Miami Beach, FL 33169