UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. *50-6088-CR-Ungaro*
                                                          *Benages*
                                          :

UNITED STATES OF AMERICA,

vs.

*Marco Minuto*

                        Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No : *On Bond*

Language: *English*

    The above-named Defendant appeared before **Magistrate Judge**
 **STEPHEN T. BROWN** , where the Defendant was arraigned and a plea
of not guilty was entered.  Defendant and court-appointed/retained
counsel of record will be **noticed for trial by the District Judge
assigned to this case.**  The following information is current as of
this date:

**Defendant:**        Address: *On Bond*

                Tel. No:_____

**Defense Counsel:**  Name : *Murray Richmond - phv*
                                            *90 Alan Weinstein -*
                                            *1801 W Ave.*
                                            *Miami Beach, FL 33139*

             Tel. No.( *305* ) *534-4666*

**Bond Set/Continued:**  $ *750,000  CSB*

Dated this *31* day of *May* , 2000 .

        CLARENCE MADDOX,  COURT ADMINISTRATOR

        BY STEPHANIE A. LEE
          Deputy Clerk

c:Clerk for Judge
  U.S. Attorney
  Defense Counsel
  Pretrial Services

TAPE NO. 00 D- *50-30*
DIGITAL START NO._____