UNITED STATES OF AMERICA
SOUTHERN DISTRICT COURT

CASE NO. 00-6088 CR- Ungaro-Benages

UNITED STATES OF AMERICA,

v.

**NOTICE OF TEMPORARY APPEARANCE AS COUNSEL**

MARCO MINUTO

COMES NOW ALAN E WEINSTEIN and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the understanding that the undersigned counsel will fulfill any obligations imposed by the Court such as **preparing and filing documents necessary to collateralize any personal surety bond which may be set.**

Counsel's Name (Printed) ALAN E WEINSTEIN

Counsel's Signature _____

Address 1801 WEST AVENUE
MIAMI BEACH, FL    ZIP CODE: 33139

Telephone (305) 534-4666