UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _00-6088_

UNITED STATES OF AMERICA,

v.

_Marco Minuto_

NOTICE OF PERMANENT
APPEARANCE AS COUNSEL
OF RECORD

COMES NOW _Murray Richman_, and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.

DATED: _5/31/00_

Attorney _Murray Richman_
Address _2027 Williamsbridge Rd_
City _Bx_ State _NY_ Zip _10461_
Telephone _718-892-8588_
Florida Bar No. _____

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

_Marco Minuto_