IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | CASE NO. 00-6088-CR-UUB |
| vs. | § | |
| JOSEPH MINUTO, | § | |
| Defendant. | § | |

## NOTICE OF APPEARANCE AS LOCAL COUNSEL

JEFFREY S. WEINER, ESQUIRE, Attorney at Law, Two Datran Center, Suite 1910, 9130 South Dadeland Boulevard, Miami, Florida 33156-7858 hereby files this Notice of Appearance as local counsel for Joseph Minuto during the pendency of this case in the United States District Court for the Southern District of Florida only. Mr. Weiner has been asked by Bill Hunt, Esquire, counsel of record for Mr. Minuto, to file this Notice as local counsel and Mr. Weiner has agreed to do so. Mr. Weiner spoke with Assistant United States Attorney Michael J. Dittoe who has no objection to Mr. Weiner filing notices of appearance on behalf of Joseph Minuto, co-defendant Marco Minuto, and co-defendant Chris Greco, especially since Mr. Weiner's involvement in the case is limited as local counsel.

IT IS HEREBY requested that the Clerk of this Court hereafter forward to the undersigned, copies of all pleadings filed in the above-captioned matter by the United States Attorney's Office.

Undersigned counsel also requests that the Clerk of this Court promptly notify the undersigned of the time, date and place of all hearings, calendar calls and trial to ensure prompt appearance of the Defendant and counsel before this Court.

I HEREBY CERTIFY that a true and correct copy of the foregoing was tendered via U.S. Mail this 6th day of June, 2000, to Assistant United States Attorney Michael J. Dittoe, 500 E. Broward Blvd., Ft. Lauderdale, Florida 33301.

Respectfully submitted,

JEFFREY S. WEINER, P.A.
ATTORNEYS AT LAW
Two Datran Center, Suite 1910
9130 South Dadeland Blvd.
Miami, Florida 33156-7858
(305) 670-9919
(305) 670-9299 Fax

By: _____
JEFFREY S. WEINER, ESQUIRE
Florida Bar No. 185214