# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

MARCO MINUTO, a/k/a "The Big Guy"

TO: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER: **00-6088**

**CR - UNGARO - BENAGES**

MAGISTRATE JUDGE

YOU ARE HEREBY COMMANDED to arrest __MARCO MINUTO, a/k/a "The Big Guy"__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy to commit RICO, Hobbs Acts, Money Laundering, Extortionate Collection of Credit; Interstate Gambling, Theft from Interstate Shipment

in violation of Title 18 United States Code, Section(s) __ 894, 1951, 1955, 1956, 1962(d) __

| CLARENCE MADDOX | COURT ADMINISTRATOR/CLERK OF THE COURT |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Jenny Butler | 04/04/00   FORT LAUDERDALE, FLORIDA |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ __PRETRIAL DETENTION requested__ by CHIEF __UNITED STATES MAGISTRATE JUDGE__
/s/ Lurana S. Snow
LURANA S. SNOW
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above named defendant at
**Upper Saddle River, NJ**

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 4/4/2000 | James A. Tassone, US Marshal | /s/ Fred Depompa, SDUSM |
| DATE OF ARREST 5/3/2000 | FOR: FBI | |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: __MARCO MINUTO, a/k/a "The Big Guy"__

ALIAS: _____

LAST KNOWN RESIDENCE: __500 S. Ocean Blvd., Apt. 1608, Boca Raton, FL__

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: __03/23/36__

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: __FBI, S/A Darin Sachs, 16320 N.W. 2nd Avenue, North Miami Beach, FL 33169__