FILING FEE PAID $75.00
In Forma Pauperis
823933
Clarence Maddox, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA,   Case No. 00-6088-Cr.-Ungaro Benages

vs.

MARCO MINUTO,

   Defendant.

_____/

MOTION TO APPEAR PRO HAC VICE

In accordance with Local Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission of MURRAY RICHMAN, of the law firm of Murray Richman, 2027 Williamsbridge Road, Bronx, New York 10461 (718) 892-8588, for purposes of appearing as co-counsel on behalf of MARCO MINUTO herein, in the above-styled case only.

MURRAY RICHMAN certifies herewith that he has studied the Local Rules of this Court and is a member in good standing of the Southern District and Eastern District of New York. Attached hereto is a certificate of good standing from the Clerk of the United States District Court, Southern District of New York.

In further support of this motion, it is hereby designated that Jeffrey S. Weiner, admitted to the Southern District of Florida is a member of the bar of this Court and maintains an office in this District for the practice of law. He is a person to whom the Court and counsel may readily communicate and upon whom papers may

be served. In addition the law firm of Jeffrey S. Weiner, of Two Datran Ctr. Ste. 1910 9130 Dadeland Boulevard, Miami ,Fla. 33156, telephone number 305 670-9919, acts as local counsel in this matter on behalf of Murray Richman.

## CONSENT TO DESIGNATION

I HEREBY CONSENT TO THE FOREGOING DESIGNATION.

Dated: June 20th 2000

JEFFREY S. WEINER

Executed under penalty of perjury on the   day of June, 2000 at

Respectfully submitted,
By:

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent via U.S. Mail this 30th day of June, 2000, to:

By: _____

SDNY (11/99) Certificate of Good Standing

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, **James M. Parkison**, Clerk of this Court, certify that

**MURRAY RICHMAN**, Bar # **MR2420**

was duly admitted to practice in this Court on

**JULY 12th, 1983**, and is in good standing

as a member of the Bar of this Court.

Dated at 500 Pearl Street
New York, New York    on    **JUNE 8th, 2000**

_James M. Parkison_
**Clerk**

by: _[signature]_
**Deputy Clerk**