UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA,    Case No. 00-6088-Cr.-Ungaro Benages

vs.

MARCO MINUTO,

        Defendant.
_____/

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

This cause has come before the Court upon the application of Murray Richman, counsel for Marco Minuto, fir permission to appear and participate pro hac vice in the above-styled case. Being fully advised, the Court

ORDERES, ADJUDGES and DECREES that said motion be, and the same is hereby GRANTED.

DONE and ORDERED in chambers at the United States District Courthouse, Southern District of Florida, this 23 day of June, 2000.

                                            Hon. Ungaro Benages
                                            U.S. District Judge
                                            Southern District of Florida

cc: Counsel of Record.