AO 458 (Rev. 5/85)  Appearance

# United States District Court

SOUTHERN _____ DISTRICT OF ___ FLORIDA _____

UNITED STATES OF AMERICA

vs.                                                    **APPEARANCE**

MARCO MINUTO,

        Defendant                    CASE NUMBER:  00-6088-Cr.-Ungaro Benage

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for    ALL PURPOSES

_____June 29, 2000_____
*Date*

              *Signature*

    MURRAY RICHMAN, ESQ.
    *Print Name*

    2027 Williamsbridge Road
    *Address*

    Bronx, New York          10461
    *City*          *State*          *Zip Code*
    (718) 892-8588

    *Phone Number*

NON-COMPLIANCE OF S.D. fla. L.R. 5(A)

