UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6088-UNGARO-BENAGES/BROWN

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSEPH MINUTO, et al.,

Defendants.

_____/



FILED by ____ D.C.

JUL 1 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

## ORDER GRANTING JOSEPH MINUTO'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF BOND TO PERMIT VACATION TRAVEL

This matter, having come before the Court on Defendant Joseph Minuto's Unopposed Motion to Modify Conditions of Bond to Permit Vacation Travel, and the Court, being fully advised in the premises, it is

ORDERED that Defendant Joseph Minuto's Motion is GRANTED. Minuto's bond conditions are modified to permit him to travel on vacation this summer with his family to Lake George, New York; Hershey, Pennsylvania; Newport, Rhode Island; Mystic, Connecticut; and the State of Vermont. Defendant's travel shall be for extended weekends, not to exceed four days. Prior to departure, Defendant shall submit to Pre-Trial Services a travel itinerary.

DONE and ORDERED this _11_ day of July, 2000 in Miami, Miami-Dade County, Florida.

_Ursula Ungaro-Benages_
UNITED STATES DISTRICT JUDGE

cc:    Robert J. Becerra, Esq.
       Michael Dittoe, AUSA; Pre-Trial Services