UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6088-cr
         Ungaro-Benages
Magistrate Brown

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ANGEL HERNANDEZ,

        Defendants.
_____/

FILED by _____ D.C.
JUL 1 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER OF REFERENCE TO MAGISTRATE

PURSUANT to 28 U.S.C. Sect. 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned Cause is referred to United States Magistrate Judge Stephen T. Brown to take all the necessary and proper action as required by law, with respect to an evidentiary hearing on Probations Petition for Violation of Probation. Pursuant to this referral order, it is also

ORDERED and ADJUDGED that it is the responsibility of the parties in this case to note on **ALL MOTIONS AND SUBMISSIONS PERTAINING TO ANY OF THE ABOVE REFERENCED MATTERS SHALL CONTAIN THE NAME OF THE MAGISTRATE ASSIGNED** and an additional courtesy copy of all materials necessary to the resolution of the referred matter shall be directed to the Magistrate's chambers.

DONE and ORDERED in chambers at the United States District Court, Miami, Florida, this _11_ day of July, 2000.

*[signature]*
URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge
    Counsel of Record