NON-COMPLIANCE OF S.D. fla. L.R. 5.1/B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | CASE NO. 00-6088-CR-UUB |
| vs. | § | |
| MARCO MINUTO, | § | |
| Defendant. | § | |

## MOTION FOR PERMISSION TO ATTEND MARTIAL CEREMONY

COMES NOW, Marco Minuto, by and through undersigned counsel and respectfully requests this Honorable Court to approve the defendant attending the wedding of his niece, Christine Joann Engellardi to Eric John Kaufman this Saturday, July 15, 2000 at 6:00 p.m. at the Church of the Transfiguration in Tarrytown, New York. Immediately after the ceremony is a reception at "The Castle" in Tarrytown. In support of this motion, undersigned counsel states as follows:

1.  Mr. Minuto is a defendant in the instant case which is scheduled for trial in February 2001.

2.  As part of Mr. Minuto's pre-trial release, it was agreed that he would be on home confinement with an ankle bracelet.

3.  Mr. Minuto has faithfully complied with all the terms and conditions of home confinement and pre-trial release.

4.  Undersigned counsel was just made aware of the wedding referered to above, and the importance of Mr. Minuto and his wife attending the wedding along

with other members of their family.

5. The defendant requests permission to attend the wedding and to be away from his home from approximately 3 p.m. until midnight on Saturday, July 15, 2000. Tarrytown is approximately 2 1/2 hour drive from Mr. Minuto's home. If the court were to grant this request, Mr. Minuto would be able to enjoy this very sacred event.

6. Undersigned counsel spoke with Assistant United States Attorney Michael Dittoe who indicated that he opposes the motion only because of the last minute notice.

7. Since Marco Minuto is neither a danger nor a flight risk, and since he is presumed innocent of the charges against him, undersigned counsel respectfully suggests that this request is reasonable.

WHEREFORE, for good cause shown, undersigned counsel asks this court to grant the instant motion.

Respectfully submitted,

JEFFREY S. WEINER, P.A.
ATTORNEYS AT LAW
Two Datran Center, Suite 1910
9130 South Dadeland Boulevard
Miami, Florida 33156-7858
Tel.:  305 670-9919
Fax:  305 670-9299

By: _____
JEFFREY S. WEINER, ESQUIRE
Florida Bar No. 185214

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was tendered via U.S. Mail this 13th day of July, 2000, to Assistant United States Attorney Michael J. Dittoe, 500 E. Broward Blvd., Ft. Lauderdale, Florida 33301.

By: _____
JEFFREY S. WEINER, ESQUIRE

3