UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6088-CR-
               UNGARO-BENAGES

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MARCO MINUTO,

        Defendant,
_____/

ORDER



FILED by _____ D.C.
DKTG
JUL 1 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

THIS cause is before the Court on the Defendant's Motion for Permission to Attend Wedding Ceremony filed July 14, 2000 dated. The Court having made a review of the record and being otherwise advised in the premises, it is hereby, Denied

ORDERED AND ADJUDGED that the motion is

DONE AND ORDERED at the United States District Court, Miami, Florida, this 14 day of July, 2000.

                                      URSULA UNGARO-BENAGES
                                      UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record

