IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | CASE NO. 00-6088-CR-UUB |
| vs. | § | |
| MARCO MINUTO, | § | |
| Defendant. | § | |

**ORDER**

FILED by _____ D.C.
JUL 25 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

THIS CASE, having come before the court on the Motion of Jeffrey S. Weiner, Esquire, to Withdraw as Local Counsel for Joe Minuto, and the Court being fully advised in the premises, it is hereby,

ORDERED AND ADJUDGED that Jeffrey S. Weiner, Esquire of the Law Offices of Jeffrey S. Weiner, P.A., Attorneys at Law, is hereby relieved of further responsibility as local counsel of record for Joe Minuto in the above-styled case.

SIGNED this 21 day of July, 2000.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

**Copies Furnished To:**

Jeffrey S. Weiner, Esquire
William Hunt, Esquire
Martin Raskin, Esquire
Michael J. Dittoe, Assistant United States Attorney