UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case no.: 00-6088-Civ-
Ungaro-Benages

FILED by ___ D.C.

SEP 1 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,
          Plaintiff,
v.                                          AMENDED

MARCO MINUTO, et al.,
          Defendant./

### ORDER DIRECTING PARTIES TO FILE A CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

THIS CAUSE having come before the Court sua sponte. It is hereby,

ORDERED AND ADJUDGED that the all parties, including defendant(s), intervenors amicus curiae, and governmental parties, shall file a Certificate of Interested Persons and Corporate Disclosure Statement ("Certificate"), which shall contain a complete list of persons, associated persons, firms, partnerships and corporations that have a financial interest in the outcome of this case, including subsidiaries, affiliates, parent corporations, and other identifiable legal entities related to a party. In criminal cases, the certificate also shall disclose the identity of all such persons and entities which have a financial interest in any victim owed restitution. The parties shall have fifteen (15) days from the date of this order to file the original Certificate. Throughout the pendency of this action, the parties shall be under a continuing duty to correct and update the Certificate.

DONE and ORDERED in Chambers at the United States District Court in Miami, Florida this 11 day of August, 2000.

                                    _____
                                    URSULA UNGARO-BENAGES
                                    UNITED STATES DISTRICT JUDGE

cc: All counsel of record

