IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | CASE NO. 00-6088-CR-UUB |
| vs. | § | |
| MARCO MINUTO, | § | |
| Defendant. | § | |

## SPEEDY TRIAL WAIVER

COMES NOW, the Defendant MARCO MINUTO by and through undersigned counsel and hereby waives his right to a speedy trial in the above-referenced matter. Undersigned counsel has discussed the right to a speedy trial with Mr. Minuto and he hereby waives his right to a speedy trial because the interests of justice will be served by setting the trial in this case outside of the speedy trial time limits.

Dated: 9/25/00

_____
MARCO MINUTO

Respectfully submitted,

JEFFREY S. WEINER, P.A.
 ATTORNEYS AT LAW
Two Datran Center, Suite 1910
9130 South Dadeland Boulevard
Miami, Florida 33156-7858
305 670-9919
305 670-9299 (Fax)

By: _____
JEFFREY S. WEINER, ESQUIRE
Florida Bar No. 185214

JEFFREY S. WEINER, P.A.
ATTORNEYS AT LAW
TWO DATRAN CENTER • SUITE 1910 • 9130 SOUTH DADELAND BLVD. • MIAMI, FL 33156-7858 • TELEPHONE (305) 670-9919 FAX (305) 670-9299

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent via U.S. Mail this 20th day of September, 2000, to Michael J. Dittoe, Esquire, Assistant United States Attorney, 500 E. Broward Boulevard, Fort Lauderdale, Florida 33301, Murray Richman, Esquire, 2027 Williams Bridge Road, 3rd Floor, Bronx, New York 10461, William Hunt, Esquire, 155 Polifly Road, Suite 200, Hackensack, New Jersey 07601 and Kerry Lawrence, Esquire, 81 Main Street, Suite 450, White Plains, New York 10601.

_____
JEFFREY S. WEINER, ESQUIRE