IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

FILED BY_____JG_____D.C.

00 OCT 18 AM 11: 51

CLARENCE HADDOX
CLERK U. S. DIST. CT.
S.D. OF FLA - MIA

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| Plaintiff, | § | CASE NO. 00-6088-CR-UUB |
| vs. | § | |
| MARCO MINUTO, | § | |
| Defendant. | § | |

## MOTION FOR PERMISSION TO ATTEND GRANDCHILD'S FIRST BIRTHDAY PARTY

COMES NOW, Marco Minuto, by and through undersigned counsel and respectfully requests this Honorable Court to approve the defendant attending the first birthday party of his grandson, Joseph Minuto, this Saturday, October 21, 2000 at 1:00 p.m. at Season's Restaurant in Washington Township, New Jersey, located at 644 Pascack Road (201 664-6141), approximately 5 miles from Mr. Minuto's residence. In support of this motion, undersigned counsel states as follows:

1.   Mr. Minuto is a defendant in the instant case which is scheduled for trial in February 2001.

2.   As part of Mr. Minuto's pre-trial release, it was agreed that he would be on home confinement with an ankle bracelet.

3.   Mr. Minuto has faithfully complied with all the terms and conditions of home confinement and pre-trial release.

4.   The defendant requests permission to attend the birthday party of his

soon to be one year old grandson and to be away from his home from approximately 12:30 p.m. until approximately on 6:00 p.m. on Saturday, October 21, 2000.

5. Undersigned counsel spoke with Assistant United States Attorney Michael Dittoe who indicated that he does not oppose the granting of this motion.

6. Undersigned counsel also spoke with Pre-Trial Services Officer Laura Estevill who has no objection the granting of this motion.

7. Since Marco Minuto is neither a danger nor a flight risk, and since he is presumed innocent of the charges against him, undersigned counsel respectfully suggests that this request is reasonable.

WHEREFORE, for good cause shown, undersigned counsel asks this court to grant the instant motion.

I HEREBY CERTIFY that a true and correct copy of the foregoing was tendered via U.S. Mail this 16th day of October, 2000, to Assistant United States Attorney Michael J. Dittoe, 500 E. Broward Blvd., Ft. Lauderdale, Florida 33301.

Respectfully submitted,

JEFFREY S. WEINER, P.A.
ATTORNEYS AT LAW
Two Datran Center, Suite 1910
9130 South Dadeland Boulevard
Miami, Florida 33156-7858
Tel.: 305 670-9919
Fax: 305 670-9299

By: _____
JEFFREY S. WEINER, ESQUIRE
Florida Bar No. 185214

2