IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | CASE NO. 00-6088-CR-UUB |
| vs. | § | |
| MARCO MINUTO, | § | |
| Defendant. | § | |
| _____/ | | |

FILED by _____ D.C.

OCT 19 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER

THIS MATTER, came before this court on the Defendant's Motion For Permission to Grandchild's First Birthday Party, and this Court being fully advised on the premises, hereby

ORDERS AND ADJUDGES that the Motion is hereby GRANTED. It is further

ORDERED AND ADJUDGED that the defendant shall be away from his home from approximately 12:30 p.m. until approximately 6:00 p.m. on Saturday, October 21, 2000, to attend the first birthday party of his grandson in Washington Manner, New Jersey at Season's Restaurant.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

**Copies Furnished To:**
Jeffrey S. Weiner, Esquire
Michael Fitzpatrick, Pre-Trial Services Officer in New Jersey (F: 973 645-6428)
Michael Dittoe, Esquire, Assistant United States Attorney