# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

MARCO MINUTO

**WARRANT FOR ARREST**

CASE NUMBER: 00-6088-CR-UUB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     MARCO MINUTO
                                       Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☒ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

BOND VIOLATION

> Certified to be a true and
> correct copy of the document on file
> Clarence Maddox, Clerk,
> U.S. District Court
> Southern District of Florida
> By _____ Deputy Clerk
> Date 12/15/00

In violation of Title     18     United States Code, Section(s)    3148

STEPHEN T. BROWN
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

[signature]
Signature of Issuing Officer

12/15/00   MIAMI, FL.
Date and Location

Bail fixed at $   DETENTION                       by _____
                                                     Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.