UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6088-CR
       Ungaro-Benages
Magistrate Brown

**UNITED STATES OF AMERICA,**

       Plaintiff,

v.

**MARCO MINUTO,**

       Defendants.
_____/



**ORDER OF REFERENCE TO MAGISTRATE**

    PURSUANT to 28 U.S.C. Sect. 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned Cause is referred to United States Magistrate Judge Stephen Brown to take all the necessary and proper action as required by law, with respect to the government's Motion for Conflict of Interest Hearing and to Determine the Status of Murray Richman as Attorney of Record for Marco Minuto filed on January 2, 2001.

    Pursuant to this referral order, it is also

    ORDERED and ADJUDGED that it is the responsibility of the parties in this case to note on **ALL MOTIONS AND SUBMISSIONS PERTAINING TO ANY OF THE ABOVE REFERENCED MATTERS SHALL CONTAIN THE NAME OF THE MAGISTRATE ASSIGNED** and an additional courtesy copy of all materials necessary to the resolution of the referred matter

shall be directed to the Magistrate's chambers.

DONE and ORDERED in chambers at the United States District Court, Miami, Florida, this 5 day of January 2001.

                                        URSULA UNGARO-BENAGES
                                        UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge
    Counsel of Record