# 465166

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

MARCO MINUTO

## WARRANT FOR ARREST

CASE NUMBER: 00-6088-CR-UUB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **MARCO MINUTO**

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☒ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

**BOND VIOLATION**

In violation of Title __18__ United States Code, Section(s) __3148__

STEPHEN T. BROWN
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

[Signature]
Signature of Issuing Officer

12/15/00   MIAMI, FL.
Date and Location

Bail fixed at $ __DETENTION__   by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at
USMS, New Jersey

| DATE RECEIVED 12/15/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone, U.S. Marshal Southern District of Florida | SIGNATURE OF ARRESTING OFFICER Glenn Morgan, ASDUSM |
| --- | --- | --- |
| DATE OF ARREST 12/19/00 | | |

This form was electronically produced by Elite Federal Forms, Inc.