UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6088-CR-

UNITED STATES OF AMERICA,

vs.

MARCO MINUTO

## WAIVER

I, MARCO MINUTO, the above-named defendant, being advised of the nature of the charge(s) pending against me in the U.S. District Court, Southern District of Florida, hereby acknowledge the following facts to be true:

1) I have been fully advised of my rights, specifically my right to Bond Hearing + Bond.

2) I possess full knowledge and understanding of the charges pending against me in this case.

3) Of my own free will, I do hereby refuse and waive in open court on 2-2-01, my right to Bond.

DATED: 2/2/01

_____
Defendant

_____
Counsel for Defendant

### MAGISTRATE JUDGE'S CERTIFICATE

The undersigned United States Magistrate Judge certifies that the defendant, having been advised of his Constitutional rights, has refused and waived his/her right to a Bond Hearing + Bond.

DATED this 2nd day of February, 2001 at MIAMI
Southern District of Florida.

TAPE NO. 2001- 6-50

_____
UNITED STATES MAGISTRATE JUDGE

c: AUSA
   Defense Counsel
   Pretrial Services/Probation
   U.S. Marshal