UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA,  CASE # 00-6088-CR-UUB
          Plaintiff,

v.

MARCO MINUTO, ET. AL.,
          Defendant.



NIGHT BOX FILED
FEB 16 2001
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

MOTION FOR CONTINUANCE

    COMES NOW the Defendant, MARCO MINUTO, by and through his undersigned counsel, MURRAY RICHMAN, ESQ., and respectfully move this Honorable Court to continue the instant case. In support of this motion, undersigned counsel states as follows:

1.     The instant case is presently set for calendar call on the 26th day of February, 2001.

2.     I am presently engaged in the matter of People v. Sean "Puffy" Combs, et al., before the Honorable Charles Solomon in New York County. The trial commenced on January 4, 2001. and will likely be concluded during the middle of March. I did not anticipate the trial being so long, however, as a result of the high profile nature of the case, it will take longer than anticipated.

3.     I most respectfully request that this matter be adjourned for at least 60 days. In the meantime we are making every effort to resolve this matter as expeditiously as possible.

4.     Counsel waives speedy trial time for the duration of these negotiations.

    WHEREFORE, for good cause shown, undersigned counsel request that this Court grant this motion for continuance.

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was served on the below listed attorneys of record for the parties in this case via facsimile and pre-paid United States mail. The United States Attorney's Office was served via facsimile and pre-paid United States Postal Overnight service this 16th day of February, 2001.

AUSA Michael J. Dittoe
United States Attorney's Office
Southern District of Florida
500 E. Broward Blvd., Ste. 700
Ft. Lauderdale, Fl. 33394-3002

Simon Steckel, Esq.
701 Brickell Avenue, Ste. 3260
Miami, Florida 33131

Jeffrey Weiner, Esq.
Two Datran Center, Suite 1910
9130 S. Dadeland Boulevard
Miami, Florida 33156

Martin Raskin, Esq.
Grove Forest Plaza
2937 SW 27th Avenue, Ste. 206
Miami, Florida 33133

William J. Hunt, Esq.
155 Polifly Road, Suite 200
Hackensack, New Jersey 07061

Bruce Zimet, Esq.
One Financial Plaza, Ste. 2612
Ft. Lauderdale, Florida 33394

Kerry A. Lawrence, Esq.
81 Main Street
White Plains, New York 10601

Respectfully submitted:

_____
MURRAY RICHMAN, ESQ. (2420)
2027 Williamsbridge Road
Bronx, New York 10461
(718) 892-8588

**Certification by Attorney**

undersigned, an attorney, certify that the within has been compared by me with the original and found to be a true and complete copy.

**Attorney's Affirmation**

state that I am the attorney(s) of record for _____ in the within action; I have read the foregoing _____ and know the contents thereof; the same is true to my own knowledge, except as to the matters therein alleged to be on information and belief, and as to those matters I believe it to be true. The reason this verification is made by me and not by

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:

affirm that the foregoing statements are true, under the penalties of perjury.

Dated:

.................................................
The name signed must be printed beneath

STATE OF NEW YORK, COUNTY OF _____ ss.:

I, the undersigned, being duly sworn, depose and say: I am

**☐ Individual Verification** in the action; I have read the foregoing _____ and know the contents thereof; the same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true.

**☐ Corporate Verification** the _____ of _____ a _____ corporation and a party in the within action; I have read the foregoing _____ and know the contents thereof; and the same is true to my own knowledge, except as to the matters therein stated to be alleged upon information and belief, and as to those matters I believe it to be true. This verification is made by me because the above party is a corporation and I am an officer thereof.

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:

Sworn to before me on

.................................................
The name signed must be printed beneath

STATE OF NEW YORK, COUNTY OF _____ ss.:    (If more than one box is checked—indicate after names type of service used.)

I, the undersigned, being sworn, say: I am not a party to the action, am over 18 years of age and reside at

On _____ I served the within

**☐ Service By Mail** by mailing a copy to each of the following persons at the last known address set forth after each name below.

**☐ Personal Service on Individual** by delivering a true copy of each personally to each person named below at the address indicated. I knew each person served to be the person mentioned and described in said papers as *a party therein*:

**☐ Service by Electronic Means** by transmitting a copy to the following persons by ☐ FAX at the telephone number set forth after each name below ☐ E-MAIL at the E-Mail address set forth after each name below, which was designated by the attorney for such purpose, and by mailing a copy to the address set forth after each name.

**☐ Overnight Delivery Service** by dispatching a copy by overnight delivery to each of the following persons at the last known address set forth after each name below.

to before me on

.................................................
The name signed must be printed beneath