UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-CR-6088-UNGARO-BENAGES

UNITED STATES OF AMERICA,

   Plaintiff,

v.

MARCO MINUTO,

   Defendant.



## MOTION FOR SUBSTITUTION OF COUNSEL PREDICATED ON THE GRANTING OF THIS MOTION FOR CONTINUANCE

The Defendant, Marco Minuto, through his undersigned counsel Howard M. Srebnick, moves this Court to enter an order substituting Howard M. Srebnick, and the law firm of Black, Srebnick & Kornspan, P.A. in place of Murray Richman, Esq. as counsel of record for the Defendant, Marco Minuto, predicated upon the granting of this motion for continuance.

Trial in this case is presently scheduled for March 26, 2001. The defendant is charged with RICO, money laundering, and gambling offenses. The evidence in this case involves, among other things, 60 days of wiretaps on an informant's cellular telephone, 30 days of wiretaps on Defendant Marco Minuto's home telephone, and 30 days of wiretaps on a telephone in New York. The government estimates that the case will take three to four weeks to try. The government also estimates presenting 20 hours of tape-recorded conversations to the jury.

Defendant Marco Minuto is presently represented by Murray Richman, Esq. Mr. Richman practices in New York, where he is presently in trial in the Sean "Puffy" Combs case. Due to his heavy case load, Mr. Richman has not been able to meet with the Defendant since the Defendant was transferred to the Southern District of Florida. Additionally, Mr. Richman anticipates having eye surgery after the Combs trial [Exhibit A] and does not foresee being able to meet with Mr. Minuto and prepare for this trial until after his surgery. Mr. Richman has a proposed motion to continue this case, which we attach as Exhibit B for the court's convenience.

Due to Mr. Richman's difficulties, the Defendant would like to retain counsel in Miami. The Defendant is in custody at FDC-Miami and needs counsel with whom he can meet on a regular basis and establish an attorney/client relationship.[1] Undersigned counsel are prepared to file a permanent notice of appearance in this case, but need time to develop an attorney/client relationship with Mr. Minuto and to prepare for trial. Counsel's schedule for the next few months is as follows:

Howard M. Srebnick is scheduled to participate in the specially-set three-week trial of State v. Chari, Case No. 1999-Cr-3808, before Judge Donovan in Dayton, Ohio, beginning April 9, 2001. Undersigned is scheduled to relocate to Dayton, Ohio beginning April 2, 2001. Mr. Chari is in custody.

Mr. Srebnick is counsel in State of New York v. Joseph Victor, Case No.

---

[1] "The right to counsel includes more than just the right to representation by competent counsel at trial. This right would be without substance if it did not include the right to a meaningful attorney/client relationship." Slappy v. Morris, 649 F.2d 718, 720 (9th Cir. 1981) (en banc). The attorney/client relationship is "so important to the right to counsel, that it must be accorded weight in a trial judge's decision as to whether to grant a continuance." Id.

QN11419/2000. A suppression hearing is set for March 29, 2001. Mr. Victor is in custody.

Mr. Srebnick is scheduled to teach this summer at the National Criminal Defense College in Macon, Georgia July 22 through July 28, 2001.

Mr. Srebnick is counsel in the case of *United States v. Jonathan Kranzler*, Case No. 99-366-Moreno. The *Kranzler* trial is scheduled for the two-week trial period commencing on October 15, 2001 and will take approximately three weeks to try. Mr. Kranzler is not in custody.

If the Court's calendar permits, the Defendant respectfully requests a continuance of the trial until August or early September 2001. This will accomplish the dual goal of providing the Defendant with an opportunity to establish a relationship with new counsel and providing counsel with a meaningful opportunity to prepare for trial.

Only two defendants are in custody in this case -- Marco Minuto and Nicolo Mariani. Undersigned counsel spoke with Bruce Zimet, Esq., counsel for Nicolo Mariani, who indicated that he did not object to this case being continued until August or September 2001. Undersigned counsel also spoke with AUSA Michael Dittoe, the prosecutor in this case, who indicated that the government opposes this motion.

WHEREFORE, the Defendant respectfully requests this Court to continue this trial until August or September 2001 and, in so doing, permit the substitution of counsel as stated above.

Respectfully submitted,

**BLACK, SREBNICK & KORNSPAN, P.A.**
201 South Biscayne Boulevard
Suite 1300
Miami, Florida 33131
(305) 371-6421

By: *[signature]*
**HOWARD M. SREBNICK, ESQ**
Florida Bar Number 919063

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 8, 2001 a true and correct copy of the foregoing was furnished by mail to:

Michael J. Dittoe, Esq.  BY FAX
Assistant United States Attorney
500 East Broward Boulevard
7th Floor
Fort Lauderdale, Florida 33394-3002

Bruce A. Zimet, Esq.
One Financial Plaza
Suite 2612
Fort Lauderdale, Florida 33394

William J. Hunt, Esq.
William J. Hunt & Associates
155 Polifly Road
Suite 200
Hackensack, New Jersey 07601

Simon T. Steckel, Esq.
701 Brickell Avenue
Suite 3260
Miami, Florida 33131

Antonio Marin, Esq.
2100 Coral Way
Suite 303
Miami, Florida 33145

Jeffrey Weiner, Esq.
9130 South Dadeland Boulevard
Suite 1910
Miami, Florida 33156-7858

