UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-CR-6088-UNGARO-BENAGES

UNITED STATES OF AMERICA,

   Plaintiff,

v.

MARCO MINUTO,

   Defendant.

## MARCO MINUTO'S WAIVER OF SPEEDY TRIAL

I, MARCO MINUTO, pursuant to 18 U.S.C. § 3161, hereby waive my statutory rights to a speedy trial in this case and, after consulting with my attorney, agree that any time periods that pass as a result of this Court granting a motion for continuance will be treated as excluded time under 18 U.S.C. § 3161 (h)(8)(A).

                                                               _/s/ Marco Minuto_          3/23/01
                                                 **MARCO MINUTO, Defendant**     Date

BLACK, SREBNICK & KORNSPAN, P.A., 201 S. BISCAYNE BLVD, SUITE 1300, MIAMI, FL 33131• (305) 371-6421

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 23, 2001 a true and correct copy of the foregoing was furnished by mail to:

Michael J. Dittoe, Esq.
Assistant United States Attorney
500 East Broward Boulevard
7th Floor
Fort Lauderdale, Florida 33394-3002

Bruce A. Zimet, Esq.
Counsel for Nicolo Mariani
One Financial Plaza
Suite 2612
Fort Lauderdale, Florida 33394

William J. Hunt, Esq.
Counsel for Joseph Minuto
William J. Hunt & Associates
155 Polifly Road
Suite 200
Hackensack, New Jersey 07601

Kerry A. Lawrence, Esq.
Counsel for Chris Greco
Briccetti, Calhoun & Lawrence, LLP
81 Main Street
Suite 450
White Plaines, New York 10601

Hosey Hernandez, Esq.
Counsel for Angel Hernandez
Coconut Grove Bank Building
2701 South Bayshore Drive
Suite 602
Coconut Grove, Florida 33133

By: /s/ Srebnick for
HOWARD M. SREBNICK, ESQ.
Attorney for Marco Minuto