UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-CR-6088-UNGARO-BENAGES

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARCO MINUTO,

    Defendant.

FILED by _____ D.C.
DKTG
MAR 3 0 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER SUBSTITUTING COUNSEL AND CONTINUING TRIAL

THIS CAUSE came before the Court on Defendant Marco Minuto's motion for substitution of counsel predicated upon the granting of a motion for continuance.

For good cause shown, it is hereby

ORDERED AND ADJUDGED that the motion for substitution of counsel is **GRANTED**. The Clerk shall note the substitution of Howard M. Srebnick, Esq., and the law firm of Black, Srebnick & Kornspan, P.A., 201 S. Biscayne Boulevard, Suite 1300, Miami, Florida 33131, telephone (305) 371-6421, in place of Murray Richman, Esq. It is further

ORDERED AND ADJUDGED that the trial of this case, presently scheduled for March 26, 2001, is hereby continued to _____, 2001.

DONE AND ORDERED at Dade County, Florida, this 28 day of March, 2001

_____
HONORABLE URSULA UNGARO-BENAGES
UNITED STATES DISTRICT COURT

Copies to:

Black, Srebnick & Kornspan, P.A.
Murry Richman, Esq.
AUSA Michael J. Dittoe
Bruce A. Zimet, Esq.
William J. Hunt, Esq.
Simon T. Steckel, Esq.
Antonio Marin, Esq.
Jeffrey Weiner, Esq.
Manuel Gonzalez, Jr., Esq.
Hosey Hernandez, Esq.