UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.00-6088-CR
    UNGARO-BENAGES

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                            ORDER CONTINUING TRIAL DATE

MARCO MINUTO, et al.,

    Defendant.
_____/

THIS CAUSE came before the Court for Calendar Call on March 23, 2001, and based on the representations made by counsel and in the interest of justice, it is

ORDERED AND ADJUDGED that this case is hereby continued to the trial calendar **AUGUST 27, 2001 at 9:00 AM. This case has been specially set.** The Court further finds that the period of delay resulting from this continuance, to-wit: March 23, 2001 (the date of the Calendar Call) **to and including the date trial is commenced**, shall be deemed excludable time in accordance with the provisions of the Speedy Trial Act, 18 U.S.C., § 3161 et seq. Calendar Call will be held on **Wednesday, AUGUST 22, 2001 at 1:00 PM.** All exhibits must be pre-marked and exhibit list shall be furnished to the Court on the date of trial.

All motions filed shall be accompanied by a written statement certifying that counsel for the moving party has conferred with

opposing counsel in a good faith effort to resolve by agreement the subject matter of the motion. Motion cutoff June 4, 2001. The government shall have four weeks to respond to defendant's motion. There will be no extensions.

DONE AND ORDERED at Miami, Florida this __28__ day of March, 2001.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

cc: Counsel of record