UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-CR-6088-UNGARO-BENAGES

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARCO MINUTO,

    Defendant.



## MARCO MINUTO'S RULE 16(a)(1)(E) DEMAND
## FOR SUMMARY OF EXPERT WITNESS TESTIMONY

Pursuant to Federal Rule of Criminal Procedure 16(a)(1)(E), Marco Minuto hereby requests that the government disclose to him a written summary of all expert testimony and all testimony the government intends to use under Rule 702, 703, or 705 of the Federal Rules of Evidence during its case in chief at trial. The summary must describe the witnesses' opinions, the bases and the reasons thereof, and the witnesses' qualifications.

Respectfully submitted,

**BLACK, SREBNICK & KORNSPAN, P.A.**
201 South Biscayne Boulevard
Suite 1300
Miami, Florida 33131
(305) 371-6421

By: *[signature]*

HOWARD M. SREBNICK, ESQ
Florida Bar Number 919063
Counsel for Marco Minuto

-1-

## CERTIFICATE OF SERVICE

I CERTIFY that on __4/19/01__ a true copy of the foregoing was mailed to:

Michael J. Dittoe, Esq.
Assistant United States Attorney
500 East Broward Boulevard, 7th Floor
Fort Lauderdale, Florida 33394-3002

Bruce A. Zimet, Esq.
Counsel for Nicolo Mariani
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394

William J. Hunt, Esq.
Counsel for Joseph Minuto
William J. Hunt & Associates
155 Polifly Road, Suite 2000
Hackensack, New Jersey 07601

Kerry A. Lawrence, Esq.
Counsel for Chris Greco
Briccetti, Calhoun & Lawrence, LLP
81 Main Street, Suite 450
White Plaines, New York 10601

Hosey Hernandez, Esq.
Counsel for Angel Hernandez
Coconut Grove Bank Building
2701 South Bayshore Drive, Suite 602
Coconut Grove, Florida 33133

By: _/s/ Howard Srebnick_
**HOWARD M. SREBNICK, ESQ.**
Attorney for Marco Minuto