UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-CR-6088-UNGARO-BENAGES



UNITED STATES OF AMERICA,

   Plaintiff,

v.

MARCO MINUTO,

   Defendant.
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . :

### DEFENDANT MARCO MINUTO'S
### REQUEST FOR NOTICE OF 404(B) EVIDENCE

The Defendant, MARCO MINUTO, through undersigned counsel and pursuant to Federal Rule of Evidence 404(b), requests that the government provide notice of all evidence of other crimes, wrongs, or acts that the government intends to use at trial in its case-in-chief or in rebuttal. As required by the 1991 amendment to Rule 404(b), the government must specify the general nature of any such evidence, identifying the date, time, and location of the alleged incident, the nature of the alleged incident, the witnesses who will testify about the alleged incident, and the purported relevance the incident has to this case. A broad statement invoking generally the provisions of Rule 404(b) is insufficient to satisfy the notice and disclosure requirements under the Rule.

Additionally, the Defendant requests disclosure of all <u>Kyles</u>/<u>Brady</u>/<u>Agurs</u>/<u>Giglio</u>/<u>Napue</u> material pertaining to each incident allegedly falling under Rule 404(b).

Respectfully submitted,

**BLACK, SREBNICK & KORNSPAN, P.A.**
201 South Biscayne Boulevard
Suite 1300
Miami, Florida 33131
(305) 371-6421

By: *[signature]*
**HOWARD M. SREBNICK, ESQ**
Florida Bar Number 919063
Counsel for Marco Minuto

### CERTIFICATE OF SERVICE

I CERTIFY that on ___4/19/01___ a true copy of the foregoing was mailed to:

Michael J. Dittoe, Esq.
Assistant United States Attorney
500 East Broward Boulevard, 7th Floor
Fort Lauderdale, Florida 33394-3002

Bruce A. Zimet, Esq.
Counsel for Nicolo Mariani
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394

William J. Hunt, Esq.
Counsel for Joseph Minuto
William J. Hunt & Associates
155 Polifly Road, Suite 200

Hackensack, New Jersey 07601

Kerry A. Lawrence, Esq.
Counsel for Chris Greco
Briccetti, Calhoun & Lawrence, LLP
81 Main Street, Suite 450
White Plaines, New York 10601

Hosey Hernandez, Esq.
Counsel for Angel Hernandez
Coconut Grove Bank Building
2701 South Bayshore Drive, Suite 602
Coconut Grove, Florida 33133

By: *[signature]*
**HOWARD M. SREBNICK, ESQ.**
Attorney for Marco Minuto