UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6088-CR-UNGARO-BENAGES

UNITED STATES OF AMERICA,
    Plaintiff(s),

vs.

MARCO MINUTO,
    Defendant(s),
_____/

FILED by ___ D.C.
DKTG
APR 2 4 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER ON MARCO MINUTO'S REQUEST FOR NOTICE OF 404(B) EVIDENCE

THIS CAUSE is before Court on Defendant Marco Minuto's Request for Notice of 404(b) Evidence. The Court has reviewed the record and is otherwise advised as to its premises and it is ish

ORDERED and ADJUDGED that Defendant's motion is **GRANTED**. The Government shall provide the requested notice no later than thirty (30 days from the date hereof.

DONE and ORDERED at Miami, Florida, on this 24 day of April, 2001.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

cc: All counsel of record

C:\Myfiles\US v. Minuto\O- Notice of 404(b).wpd