UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6088-CR-UNGARO-BENAGES

UNITED STATES OF AMERICA,
    Plaintiff(s),

vs.

MARCO MINUTO,
    Defendant(s),
_____/



ORDER ON MARCO MINUTO'S RULE 16(a)(1)(E) DEMAND
FOR SUMMARY OF EXPERT WITNESS TESTIMONY

THIS CAUSE is before Court on Defendant Marco Minuto's Rule 16(a)(1)(E) Demand for Summary of Expert Witness Testimony. This Court has reviewed the record and is otherwise advised as to its premises and it is

ORDERED and ADJUDGED that Defendant's motion is GRANTED. Pursuant to Rule 16(a)(1)(E), the Government shall make such disclosures on a rolling basis as the expert testimony is developed. Disclosure shall be completed by no later than July 15, 2001.

DONE and ORDERED at Miami, Florida, on this 24 day of April, 2001.

                               URSULA UNGARO-BENAGES
                               UNITED STATES DISTRICT JUDGE

cc: All counsel of record

C:\Myfiles\US v. Minuto\O- M for Summary of Testimony.wpd