UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6088-CR-UNGARO-BENAGES/BROWN

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

MARCO MINUTO,
    Defendant.
_____/

REFERRAL TO MAGISTRATE

[Filed stamp: MAY 21 2001, CLARENCE MADDOX, CLERK U.S. DIST. CT., S.D. OF FLA. - MIAMI]

PURSUANT TO 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned Cause is referred to United States Magistrate-Judge Stephen Brown to take all necessary and proper action as required by law, with respect to the following motion(s):

(1)    Marco Minuto's Motion for Bond Hearing, filed May 15, 2001.

PURSUANT to this referral order, it is also ORDERED AND ADJUDGED that it shall be the responsibility of the respective parties in this case to note that additional courtesy copies of all materials necessary to the resolution of the referred matters shall be directed to the Magistrate Judge's chambers.

**DONE AND ORDERED** this 17 day of May, 2001 at Miami, Florida.

_____
URSULA UNGARO-BENAGES
UNITED STATES DISTRICT COURT JUDGE

cc:    Magistrate Stephen Brown
       All Counsel of Record

C:\Myfiles\US v. Minuto\RTM-M for Bond Hearing.wpd

