UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:00-6088-CR-UNGARO-BENAGES/BROWN

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

REFERRAL TO MAGISTRATE

MARCO MINUO,
    Defendant.
_____/

FILED by _____ B.G.

MAY 31 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

PURSUANT TO 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned Cause is referred to **United States Magistrate-Judge Stephen Brown** to take all necessary and proper action as required by law, with respect to the following motion(s):

> **Marco Minuto's Specific *Brady* Request for Debriefing or Proffer Notes, Reports, and Communications, filed May 24, 2001**

PURSUANT to this referral order, it is also ORDERED AND ADJUDGED that it shall be the responsibility of the respective parties in this case to note that additional courtesy copies of all materials necessary to the resolution of the referred matters shall be directed to the Magistrate Judge's chambers.

**DONE AND ORDERED** this 30 day of May, 2001 at Miami, Florida.

                                            URSULA UNGARO-BENAGES
                                            UNITED STATES DISTRICT COURT JUDGE

cc:    Magistrate Stephen Brown
        All Counsel of Record

C:\Myfiles\US v. Minuto\RTM-Spec Brady Req.wpd