*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF FLORIDA*
*MIAMI DIVISION*



FILED by ___ D.C.
MAY 3 1 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S D. OF FLA. - MIAMI

**UNITED STATES OF AMERICA,**

          Case No. 00-6088-Cr-UNGARO-BENAGE

    Plaintiff,

vs.                        MIAMI, *FLORIDA*
                             FEBRUARY 2, 2001

**MARCO MINUTO, et al.,**

    Defendants.

---

**TRANSCRIPT OF INITIAL APPEARANCE**
**BEFORE THE HONORABLE ROBERT L. DUBE,**
**UNITED STATES MAGISTRATE JUDGE**

APPEARANCES:

FOR THE GOVERNMENT:

        **MICHAEL DITTOE, A.U.S.A.**
        **UNITED STATES ATTORNEY'S OFFICE**
        500 East Broward Blvd.
        Ft. Lauderdale,, FL

FOR THE DEFENDANT:

        **JEFFREY WEINER, ESQ.**
        Two Datran Center, Suite 1910
        9130 S. Dadeland Blvd.
        Miami, Florida

REPORTED BY:      **JERALD M. MEYERS, RPR-CM**
        Official Federal Court Reporter
        301 North Miami Avenue, 9th Floor
        Miami, FL  33128-7797 - 305/374-8108

**STENOGRAPHICALLY REPORTED COMPUTERIZED TRANSCRIPTION**