UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-CR-6088-UNGARO-BENAGES

UNITED STATES OF AMERICA,

   Plaintiff,

v.

MARCO MINUTO,

   Defendant.



## DEFENDANT MARCO MINUTO'S SPECIFIC BRADY REQUEST REGARDING POLYGRAPH EXAMINATIONS

The Defendant, MARCO MINUTO, through undersigned counsel and pursuant to Kyles v. Whitley, 514 U.S. 419 (1995), United States v. Bagley, 473 U.S. 667 (1985), United States v. Agurs, 427 U.S. 97 (1976), United States v. Giglio, 405 U.S. 150 (1972), Brady v. Maryland, 373 U.S. 83 (1963), Napue v. Illinois, 360 U.S. 264 (1959), and Federal Rule of Criminal Procedure 16, hereby makes the following specific Brady request:

> Whether David Alwais, Marcello Grasso, Alex Torrente, or any other government witness was given a polygraph examination and, if so, all documents and reports pertaining to the examination. Additionally, Mr. Minuto requests disclosure of the name of every polygraph examiner and an address where the examiner can be served with a trial subpoena.

In United States v. Piccinonna, 885 F.2d 1529 (11th Cir. 1989), the Eleventh Circuit recognized that polygraph examination results are admissible to impeach a witness's credibility. Id. at 1535. Polygraph results showing that a witness has made false or

BLACK, SREBNICK & KORNSPAN, P.A., 201 S. BISCAYNE BLVD, SUITE 1300, MIAMI, FL 33131• (305) 371-6421

conflicting statements to the government are relevant and discoverable under Brady and Giglio. While admissibility issues may be resolved at trial, the underlying facts material to impeachment must be disclosed prior to trial to allow for adequate defense preparation. Giglio v. United States, 405 U.S. 150 (1972).

Respectfully submitted,

**BLACK, SREBNICK & KORNSPAN, P.A.**
201 South Biscayne Boulevard
Suite 1300
Miami, Florida 33131
(305) 371-6421

By: _____
**HOWARD M. SREBNICK, ESQ**
Florida Bar Number 919063
Counsel for Marco Minuto

**CERTIFICATE OF SERVICE**

I CERTIFY that on 6/1/01 a true copy of the foregoing was mailed to:

Michael J. Dittoe, Esq.
Assistant United States Attorney
500 East Broward Boulevard, 7th Floor
Fort Lauderdale, Florida 33394-3002

Bruce A. Zimet, Esq.
Counsel for Nicolo Mariani
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394

William J. Hunt, Esq.
Counsel for Joseph Minuto
William J. Hunt & Associates
155 Polifly Road, Suite 200
Hackensack, New Jersey 07601

Kerry A. Lawrence, Esq.
Counsel for Chris Greco
Briccetti, Calhoun & Lawrence, LLP
81 Main Street, Suite 450
White Plaines, New York 10601

By: _____
**HOWARD M. SREBNICK, ESQ.**
Attorney for Marco Minuto