UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-CR-6088-UNGARO-BENAGES

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARCO MINUTO,

    Defendant.

## MARCO MINUTO'S MOTION TO INTERVIEW ALL GOVERNMENT WITNESSES

The Defendant, Marco Minuto, through undersigned counsel, moves this Court for an order directing the government to notify all potential witnesses, including all law enforcement officers and agents, of Mr. Minuto's desire to interview them regarding their knowledge of the matters underlying Mr. Minuto's indictment. Mr. Minuto requests that the government notify all witnesses of his desire to interview them at least one month prior to trial. This will give Mr. Minuto a reasonable opportunity before trial to interview any witness who wishes to speak with him.

Respectfully submitted,

**BLACK, SREBNICK & KORNSPAN, P.A.**
201 South Biscayne Boulevard, Suite 1300
Miami, Florida 33131
(305) 371-6421

By: _____
**HOWARD M. SREBNICK, ESQ**
Florida Bar Number 919063
Attorney for Marco Minuto

BLACK, SREBNICK & KORNSPAN, P.A., 201 S. BISCAYNE BLVD, SUITE 1300, MIAMI, FL 33131• (305) 371-6421

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on __6/1/01__, 2001 a true and correct copy of the foregoing was furnished by mail to:

Michael J. Dittoe, Esq.
Assistant United States Attorney
500 East Broward Boulevard
7th Floor
Fort Lauderdale, Florida 33394-3002

Bruce A. Zimet, Esq.
Counsel for Nicolo Mariani
One Financial Plaza
Suite 2612
Fort Lauderdale, Florida 33394

William J. Hunt, Esq.
Counsel for Joseph Minuto
William J. Hunt & Associates
155 Polifly Road
Suite 200
Hackensack, New Jersey 07601

Kerry A. Lawrence, Esq.
Counsel for Chris Greco
Briccetti, Calhoun & Lawrence, LLP
81 Main Street
Suite 450
White Plaines, New York 10601

By: _/s/ Howard M. Srebnick_
**HOWARD M. SREBNICK, ESQ.**
Attorney for Marco Minuto