Manuel Gonzalez, Jr., Esq.
782 N.W. 42 Avenue
Suite 440
Miami, Florida 33126

Hosey Hernandez, Esq.
Coconut Grove Bank Building
2701 South Bayshore Drive
Suite 602
Coconut Grove, Florida 33133

By: /s/ Howard Srebnick
**HOWARD M. SREBNICK, ESQ.**

BLACK, SREBNICK & KORNSPAN, P.A., 201 S. BISCAYNE BLVD, SUITE 1300, MIAMI, FL 33131• (305) 371-6421

 

Joan and Sanford I. Weill
Medical College

D. Jackson Coleman, M.D.
The John Milton McLean Professor
of Ophthalmology
Weill Medical College
Ophthalmologist-in-Chief
New York-Presbyterian Hospital

525 East 68th Street
New York, NY 10021
Telephone: 212 746-2020
Fax: 212 746-8409

February 22nd, 2001

To Whom It May Concern:

RE: RICHMAN, Mr. Murray

Mr. Murray Richman is a patient under my ophthalmic care. He is scheduled for cataract surgery on Wednesday, March 21st, 2001. He will be required to see me the following day for post-operative evaluation and then weekly and bimonthly for the next two to three months.

Please feel free to contact my office if you have any further questions.

Sincerely,

D. Jackson Coleman, MD

ATTACHMENT / EXHIBIT

DJC/mpw

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNIED STATES OF AMERICA,  CASE # 00-6088-CR-UUB

Plaintiff,

v.

MARCO MINUTO, ET AL.,

ATTACHMENT / EXHIBIT ___

Defendant.

MOTION FOR CONTINUANCE

COMES NOW the Defendant, MARCO MINUTO, by and through his undersigned counsel, MURRAY RICHMAN, ESQ., and respectfully move this Honorable Court to continue the instant case. In support of this motion, undersigned counsel states as follows:

1. The instant case is presently set for calendar call on the 21st day of March 2001 with trial scheduled for the 26th day of March, 2001.

2. As the Court may or may not know, I am presently engaged in the matter of People v. Sean "Puffy" Combs, et al., before the Honorable Charles Solomon in New York County. The hearings and trial commenced on or about January 4, 2001, and will likely be concluded on or about March 15 or 16, 2001.

3. During the trial, preexisting cataracts had developed in both of my eyes, which has presented a tremendous problems with my vision. As a result, as reflected in the attached letter from my ophthalmologist, I have been scheduled for surgery on March 21, 2001. As also reflected in Dr., Coleman's letter, I will be undergoing post surgical care for two to three months after surgery.

4. By way of background, I am 63 years of age and I have bee in practice for 36 years. On September 14, 2001, during a trial in Bronx County my wife of 35 years passed away suddenly. As a result my life has been thrown in disarray. While I am not seeking sympathy from the Court, I must put my life in some kind of order and presently being able to see is my primary requisite.

5. I most respectfully request that this mater be adjourned to a calendar call in September, 2001. Based on my discussions with counsel for the co-defendants, as well as Assistant United States Attorney, Michael Dittoe, this adjournment would accommodate all the parties' conflicts with prior trial schedules as well as holiday plans. In the meantime we are making every effort to resolve this matter as expeditiously as possible.

6. Counsel waives speedy trial time for the duration of these negotiations.

WHEREFORE, for good cause shown undersigned counsel request that this court grant this motion for continuance.

Dated: Bronx, New York
    February 27, 2001

MURRAY RICHMAN, ESQ.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the below listed attorneys of record for the parties in this case via facsimile and pre-paid United States mail. The United States Attorney's Office was served via facsimile and pre-paid United States Postal Overnight service this ___ day of February, 2001.

AUSA Michael J. Dittoe
United States Attorneys Office
Southern District of Florida
500 E. Broward Blvd., Ste. 700
Ft. Lauderdale, Fl. 33394-3002

Jeffrey Weiner, Esq.
Two Datran Center Ste 1910
9130 S. Dadeland Boulevard
Miami, Florida 33156

William J. Hunt, sq.
155 Polifly Road Ste. 200
Hackensack, New Jersey 07061

Kerry Lawrence, Esq.
81 Main Street, Ste. 450
White plains, new York 10601

Simon Steckel, Esq.
701 Brickell Avenue Ste. 206
Miami Florida 33131

Martin Raskin, Esq.
Grove Forest Plaza
2937 S W 27th Avenue, Ste. 206
Miami, Florida 33133

Bruce Zimet, Esq.
One Financial Plaza Ste. 2612
Ft. Lauderdale, Florida 33395

Respectfully submitted,

_____
MURRAY RICHMAN, ESQ. (2420)
2027 Williamsbridge Road
Bronx, New York 10461
(718) 892-8588

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA,                CASE # 00-6088-CR-UUB

      Plaintiff,

v.

MARCO MINUTO, ET AL.,

      Defendant.

## ORDER

THIS CASE, came on to be heard on the Defendant's motion to continue. This Court has considered the matter and is of the opinion that it should be an is hereby GRANTED. It is therefore,

ORDERED AND ADJUDGED that the instant matter presently set for the 21st day of March, 2001 be continued until the ____ day of ____, 2001.

DONE AND ORDERED IN Chambers this ____ day of ____, 2001.

                                      HONORABLE UNGARO BENAGES

Copies furnished to:

AUSA Michael J. Dittoe
Jeffrey Weiner, Esq.
William J. Hunt, Esq.
Kerry A. Lawrence, Esq.
Simon Steckel, Esq.
Martin Raskin, Esq.
Bruce Zimet, Esq.