UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-CR-6088-UNGARO-BENAGES



UNITED STATES OF AMERICA,      :

    Plaintiff,      :

                        :

v.      :

MARCO MINUTO,      :

    Defendant.      :

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## MARCO MINUTO'S MOTION TO UNSEAL DOCUMENTS
## PERTAINING TO COOPERATING GOVERNMENT WITNESSES

      The government has advised that three cooperating witnesses will testify at trial:

Marcello Grasso, David Alwais, and Alex Torrente. We also anticipate that Anson Klinger,

a defendant in a related case, may testify for the government.

      A number of sealed documents have been filed in each of these defendants' cases.

Naturally, since the documents are sealed, it is impossible for Mr. Minuto to know whether

they in fact pertain to these defendants and whether they contain information relevant to

this case. Accordingly, Mr. Minuto requests that this Court direct the government to move

to unseal all pleadings pertaining to its cooperating witnesses and that the government

review all sealed documents in these witnesses' cases to determine whether they contain

information pertaining to the witnesses or to this case. The sealed documents are as

follows:

1

**EXHIBIT A:**  **United States v. Klinger**, Case No. 00-CR-6309 (S.D. Fla)

| Date | Docket Entry | Docket Description |
|------|-------------|-------------------|
| 10/26/00 | #23 | Sealed Document (sp) [entry date 11/02/00] |
| 10/27/00 | #149 | Ex parte hearing on protective order |
| 1/23/01 | #302 | Sealed Document (sp) [entry date 1/23/01] |
| 1/23/01 | #303 | Sealed Document (sp) [entry date 1/23/01] |
| 1/23/01 | #304 | Sealed Document (sp) [entry date 1/23/01] |
| 1/23/01 | #305 | Sealed Document (sp) [entry date 1/23/01] |
| 1/29/01 | #314 | Sealed Document (sp) [entry date 1/29/01] |
| 1/30/01 | #316 | Sealed Document (sp) [entry date 1/31/01] |
| 1/30/01 | #317 | Sealed Document (sp) [entry date 1/31/01] |
| 4/25/01 | #411 | Sealed Document (sp) [entry date 4/26/01] |
| 4/25/01 | #412 | Sealed Document (sp) [entry date 4/26/01] |
| 5/18/01 | #430 | Sealed Document (sp) [entry date 5/18/01] |

**EXHIBIT B:**  **United States v. Minuto**, Case Number: 00-CR-6088-ALL (Southern District of Fla).  This case involves cooperating witnesses Marcello Grasso and Alex Torrente:

| Date | Docket Entry | Docket Description |
|------|-------------|-------------------|
| 12/15/00 | #154 | Sealed Document (sp) [entry date 12/19/00] |
| 12/15/00 | #155 | Sealed Document (sp) [entry date 12/19/00] |
| 3/15/01 | #177 | Sealed Document (sp) [entry date 3/19/01] |
| 3/15/01 | #178 | Sealed Document (sp) [entry date 3/19/01] |

BLACK, SREBNICK & KORNSPAN, P.A., 201 S. BISCAYNE BLVD, SUITE 1300, MIAMI, FL 33131* (305) 371-6421

4/2/01          #183                Sealed Document (sp) [entry date 4/02/01]


**EXHIBIT C:** **United States v. Corozzo**, Case Number 96-Cr-6205-Roettger (Southern District of Fla) -- this case involves cooperating government witness David Alwais:

| Date | Docket Entry | Docket Description |
|------|--------------|--------------------|
| 1/22/97 | #95 | Sealed document as to D. Alwais (lh) [entry date 1/28/97] |
| 1/22/97 | #96 | Sealed document as to D. Alwais (lh) [entry date 1/28/97] |
| 1/21/97 | #97 | Sealed document as to Nicholas Corozzo, Leonard Dimaria (lh) [entry date 1/28/97] |
| 1/21/97 | #98 | as to Nicholas Corozzo, Leonard Dimaria (lh) [entry date 1/28/97] |
| 3/24/97 | #156 | as to Leonard Dimaria (lh) [entry date 3/25/97] |
| 5/13/97 | #191 | as to Nicholas Corozzo, Leonard Dimaria, Ralph Davino, Anthony Ruggiano Jr., Sydney Alwais, David Alwais, Salvatore Pecchio, Robert Engle, David Furman (lh) [entry date 5/16/97] |
| 5/20/97 | #198 | Sealed document as to David Alwais (lh) [entry date 6/4/97] |
| 5/20/97 | #199 | Sealed document as to David Alwais (lh) [entry date 6/4/97] |

3

| | | |
|---|---|---|
| 5/14/97 | #200 | Sealed document as to David Alwais (lh) [entry date 6/4/97] |
| 5/27/97 | #201 | Sealed document as to David Alwais (lh) [entry date 6/4/97] |
| 9/2/97 | #267 | Sealed document as to Robert  Engel (lh) [entry date 9/05/97] |
| 9/9/97 | #268 | Sealed document as to Robert  Engel (lh) [entry date 9/11/97] |
| 10/20/99 | #371 | Sealed document as to David Alwais (mh) [entry date 10/20/99] |
| 10/19/99 | #372 | Sealed document as to David Alwais (mh) [entry date 10/20/99] |
| 3/23/00 | #377 | Sealed document as to David Alwais (aj) [entry date 03/28/00] |
| 4/24/00 | #378 | Sealed document as to David Alwais (mh) [entry date 04/24/00] |
| 4/24/00 | #379 | Sealed document as to David Alwais (mh) [entry date 04/24/00] |
| 5/31/00 | #380 | Sealed document as to David Alwais (mh) [entry date 05/31/00] |

4

**EXHIBIT D:**  **United States v. David Alwais**, Case No. 86-6244-CR- Nesbitt (Southern District of Fla):

| Docket Entry | Docket Description |
|---|---|
| #46 | Sealed Document in vault in Miami |

Sealed documents filed with the court pertaining to government witnesses constitute ex parte communications between the Court and the government. "Ex parte proceedings can only be justified and allowed by compelling state [or government] interests. Not only is it a gross breach of the appearance of justice when the defendant's principal adversary [the government] is given private access to the ear of the court, it is a dangerous procedure." United States v. Minsky, 963 F.2d 870, 874 (6th Cir. 1992). Ex parte communications between the government and the court raise questions of due process and involve issues of legal and judicial ethics. United States v. Early, 746 F.2d 412, 416 (8th Cir. 1984), cert. denied, 472 U.S. 1010 (1985).

In the case of In re Paradyne, the Eleventh Circuit reversed a trial court's order denying a defendant's motion to unseal an ex parte conference between the government and the court. The Eleventh Circuit emphasized that ex parte communications, though not per se unconstitutional, "should occur but rarely, especially in criminal cases." In re Paradyne Corp., 803 F.2d 604, 612 (11th Cir. 1986); see also United States v. Adams, 785 F.2d 917, 920 (11th Cir. 1986). The Eleventh Circuit explained that "even when ex parte conferences are justified as, for example, a necessary means to resolve fears of intimidation of a witness, a transcript of the encounter usually is provided to ensure that

5

one party has not gained any unfair advantage before the court." Id. The court concluded that "to remedy any unfair advantage -- or the appearance thereof -- that might have resulted from the ex parte presentation at issue here, the transcript must be made available to petitioners." Id.

Mr. Minuto is entitled to know the contents of ex parte communications between the government and the Court regarding the government's witnesses. These ex parte communications took place while the witnesses were negotiating their guilty pleas and, presumably, as they were agreeing to cooperate with the government. Additionally, some of the ex parte communication may involve Jencks or Brady material pertaining to the cooperating witnesses which the government is obligated to turn over before trial.

Accordingly, Mr. Minuto requests that this Court direct the government to move to unseal or provide us with copies of all sealed documents pertaining to its witness.

Respectfully submitted,

**BLACK, SREBNICK & KORNSPAN, P.A.**
201 South Biscayne Boulevard
Suite 1300
Miami, Florida 33131
(305) 371-6421


By: _HELCVELC FOR_____
**HOWARD M. SREBNICK, ESQ**
Florida Bar Number 919063
Attorney for Marco Minuto

6

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on _June 4_, 2001 a true and correct copy of the

foregoing was furnished by mail to:

Michael J. Dittoe, Esq.
Assistant United States Attorney
500 East Broward Boulevard
7th Floor
Fort Lauderdale, Florida 33394-3002

William J. Hunt, Esq.
Counsel for Joseph Minuto
William J. Hunt & Associates
155 Polifly Road
Suite 200
Hackensack, New Jersey 07601

Bruce A. Zimet, Esq.
Counsel for Nicolo Mariani
One Financial Plaza
Suite 2612
Fort Lauderdale, Florida 33394

Kerry A. Lawrence, Esq.
Counsel for Chris Greco
Briccetti, Calhoun & Lawrence, LLP
81 Main Street
Suite 450
White Plains, New York 10601

By: _Srebnick for_

HOWARD M. SREBNICK, ESQ.
Attorney for Marco Minuto

7

Docket as of May 31, 2001 9:03 pm                    Web PACER (v2.3)

# U.S. District Court                    ATT...                    _A_

## Southern District of Florida (FtLauderdale)

## CRIMINAL DOCKET FOR CASE #: 00-CR-6309-ALL

### USA v. Raffa, et al  (ANSON KLINGER)

Filed: 10/24/00
Dkt# in other court: None

## Case Assigned to: Judge Patricia A. Seitz

UNITED STATES SECURITIES AND          Edward G. Sullivan
EXCHANGE COMMISSION (0)               404-842-7666
        Interested Party             [COR LD NTC]
                                     United States Securities and
                                     Exchange Commission
                                     3475 Lenox Road NE
                                     Suite 1000
                                     Atlanta, GA 30326-1232
                                     404-842-7676

Pending Counts:
    NONE
Terminated Counts:
    NONE
Complaints:
    NONE

## Case Assigned to:  Judge Patricia A. Seitz

STEVE RAFFA (1) , DOB-10/2/41;        David Michael Garvin
Prisoner #55521-004; Address-        [term  12/06/00]
15641 S.W. 16th Street,              FTS 371-8848
Pembroke Pines, FL                   305-371-8101

U.S. District Court Web PACER(v2.3) Docket Report                                    Page 28 of 56

10/26/00 --     ARREST of Jeffrey Bass (hr) [Entry date 11/01/00]

10/26/00 --     ARREST of Fred Morgenstern (hr) [Entry date 11/01/00]

10/26/00 139    NOTICE OF LIS PENDENS by USA as to David Morgenstern re:
                7534 Estrella Circle, Boca Raton, FL. Grantees: David
                Morgenstern (sp) [Entry date 11/01/00]

10/26/00 140    NOTICE OF LIS PENDENS by USA as to Steve Raffa re: 15641
                SW 16th Street, Pembroke Pines, FL. Grantees: Steve Raffa
                as Trustee (sp) [Entry date 11/01/00]

10/26/00 141    NOTICE OF LIS PENDENS by USA as to Giuseppe Bellitto re:
                1590 NW 13th Street, Boca Raton, FL. Grantees: Guiseppe
                Bellitto (sp) [Entry date 11/01/00]

10/26/00 142    NOTICE OF LIS PENDENS by USA as to Giuseppe Bellitto re:
                11627 Kensington Court, Boca Raton, FL. Grantees: Giuseppe
                Bellitto (sp) [Entry date 11/01/00]

10/26/00 143    NOTICE OF LIS PENDENS by USA as to John Mamone re: 1960
                Augusta Terrace, Coral Springs, FL. Grantees: John Mamone
                and Grace Mamone, husband and wife. (sp)
                [Entry date 11/01/00]

10/26/00 144    NOTICE OF LIS PENDENS by USA as to Steve Raffa re: 4039
                Northwest 135th Street, Opa-Locka, FL. Grantees: Steve
                Raffa, Trustee (sp) [Entry date 11/01/00]

10/26/00 145    NOTICE OF LIS PENDENS by USA as to Steve Raffa re: 4097 NW
                135th Street, Opa Locka, FL. Grantees: Steve Raffa,
                Trustee (sp) [Entry date 11/01/00]

10/26/00 146    NOTICE OF LIS PENDENS by USA as to Steve Raffa re: 4147 NW
                135th Street, Opa-Locka, FL. Grantees: Steve Raffa,
                Trustee (sp) [Entry date 11/01/00]

10/26/00 147    NOTICE OF LIS PENDENS by USA as to Steve Raffa re: 4119 NW
                135th Street, Opa-Locka, FL. Grantees: Steve Raffa,
                Trustee (sp) [Entry date 11/01/00]

10/26/00 148    NOTICE OF LIS PENDENS by USA as to Steve Raffa re: Lots 19
                and 20, Block 1, of St James Park North, Plat Book 3, Page
                33 in the public records of Broward County, FL. Grantees:
                Steve Raffa, Trustee (sp) [Entry date 11/01/00]

10/26/00 23     SEALED DOCUMENT (sp) [Entry date 11/02/00]

10/26/00 --     ARREST of Joseph Spitaleri (sk) [Entry date 11/13/00]

10/27/00 79     REPORT Commencing Criminal Action as to Jacolyn Baruch
                DOB: 1/6/49 Prisoner # 55526-004 (hr) [Entry date 10/30/00]

10/27/00 80     REPORT Commencing Criminal Action as to Michael Buccinna
                DOB: 4/30/59 Prisoner # 55531-004 (hr)
                [Entry date 10/30/00]

10/27/00 81     REPORT Commencing Criminal Action as to Joseph Silvestri
                DOB: 8/12/51 Prisoner # 04641-016 (hr)
                [Entry date 10/30/00]

10/27/00 82     REPORT Commencing Criminal Action as to Mark Carattini
                DOB: 9/15/69 Prisoner # 55530-004 (hr)

Magistrate Barry S. Seltzer on 10/27/00)  CCAP (hr)
[Entry date 10/31/00]

10/27/00  110    ORDER on Initial Appearance as to Joseph Spitaleri Bond set
                 to $200,000. PSB for Joseph Spitaleri.    before
                 Magistrate Barry S. Seltzer, ,  ( Signed by Magistrate
                 Barry S. Seltzer  on 10/27/00) Tape # 00-068 CCAP (hr)
                 [Entry date 11/01/00]

10/27/00  111     APPEARANCE BOND entered by Joseph Spitaleri  in  Amount $
                 200,000. PSB  Approved by Magistrate Barry S. Seltzer .
                 Surrender passports/travel documents; Report to PTS as
                 follows: as directed  Random urine testing;   Avoid
                 victims/witnesses;  No firearms/weapons;  Additional
                 conditions: reside at current address; no illegal drugs or
                 excessive alcohol; 24 hours house arrest except for Court
                 (hr) [Entry date 11/01/00]

10/27/00  112    ARRAIGNMENT INFORMATION SHEET for Joseph Spitaleri (14)
                 count(s) 1, 7, 8-13, 14-16  NOT GUILTY PLEA ENTERED as to
                 all counts. Court accepts plea. (hr) [Entry date 11/01/00]

10/27/00  --     ARREST of Joseph Spitaleri (hr) [Entry date 11/01/00]

10/27/00  149    Minutes of ex parte hearing on government's motion for
                 protective held on 10/27/00 before Judge Patricia A. Seitz
                 as to All Defendants; Court Reporter Name or Tape #: Richard
                 Kaufman (sp) [Entry date 12/07/00] [Edit date 03/09/01]

10/27/00  150    PROTECTIVE ORDER as to All Defendants for protective order
                 to preserve forfeitable properties of defendants (Signed by
                 Judge Patricia A. Seitz on 10/27/00) CCAP [EOD Date:
                 12/7/00] CCAP  (sp) [Entry date 12/07/00]
                 [Edit date 03/09/01]

10/30/00  103    NOTICE of Appearance for Mark Weiss by Attorney Phillip R.
                 Horowitz (hr) [Entry date 10/31/00]

10/30/00  105    NOTICE of Temporary Appearance for David Morgenstern by
                 Attorney Bruce L. Udolf (hr) [Entry date 10/31/00]

10/30/00  106    MOTION by John Mamone to reduce Bond (hr)
                 [Entry date 10/31/00]

10/30/00  107    Minutes of bond hearing held on 10/30/00  before Magistrate
                 Barry S. Seltzer as to David Morgenstern ;  Court Reporter
                 Name or Tape #: 00-097-2300-3300 (hr) [Entry date 10/31/00]

10/30/00  109    ORDER on Initial Appearance as to David Morgenstern Bond
                 set to $100,000 PSB w/nebbia for David Morgenstern.
                 Arraignment set for 10:00 11/6/00 for David Morgenstern ;
                 Report re counsel set for 10:00 11/6/00 for David
                 Morgenstern ;   before Magistrate Barry S. Seltzer, ,
                 ( Signed by Magistrate Barry S. Seltzer  on 10/30/00) CCAP
                 (hr) [Entry date 10/31/00]

10/30/00  113    REPORT Commencing Criminal Action as to David Morgenstern
                 DOB: 10/28/48  Prisoner # 10453-074 (hr)
                 [Entry date 11/01/00]

10/30/00  114     APPEARANCE BOND entered by David Morgenstern  in  Amount $
                 100,000. CSB Receipt # IM-17045 (Surety Information:
                 International Fidelity , William Seggel , 120 SE 10 St. Ft.
                 Lauderdale,)   Approved by Magistrate Barry S. Seltzer .

1/5/01    295    MOTION by Charles Clay for Federal Public Defender to
                 withdraw as attorney (ls) [Entry date 01/08/01]

1/8/01    297    CJA 20 as to Peggy Preston : Appointment of Attorney Steven
                 E. Kreisberg (Signed by Magistrate Stephen T. Brown on
                 1/5/01 nunc pro tunc 1/1/03) (ls) [Entry date 01/09/01]

1/9/01    298    ORDER OF REFERENCE referring Motion(s)  to Magistrate Barry
                 L. Garber as to Charles Clay : [295-1] motion for Federal
                 Public Defender to withdraw as attorney as to Charles Clay
                 (15)   ( Signed by Judge Patricia A. Seitz on 1/8/01) CCAP
                 [EOD Date: 1/10/01   CCAP (ls) [Entry date 01/10/01]

1/9/01    299    NOTICE of Appearance for David Morgenstern by Attorney Ana
                 Maria Jhones (ls) [Entry date 01/10/01]

1/10/01   300    ORDER as to Charles Clay  granting [295-1] motion for
                 Federal Public Defender to withdraw as attorney
                 (Terminated: attorney Celeste Siblesz Higgins for Charles
                 Clay as to Charles Clay (15) ( Signed by Judge Patricia A.
                 Seitz on 1/9/01) CCAP [EOD Date: 1/11/01  CCAP  (dg)
                 [Entry date 01/11/01]

1/11/01   301    UNOPPOSED MOTION by USA as to Giuseppe Bellitto to modify
                 conditions of Bond (ls) [Entry date 01/12/01]

1/22/01   307    CJA 20 as to David Morgenstern : Appointment of Attorney
                 Ana Jhones ( Signed by Magistrate Judge William C. Turnoff
                 on 1/19/01, nunc pro tunc date 12/13/00) (ls)
                 [Entry date 01/24/01]

1/22/01   306    ORDER OF REFERENCE referring Motion to modify conditions of
                 bond to Magistrate Stephen T. Brown as to Giuseppe Bellitto
                 (Signed by Judge Patricia A. Seitz on 1/19/01) CCAP [EOD
                 Date: 1/24/01 CCAP (dg) [Entry date 01/24/01]

1/23/01   302    SEALED DOCUMENT (sp) [Entry date 01/23/01]

1/23/01   303    SEALED DOCUMENT (sp) [Entry date 01/23/01]

1/23/01   304    SEALED DOCUMENT (sp) [Entry date 01/23/01]

1/23/01   305    SEALED DOCUMENT (sp) [Entry date 01/23/01]

1/23/01   308    MOTION by USA  as to John Mamone for protective order
                 concerning portions of the standing discovery statement (ls)
                 [Entry date 01/24/01]

1/23/01   309    ORDER as to John Mamone  granting [308-1] motion for
                 protective order concerning portions of the standing
                 discovery statement as to John Mamone (2) ( Signed by Judge
                 Patricia A. Seitz on 1/23/01) CCAP [EOD Date: 1/24/01]
                 CCAP  (ls) [Entry date 01/24/01]

1/23/01   310    MOTION by Julius Bruno Chiusano to Travel to Groton/New
                 London, Connecticut and Tampa, Florida (ls)
                 [Entry date 01/24/01]

1/24/01   311    UNOPPOSED MOTION by Paul Difilippi to Amend terms and
                 Conditions of Release (ls) [Entry date 01/25/01]

1/25/01   312    ORDER Setting Conditions of Release as to Giuseppe Bellitto
                 granting [301-1] motion to modify conditions of Bond as to

Giuseppe Bellitto (10): bond previously set shall be
modified to require that as a condition of release,
defendant shall report to pretrial service officer as
directed by that office; all other terms and conditions of
bond shall remain in full force and effect. ( Signed by
Magistrate Stephen T. Brown on 1/24/01)  Tape # none
CCAP/M (sp) [Entry date 01/26/01]

1/25/01    313    ORDER as to Julius Bruce Chiusano  granting [310-1] motion
to Travel to Groton/New London, Connecticut and Tampa,
Florida from 1/26/01-1/28/01 as to Julius Bruce Chiusano
(6) (see order for details/special conditions) ( Signed by
Judge Patricia A. Seitz on 1/24/01) CCAP [EOD Date:
1/26/01] CCAP  (sp) [Entry date 01/26/01]

1/26/01    315    MOTION with Memorandum in Support by USA  as to Jeffrey
Bass to disqualify Lothar R. Genge (tb)
[Entry date 01/30/01]

1/29/01    314    SEALED DOCUMENT (sp) [Entry date 01/29/01]

1/30/01    316    SEALED DOCUMENT (sp) [Entry date 01/31/01]

1/30/01    317    SEALED DOCUMENT (sp) [Entry date 01/31/01]

1/30/01    318    SUPERSEDING INDICTMENT as to  John Mamone (2) count(s) 1s,
2s, 3s, 4s, 5s, 6s, 7s-12s, 13s-15s, 16s-21s, 22s-24s, 25s,
26s, 27s, 28s-52s, 53s-77s, 78s-85s, 86s-93s, Fred
Morgenstern (3) count(s) 1s, 5s, 25s, 26s, 27s, 28s-52s,
53s-77s, 78s-85s, 86s-93s, David Morgenstern (4) count(s)
1s, 25s, 28s-52s, 53s-77s, Joseph Silvestri (5) count(s)
1s, 25s, 28s-52s, 53s-77s, Julius Bruce Chiusano (6)
count(s) 1s, 2s, 4s, 5s, 6s, 16s-21s, 22s-24s, Michael
Puccinna (7) count(s) 1s, 2s, 4s, 5s, 6s, 25s, 28s-52s,
53s-77s, Jeffrey Bass (8) count(s) 1s, 2s, 5s, Frederick
Scarola (9) count(s) 4s, Giuseppe Bellitto (10) count(s)
1s, 2s, 4s, Mark Garattini (11) count(s) 1s, 2s, 5s, Paul
Difilippi (12) count(s) 4s, Anson Klinger (13) count(s) 1s,
2s, 5s, Joseph Spinaleri (14) count(s) 1s, 6s, 7s-12s,
13s-15s, 16s-21s, 22s-24s, Charles Clay (15) count(s) 2s,
3s, Peggy Preston (16) count(s) 5s, 25s, 28s-52s, 53s-77s,
Mark Weiss (17) count(s) 1s, 4s, 25s, 28s-52s, 53s-77s,
Jacolyn Baruch (18) count(s) 1s, 2s, 5s, David Pell (19)
count(s) 1s, 4s, 25s, 78s-85s, 86s-93s; also forfeiture as
to (s) counts 1, 5-93 (Criminal Category 4) (sp)
[Entry date 02/01/01]

1/31/01    320    MOTION by David Morgenstern to Modify Conditions of
Release (1s) [Entry date 02/02/01]

1/31/01    319    ORDER OF REFERENCE referring Motion to disqualify Attorney
Lothar R. George to Magistrate Barry L. Garber as to
Jeffrey Bass : (Signed by Judge Patricia A. Seitz on
1/31/01) CCAP [EOD Date: 2/2/01] CCAP (dg)
[Entry date 02/02/01]

2/2/01    321    ORDER as to Paul Difilippi  granting [311-1] motion to
Amend terms and Conditions of Release as to Paul Difilippi
(12) ( Signed by Judge Patricia A. Seitz on 2/1/01) CCAP
[EOD Date: 2/5/01] CCAP  (dg) [Entry date 02/05/01]

2/2/01    322    ORDER as to David Morgenstern  granting [320-1] motion to
Modify Conditions of Release as to David Morgenstern (4) (
Signed by Judge Patricia A. Seitz on 2/1/01) CCAP [EOD

U.S. District Court Web PACER(V2.3) Docket Report

4/13/01  402  Notice of compliance: by David Morgenstern  with [393-1] motion for authorization to purchase discovery (tb) [Entry date 04/16/01]

4/16/01  403  TRANSCRIPT filed as to David Morgenstern of initial appearance held 10/30/00 before Judge Barry S. Seltzer Pages: 1-15 (sn) [Entry date 04/17/01]

4/16/01  404  OMNIBUS REQUEST with Memorandum in Support by Charles Clay for discovery (dg) [Entry date 04/17/01]

4/18/01  405  MOTION by Mark Carattini to extend time to file motions (dg) [Entry date 04/19/01]

4/18/01  406  RESPONSE by USA as to John Yamone in opposition to [401-1] motion for review of [395-1] order (dg) [Entry date 04/19/01]

4/19/01  407  ORDER as to David Morgenstern  granting [393-1] motion for authorization to purchase discovery as to David Morgenstern (4) ( Signed by Judge Patricia A. Seitz on 4/17/01) CCAP [EOD Date: 4/23/01] CCAP  (dg) [Entry date 04/23/01]

4/23/01  408  NOTICE of Change of Address of attorney by Paul Difilippi (dg) [Entry date 04/24/01]

4/24/01  409  ORDER as to Mark Carattini  granting [405-1] motion to extend time to file motions as to Mark Carattini (11) reset motion filing deadline for 5/7/01 for Mark Carattini ( Signed by Judge Patricia A. Seitz on 4/23/01) CCAP [EOD Date: 4/25/01] CCAP  (dg) [Entry date 04/25/01]

4/24/01  410  ORDER RE SPEEDY TRIAL as to All Defendants to Continue in Interest of Justice ( Signed by Judge Patricia A. Seitz on 4/23/01) CCAP [EOD Date: 4/25/01] CCAP  (dg) [Entry date 04/25/01]

4/25/01  411  SEALED DOCUMENT (sp) [Entry date 04/26/01]

4/25/01  412  SEALED DOCUMENT (sp) [Entry date 04/26/01]

4/27/01  413  MOTION by John Mamone to alter certain conditions of pretrial release (dg) [Entry date 04/30/01]

4/27/01  414  AMENDMENT by John Mamone  to: [413-1] motion to alter certain conditions of pretrial release (dg) [Entry date 04/30/01]

5/3/01  415  MOTION by David Bell to modify conditions of bond (dg) [Entry date 05/04/01]

5/4/01  416  RESPONSE by USA as to Charles Clay  in opposition to [404-1] motion for discovery (tb) [Entry date 05/07/01]

5/4/01  417  MOTION by Mark Weiss for permission to travel (rn) [Entry date 05/07/01]

5/7/01  418  CJA 24 as to David Morgenstern  Authorization to Pay Amount: $ 42.00 for Transcript  Voucher # 922 ( Signed by Judge Patricia A. Seitz on 4/26/01) CCAP [EOD Date: 5/8/01] (dg) [Entry date 05/08/01]

5/7/01  419  ORDER as to Fred Morgenstern granting in part [399-1]

motion for relief from [150-2] protective order as to Fred
Morgenstern (3) ) Signed by Judge Patricia A. Seitz on
5/7/01) CCAP [EOD Date: 5/8/01] CCAP  (dg)
[Entry date 05/08/01]

5/7/01    420    RESPONSE by USA as to Fred Morgenstern, David Morgenstern,
jr. in opposition to [398-1] joint motion for a partial release
of the freeze order of 10/27/00 to allow defendants to pay
funds for investors, civil penalties & Special Master
administrative costs as ordered by the Court in
#98-7044-CV-SEITZ (dg) [Entry date 05/08/01]

5/9/01    421    NOTICE of Hearing as to Joseph Spitaleri :  set Change of
Plea Hearing for 9:00 6/4/01 for Joseph Spitaleri   before
Judge Patricia A. Seitz (dg) [Entry date 05/10/01]

5/10/01   422    RESPONSE by USA as to John Mamone  in opposition to [413-1]
motion to alter certain conditions of pretrial release (dg)
[Entry date 05/11/01]

5/11/01   423    EMERGENCY MOTION by Mark Carattini to Travel  Biloxi, MS
from 5/13/01 to 5/15/01 (dg) [Entry date 05/14/01]

5/11/01   424    ORDER as to Mark Carattini  granting [423-1] motion to
Travel Biloxi, MS from 5/13/01 to 5/15/01 as to Mark
Carattini (11) ) Signed by Judge K. M. Moore on 5/11/01)
CCAP [EOD Date: 5/14/01] CCAP  (dg) [Entry date 05/14/01]

5/15/01   425    ORDER as to Charles Clay Motion hearing  before Magistrate
Barry L. Garber set for 10:00 5/30/01 for Charles Clay for
[404-1] motion for discovery ( Signed by Magistrate Barry
L. Garber on 5/14/01) CCAP [EOD Date: 5/16/01] CCAP  (dg)
[Entry date 05/16/01]

5/16/01   426    ORDER as to Mark Weiss  granting [417-1] motion for
permission to travel as to Mark Weiss (17) ( Signed by
Magistrate Barry S. Seltzer on 5/15/01) CCAP [EOD Date:
5/17/01] CCAP  (dg) [Entry date 05/17/01]

5/16/01   427    ORDER as to David Bell  granting [415-1] motion to modify
conditions of bond as to David Bell (19) ( Signed by
Magistrate Barry S. Seltzer on 5/15/01) CCAP [EOD Date:
5/17/01] CCAP  (dg) [Entry date 05/17/01]

5/17/01   428    ORDER OF REFERENCE referring Ex Parte Motion for
authorization to retain private investigator in excess of
$300 to Magistrate Barry L. Garber as to Peggy Preston :  (
Signed by Judge Patricia A. Seitz on 5/17/01) CCAP [EOD
Date: 5/18/01] CCAP (dg) [Entry date 05/18/01]

5/17/01   429    MOTION by Joseph Silvestri for investigative costs (dg)
[Entry date 05/18/01]

5/18/01   430    SEALED DOCUMENT (sp) [Entry date 05/18/01]

5/18/01   431    MOTION by Fred Morgenstern to Travel to Ellenton, FL from
5/20/01 to 5/22/01 (dg) [Entry date 05/21/01]

5/18/01   432    ORDER as to Fred Morgenstern  granting [431-1] motion to
Travel to Ellenton, FL from 5/20/01 to 5/22/01 as to Fred
Morgenstern (3) ) Signed by Magistrate Barry L. Garber on
5/18/01) CCAP [EOD Date: 5/21/01] CCAP   (dg)
[Entry date 05/21/01]

U.S. District Court Web PACER(v2.3) Docket Report                                    Page 1 of 26

Docket as of May 30, 2001 9:01 pm                    Web PACER (v2.3)

# U.S. District Court

## Southern District of Florida (FtLauderdale)

### CRIMINAL DOCKET FOR CASE #: 00-CR-6088-ALL (MARCELLO GRASSO & ALEX TORRENTE)

#### USA v. Minuto, et al

Filed: 04/04/00
Dkt# in other court: None

## Case Assigned to: Judge Ursula Ungaro-Benages



MARCO MINUTO (1)                          Howard Milton Srebnick
aka                                       FTS 358-2006
Big Guy                                   [COR LD NTC ret]
        defendant                         Black Srebnick & Kornspan
                                          201 S Biscayne Boulevard
                                          Suite 1300
                                          Miami, FL 33131
                                          305-371-6421
                                          Alan Edward Weinstein
                                          [COR LD NTC ret]
                                          Alan E. Weinstein
                                          1801 West Avenue
                                          Miami Beach, FL 33139-1431
                                          305-534-4666
                                          Jeffrey Stuart Weiner
                                          [term 07/25/00]
                                          FTS 670-9299
                                          305-670-9919
                                          Suite 1910
                                          [COR LD NTC ret]
                                          9130 S Dadeland Boulevard
                                          Miami, FL 33156-7858
                                          Murray Richman
                                          [term 03/30/01]
                                          [COR LD NTC ret]
                                          2027 Williamsbridge Road
                                          Bronx, NY 10461
                                          718-892-8588
                                                   Disposition

Pending Counts:
18:1962-7440.F RACKETEERING -
GAMBLING
(1)
18:1956-7481.F MONEY

12/15/00 (tb) [Entry date 12/18/00]

12/15/00 154    SEALED DOCUMENT (sp) [Entry date 12/19/00]

12/15/00 155    SEALED DOCUMENT (sp) [Entry date 12/19/00]

12/19/00 --     ARREST of Marco Minuto (ls) [Entry date 01/16/01]

12/28/00 156    UNOPPOSED MOTION by Marcello Grasso to Travel (tb)
                [Entry date 12/29/00]

1/2/01   157    MOTION by Marco Minuto for conflict of interest hearing
                and to determine the status of Murray Richman as attorney
                of record for Marco Minuto (tb) [Entry date 01/03/01]

1/3/01   158    ORDER as to Marcello Grasso  granting [156-1] motion to
                Travel as to Marcello Grasso (4) ( Signed by Magistrate
                Stephen T. Brown on 12/29/00) CCAP [EOD Date: 1/3/01] CCAP
                (tb) [Entry date 01/03/01]

1/5/01   159    ORDER OF REFERENCE referring Motion(s)  to Magistrate
                Stephen T. Brown as to Marco Minuto : [157-1] motion for
                conflict of interest hearing and to determine the status of
                Murray Richman as attorney of record for Marco Minuto as to
                Marco Minuto (1) ( Signed by Judge Ursula Ungaro-Benages
                on 1/5/01) CCAP [EOD Date: 1/8/01]  CCAP (ls)
                [Entry date 01/08/01]

1/8/01   --     Change of Plea Hearing as to Marcello Grasso  held (wc)
                [Entry date 01/08/01]

1/8/01   160    Minutes of Change of Plea held on 1/8/01  before Judge
                Ursula Ungaro-Benages as to Marcello Grasso ;  Court
                Reporter Name or Tape #: (None noted) (wc)
                [Entry date 01/08/01]

1/8/01   161    Plea Agreement as to Marcello Grasso (wc)
                [Entry date 01/08/01]

1/8/01   --     PLEA entered by Marcello Grasso . Court accepts plea.
                GUILTY: Marcello Grasso (4) count(s) 1 (wc)
                [Entry date 01/08/01]

1/8/01   162    NOTICE of Hearing as to Marcello Grasso :  set Sentencing
                for 2:00 4/13/01 before Judge Ursula Ungaro-Benages (wc)
                [Entry date 01/08/01]

1/16/01  163    ARREST WARRANT Returned Executed as to Marco Minuto on
                12/19/00 (ls) [Entry date 01/16/01]

1/17/01  164    ORDER as to Marco Minuto  denying [157-1] motion for
                conflict of interest hearing and to determine the status of
                Murray Richman as attorney of record for Marco Minuto as to
                Marco Minuto (1) ( Signed by Magistrate Stephen T. Brown on
                1/16/01) CCAP [EOD Date: 1/18/01] CCAP (tb)
                [Entry date 01/18/01]

1/29/01  165    RESPONSE by counsel for  Marco Minuto to [157-1] motion for
                conflict of interest hearing and to determine the status of
                Murray Richman as attorney of record for Marco Minuto (tb)
                [Entry date 01/30/01]

1/30/01  166    RESPONSE by Murray Richman  as to Marco Minuto re [157-1]
                motion for conflict of interest hearing and to determine

|          |     | the status of Murray Richman as attorney of record for Marco Minuto (ls) [Entry date 01/31/01] |
|----------|-----|---|
| 2/2/01   | 167 | WAIVER of bond and bond hearing by Marco Minuto ( Signed by Magistrate Judge Robert L. Dube on 2/2/01) CCAP [EOD Date: 2/5/01]  Tape # 01-6-50 (tb) [Entry date 02/05/01] |
| 2/2/01   | 168 | ORDER on Initial Appearance as to Marco Minuto , ( Signed by Magistrate Judge Robert L. Dube  on 2/2/01)  Tape # 01H-6-50 CCAP (tb) [Entry date 02/05/01] |
| 2/16/01  | 169 | MOTION by Marco Minuto to continue calendar call (tb) [Entry date 02/20/01] |
| 2/16/01  | 170 | TRANSCRIPT filed as to Julio Perez  of Plea Colloquy held 8/23/00  before Judge Ursula Ungaro-Benages  Pages: 1-17; Court Reporter: William G. Romanishin (gp) [Entry date 02/22/01] |
| 3/2/01   | --  | PLEA entered by Alex Torrente . Court accepts plea. GUILTY: Alex Torrente (5) count(s) 1 (tb) [Entry date 03/06/01] |
| 3/2/01   | 171 | Minutes of change of plea held on 3/2/01  before Judge Ursula Ungaro-Benages as to Alex Torrente ;  Court Reporter Name or Tape #: William Romanishin (tb) [Entry date 03/06/01] |
| 3/2/01   | --  | Change of Plea Hearing as to Alex Torrente  held (tb) [Entry date 03/06/01] |
| 3/2/01   | 172 | Plea Agreement as to Alex Torrente (tb) [Entry date 03/06/01] |
| 3/6/01   | 173 | NOTICE of Hearing as to Alex Torrente :  setting Sentencing for 9:30 6/12/01 for Alex Torrente   before Judge Ursula Ungaro-Benages (tb) [Entry date 03/06/01] |
| 3/9/01   | 174 | ORDER as to Marco Minuto, Nicolo Mariani, Joseph Minuto, Marcello Grasso, Alex Torrente, Chris Greco, Julio Perez, Angel Hernandez, Jorge Ravelo  granting [169-1] motion to continue calendar call as to Marco Minuto (1)  reset Jury trial for 9:00 3/26/01 for Marco Minuto, for Nicolo Mariani, for Joseph Minuto, for Marcello Grasso, for Alex Torrente, for Chris Greco, for Julio Perez, for Angel Hernandez, for Jorge Ravelo  before Judge Ursula Ungaro-Benages,  reset calendar call for 1:00 3/21/01 for Marco Minuto, for Nicolo Mariani, for Joseph Minuto, for Marcello Grasso, for Alex Torrente, for Chris Greco, for Julio Perez, for Angel Hernandez, for Jorge Ravelo  before Judge Ursula Ungaro-Benages, to Continue in Interest of Justice ( Signed by Judge Ursula Ungaro-Benages on 3/6/01) CCAP [EOD Date: 3/12/01] CCAP  (tb) [Entry date 03/12/01] |
| 3/9/01   | 175 | MOTION by Marco Minuto to substitute Howard M. Srebnik in place of Murray Richman as Attorney (tb) [Entry date 03/12/01] [Edit date 03/16/01] |
| 3/13/01  | 176 | JOINT OBJECTION by Julio Perez  to Presentence Investigation Report (tb) [Entry date 03/16/01] |
| 3/15/01  | 177 | SEALED DOCUMENT (sp) [Entry date 03/19/01] |
| 3/15/01  | 178 | SEALED DOCUMENT (sp) [Entry date 03/19/01] |

3/23/01   179     ORDER as to Julio Perez   resetting Sentencing for 1:30
                  5/08/01 for Julio Perez   before Judge Ursula
                  Ungaro-Benages ( Signed by Judge Ursula Ungaro-Benages on
                  3/21/01) CCAP [EOD Date: 3/23/01] CCAP  (tb)
                  [Entry date 03/23/01]

3/23/01   180     WAIVER of Speedy Trial by Marco Minuto (rn)
                  [Entry date 03/26/01]

3/27/01   181     WAIVER of Speedy Trial by Nicolo Mariani (tb)
                  [Entry date 03/29/01]

3/28/01   182     EMERGENCY MOTION by Alex Torrente to Travel (tb)
                  [Entry date 03/29/01]

3/30/01   184     ORDER as to Marco Minuto  granting [175-1] motion to
                  substitute Howard M. Srebnik in place of Murray Richman as
                  Attorney (Terminated: attorney Murray Richman for Marco
                  Minuto Added: Howard Milton Srebnick) as to Marco Minuto
                  (1) ( Signed by Judge Ursula Ungaro-Benages on 3/28/01)
                  CCAP [EOD Date: 4/2/01] CCAP  (tb) [Entry date 04/02/01]

3/30/01   185     ORDER as to Marco Minuto, Nicolo Mariani, Joseph Minuto,
                  Marcello Grasso, Alex Torrente, Chris Greco, Julio Perez,
                  Angel Hernandez, Jorge Ravelo   reset calendar call for
                  1:30 6/22/01 for Marco Minuto, for Nicolo Mariani, for
                  Joseph Minuto, for Marcello Grasso, for Alex Torrente, for
                  Chris Greco, for Julio Perez, for Angel Hernandez, for
                  Jorge Ravelo   before Judge Ursula Ungaro-Benages,  reset
                  Jury trial for 9:00 6/17/01 for Marco Minuto, for Nicolo
                  Mariani, for Joseph Minuto, for Marcello Grasso, for Alex
                  Torrente, for Chris Greco, for Julio Perez, for Angel
                  Hernandez, for Jorge Ravelo   before Judge Ursula
                  Ungaro-Benages, to Continue in Interest of Justice (
                  Signed by Judge Ursula Ungaro-Benages on 3/28/01) CCAP [EOD
                  Date: 4/2/01] CCAP  (tb) [Entry date 04/02/01]

4/2/01    183     SEALED DOCUMENT (sp) [Entry date 04/02/01]

4/4/01    186     ORDER as to Alex Torrente  denying [182-1] motion to Travel
                  as to Alex Torrente (5) ( Signed by Magistrate Stephen T.
                  Brown on 4/3/01) CCAP [EOD Date: 4/5/01] CCAP  (dg)
                  [Entry date 04/05/01]

4/11/01   187     WAIVER of Speedy Trial by Joseph Minuto (tb)
                  [Entry date 04/12/01]

4/13/01   188     WAIVER of Speedy Trial by Chris Greco (tb)
                  [Entry date 04/16/01]

4/19/01   189     RULE DEMAND  by Marco Minuto for summary of expert witness
                  testimony (tb) [Entry date 04/19/01]

4/19/01   190     REQUEST  by Marco Minuto for notice of 404 (B) evidence (tb)
                  [Entry date 04/20/01]

4/20/01   191     UNOPPOSED MOTION by Marcello Grasso to Travel (tb)
                  [Entry date 04/23/01]

4/24/01   192     ORDER as to Marco Minuto  granting [190-1] motion for
                  notice of 404 (B) evidence as to Marco Minuto (1) ( Signed
                  by Judge Ursula Ungaro-Benages on 4/24/01) CCAP [EOD Date:
                  4/24/01] CCAP  (rn) [Entry date 04/24/01]

Docket as of May 30. 2001 9:10 pm                    Web PACER (v2.3)

# U.S. District Court

## Southern District of Florida (FtLauderdale)

### CRIMINAL DOCKET FOR CASE #: 96-CR-6205-ALL

#### USA v. Corozzo, et al (DAVID ALWAIS)

Filed: 12/10/96
Dkt# in other court: None

### Case Assigned to: Judge Norman C. Roettger, Jr.

NICHOLAS COROZZO (1) , DOB:        Joseph R. Corozzo, Jr.

# DOCKET    PROCEEDINGS

## DATE    #         DOCKET    ENTRY

```
3/17/43          Prisoner:#       [term  01/29/98]
19241-053                         [COR LD NTC ret]
aka                               Rubinstein & Corozzo
Our Friend                        260 Madison Avenue
aka                               New York, NY 10016
Little Guy                        212-545-8777
    defendant
 [term  01/29/98]                 Gerald Shargel
                                   [term  01/29/99]
                                  212-969-5670
                                  19th Floor
                                  [COR LD NTC ret]
                                  1585 Broadway
                                  New York, NY 10036
Pending Counts:                     Disposition
18:1962-6801.F CONTINUING         Special assessment of $100.00;
CRIMINAL ENTERPRISE               Imprisoned for a term of 70
(1ss)                             months.  Supervised release for
                                  a term of 3 years.  Fine in
                                  the sum of $12,500.00
```

|         |     | Salvatore Pecchio, for David Furman  before Magistrate Lurana S. Snow ( Signed by Magistrate Lurana S. Snow on 1/10/97)  CCAP (1h) [Entry date 01/14/97] |
|---------|-----|------|
| 1/10/97 | 80  | STANDING DISCOVERY ORDER as to Salvatore Pecchio, David Furman ( Signed by Magistrate Lurana S. Snow on 1/10/97) CCAP (1h) [Entry date 01/14/97] |
| 1/10/97 | 81  | Minute of Arraignment held on 1/10/97 before Magistrate Lurana S. Snow as to Salvatore Pecchio ; Court Reporter Name or Tape #: 97-002/1466 (1h) [Entry date 01/14/97] |
| 1/10/97 | 82  | Minute of Arraignment held on 1/10/97 before Magistrate Lurana S. Snow as to David Furman ; Court Reporter Name or Tape #: 97-003/1314 (1h) [Entry date 01/14/97] |
| 1/13/97 | 83  | MOTION by Ralph Davino Jr. to Magistrate for Hearing on medical attention (1h) [Entry date 01/14/97] |
| 1/13/97 | 84  | CJA 20 as to Salvatore Pecchio : Appointment of Attorney Carlos Manuel Llorente Voucher # 0859752 ( Signed by Magistrate Lurana S. Snow on 1/13/97) (1n) [Entry date 01/14/97] |
| 1/13/97 | 85  | ORDER as to David Furman for Appointment of Public Defender ( Signed by Magistrate Lurana S. Snow on 1/13/97) CCAP (1h) [Entry date 01/14/97] |
| 1/13/97 | 86  | NOTICE of Assignment of Assistant Public Defender for David Furman . Terminated AFPD Patrick Michael Hunt assigned. (1h) [Entry date 01/14/97] |
| 1/17/97 | 87  | MOTION by USA as to Nicholas Corozzo, Leonard Dimaria, Ralph Davino Jr., Anthony Ruggiano Jr., Sydney Alwais, David Alwais, Salvatore Pecchio, Robert Engel, David Furman for protective order to defer compliance with standing discovery order (1h) [Entry date 01/22/97] |
| 1/21/97 | 88  | JOINT MOTION by Nicholas Corozzo, Ralph Davino Jr., Sydney Alwais, David Alwais, Salvatore Pecchio to transfer all defendants to the same floor of the Federal Detention Center for the purpose of preparing a joint defense (1h) [Entry date 01/23/97] |
| 1/21/97 | 89  | MOTION by Ralph Davino Jr. for Frank V. Carone Jr. to appear pro hac vice ($75.00 fee paid #670848) (1h) [Entry date 01/23/97] |
| 1/21/97 | 90  | MOTION by Ralph Davino Jr. for Joseph Mure' to appear pro hac vice (1h) [Entry date 01/23/97] |
| 1/21/97 | 97  | SEALED DOCUMENT as to Nicholas Corozzo, Leonard Dimaria (1h) [Entry date 01/28/97] |
| 1/21/97 | 98  | SEALED DOCUMENT as to Nicholas Corozzo, Leonard Dimaria (1n) [Entry date 01/28/97] |
| 1/22/97 | 91  | MOTION by Nicholas Corozzo, Ralph Davino Jr. for Joseph R. Corozzo Jr. to appear pro hac vice ($75.00 fee paid #670846) (1h) [Entry date 01/23/97] |
| 1/22/97 | 92  | AFFIRMATION/NOTICE of by Nicholas Corozzo, Ralph Davino Jr. (1h) [Entry date 01/23/97] |
| 1/22/97 | 95  | SEALED DOCUMENT as to David Alwais (1n) [Entry date 01/28/97] |
| 1/22/97 | 96  | SEALED DOCUMENT as to David Alwais (1h) [Entry date 01/28/97] |
| 1/24/97 | 93  | MOTION by David Alwais to continue date of status conference (1h) [Entry date 01/28/97] |
| 1/24/97 | 94  | MOTION by Nicholas Corozzo, Leonard Dimaria, Ralph Davino Jr., Sydney Alwais, David Alwais to defer time for filing motions (1h) [Entry date 01/28/97] |
| 1/27/97 | 100 | NOTICE to Court by USA as to Nicholas Corozzo, Leonard Dimaria, Ralph Davino Jr., Anthony Ruggiano Jr., Sydney Alwais, David Alwais, Salvatore Pecchio, Robert Engel, David Furman (1h) [Entry date 01/30/97] |
| 1/28/97 | 101 | RESPONSE by USA as to Nicholas Corozzo, Leonard Dimaria, Ralph Davino Jr., Anthony Ruggiano Jr., Sydney Alwais, David Alwais, Salvatore Pecchio, Robert Engel, David Furman |

|       |     |                                                                                  |
|-------|-----|----------------------------------------------------------------------------------|
|       |     | appear pro hac vice (1h) [Entry date 03/24/97] |
| 3/21/97 | 153 | Clerk's receipt. Number: 511173 in the amount of $ 75.00 for Gerald Shargel, Esq. to appear pro hac vice by Nicholas Corozzo (1h) [Entry date 03/24/97] |
| 3/21/97 | 154 | WRIT of Habeas Corpus ad Prosequendum issued as to Robert Engel  for 4/14/97 at 9:30 (1h) [Entry date 03/24/97] |
| 3/21/97 | 155 | PETITION by USA  for Writ of Habeas Corpus ad prosequendum as to Robert Engel (1h) [Entry date 03/24/97] |
| 3/21/97 | 157 | RESPONSE by USA as to Sydney Alwais  in opposition to [113-1] motion to sever count 20 of the indictment pursuant to Rule 14 FRCP (relief from prejudicial joinder) and request for hearing (1h) [Entry date 03/27/97] |
| 3/21/97 | 158 | RESPONSE by USA as to Leonard Dimaria  in opposition to motion to suppress tape recordings (1h) [Entry date 03/27/97] |
| 3/21/97 | 159 | RESPONSE by USA as to Leonard Dimaria  in opposition to motion for severance (1h) [Entry date 03/27/97] |
| 3/21/97 | 160 | RESPONSE by USA as to Leonard Dimaria  in opposition to motion for discovery (1h) [Entry date 03/27/97] |
| 3/21/97 | 161 | RESPONSE by USA as to Leonard Dimaria  in opposition to motion for transfer and consolidation (1h) [Entry date 03/27/97] |
| 3/21/97 | 162 | RESPONSE by USA as to Salvatore Pecchio  in opposition to [128-1] motion to suppress evidence (1h) [Entry date 03/27/97] |
| 3/24/97 | 156 | SEALED DOCUMENT as to Leonard Dimaria (1h) [Entry date 03/26/97] |
| 3/25/97 | 163 | MOTION by Sydney Alwais to suppress search of E-Z Check Cashing Company (dp) [Entry date 04/04/97] |
| 3/26/97 | 164 | MOTION by Sydney Alwais to Adopt Pre-trial Motions, all arguments, memorandums of law, exhibits, testimony and all other evidence presented in said motions of Other Defendant (dp) [Entry date 04/04/97] |
| 3/28/97 | 165 | RENEWED MOTION by Salvatore Pecchio to Adopt Motions of Other Defendants (dp) [Entry date 04/04/97] |
| 4/2/97 | 166 | ORDER as to Ralph Davino Jr. granting [152-1] motion to Adopt Motion of Other Defendant: Motion to suppress tape recordings; opposition to Government's motion for protective order; and motion for discovery and motion for leave to supplement pretrial motions upon receipt of information from the government as to Ralph Davino (5) ( Signed by Ch. Magistrate Judge Lurana S. Snow on 4/2/97) CCAP  (1h) [Entry date 04/09/97] |
| 4/2/97 | 167 | ORDER as to Sydney Alwais  denying [164-1] motion to Adopt Pre-trial Motions, all arguments, memorandums of law, exhibits, testimony and all other evidence presented in said motions of Other Defendant as to Sydney Alwais (5) ( Signed by Ch. Magistrate Judge Lurana S. Snow on 4/2/97) CCAP  (1h) [Entry date 04/09/97] |
| 4/3/97 | 168 | MOTION by David Furman to Adopt Motion of Other Defendant [168-1] motion to suppress search of E-Z Check Cashing Company, [113-1] motion to sever count 20 of the indictment pursuant to Rule 14 FRCP (relief from prejudicial joinder) and request for hearing (1h) [Entry date 04/09/97] |
| 4/4/97 | 169 | AMENDMENT by Nicholas Corozzo  to: [151-1] notice of scriveners error (1h) [Entry date 04/09/97] |
| 4/7/97 | 171 | Clerk's Receipt #511262 for $75.00 as payment for Motion to Proceed Pro Hac Vice by Ralph Davino Jr. (dp) [Entry date 04/10/97] |
| 4/7/97 | 172 | RESPONSE by USA as to Leonard Dimaria  to [149-1] appeal notice (1h) [Entry date 04/14/97] |
| 4/7/97 | 173 | RESPONSE by USA  as to Sydney Alwais re [163-1] motion to suppress search of E-Z Check Cashing Company (1h) [Entry date 04/14/97] |
| 4/8/97 | 174 | ORDER as to David Furman  granting [168-1] motion to Adopt |

|  |  | Motion of Other Defendant [163-1] motion to suppress search of E-Z Check Cashing Company, [113-1] motion to sever count 20 of the indictment pursuant to Rule 14 FRCP (relief from prejudicial joinder) and request for hearing as to David Furman (9) ( Signed by Ch. Magistrate Judge Lurana S. Snow on 4/9/97) CCAP  (1h) [Entry date 04/16/97] |
| 4/10/97 | 175 | RENEWED MOTION by Sydney Alwais to Adopt Motion of Other Defendants [128-1] motion to suppress evidence (1h) [Entry date 04/16/97] |
| 4/10/97 | 176 | ORDER as to Salvatore Pecchio  granting [165-1] motion to Adopt Motions of Other Defendants as to Salvatore Pecchio (7) ( Signed by Ch. Magistrate Judge Lurana S. Snow on 4/10/97) CCAP  (1h) [Entry date 04/16/97] |
| 4/11/97 | 177 | TRANSCRIPT filed in case as to Leonard Dimaria  before Magistrate Judge Seltzer  for dates of 3/4/97  in re Bond Reinstatement hearing.  Pages 54 (1h) [Entry date 04/16/97] |
| 4/15/97 | 178 | PETITION by USA  for Writ of Habeas Corpus ad prosequendum as to Robert Engel (1h) [Entry date 04/16/97] |
| 4/15/97 | 179 | WRIT of Habeas Corpus ad Prosequendum issued as to Robert Engel  for 5/2/97 (1h) [Entry date 04/16/97] |
| 4/24/97 | 180 | MOTION by Leonard Dimaria to sever (1h) [Entry date 04/29/97] |
| 4/24/97 | 181 | MOTION by Nicholas Corozzo, Leonard Dimaria to transfer case to the FEastern District of New York and to consolidate with another indictment for trial (1h) [Entry date 04/29/97] |
| 4/24/97 | 182 | MOTION by Leonard Dimaria to suppress tape recordings (1h) [Entry date 04/29/97] |
| 4/29/97 | 183 | MOTION by Leonard Dimaria for discovery, and for leave to file supplement pretrial motions upon receipt of information from the Government (1h) [Entry date 05/02/97] |
| 4/30/97 | 184 | Minute of inquiry re counsel hearing held on 4/30/97 before Ch. Magistrate Judge Lurana S. Snow  as to David Alwais ; Court Reporter Name or Tape #: 97-016/167 (1h) [Entry date 05/02/97] |
| 5/1/97 | 185 | MOTION by Ralph Davino Jr. to set Bond (1h) [Entry date 05/02/97] |
| 5/7/97 | 186 | RESPONSE by USA  as to Ralph Davino Jr. re [185-1] motion to set Bond and moves this Court for a detention hearing (1h) [Entry date 05/12/97] |
| 5/8/97 | 187 | Minute of Inquiry Re counsel held on 5/8/97  before Ch. Magistrate Judge Lurana S. Snow  as to David Alwais ; Court Reporter Name or Tape #: 97-026/1606 (1h) [Entry date 05/12/97] |
| 5/8/97 | 188 | Minute of pretrial detention hrg held on 5/8/97  before Ch. Magistrate Judge Lurana S. Snow  as to Ralph Davino Jr.; Court Reporter Name or Tape #: 97-026/1435 (1h) [Entry date 05/12/97] |
| 5/9/97 | 189 | ORDER OF DETENTION as to Ralph Davino Jr.  ( Signed by Ch. Magistrate Judge Lurana S. Snow on 5/9/97) CCAP (1h) [Entry date 05/12/97] |
| 5/13/97 | 190 | ORDER as to Nicholas Corozzo, Leonard Dimaria, Ralph Davino Jr., Anthony Ruggiano Jr., Sydney Alwais, David Alwais, Salvatore Pecchio, Robert Engel, David Furman  granting [57-1] motion for protective order to defer compliance with standing discovery order as to Nicholas Corozzo (1), Leonard Dimaria (2), Ralph Davino (3), Anthony Ruggiano (4), Sydney Alwais (5), David Alwais (6), Salvatore Pecchio (7), Robert Engel (8), David Furman (9) ( Signed by Ch. Magistrate Judge Lurana S. Snow on 5/13/97) CCAP (1h) [Entry date 05/15/97] |
| 5/13/97 | 191 | SEALED DOCUMENT as to Nicholas Corozzo, Leonard Dimaria, Ralph Davino Jr., Anthony Ruggiano Jr., Sydney Alwais, David Alwais, Salvatore Pecchio, Robert Engel, David Furman |

(1h) [Entry date 05/16/97]

| | | |
|---|---|---|
| 5/14/97 | 192 | MOTION by David Alwais for Fred A. Schwartz to withdraw as attorney (1h) [Entry date 05/20/97] |
| 5/14/97 | 200 | SEALED DOCUMENT as to David Alwais (1h) [Entry date 06/04/97] |
| 5/20/97 | 193 | ORDER as to David Alwais granting [192-1] motion for Fred A. Schwartz to withdraw as attorney (Terminated attorney Fred Arthur Schwartz for David Alwais as to David Alwais (6) ( Signed by Ch. Magistrate Judge Lurana S. Snow on 5/20/97) CCAP (1h) [Entry date 05/22/97] |
| 5/20/97 | 194 | ORDER as to Leonard Dimaria denying [183-1] motion for discovery as to Leonard Dimaria (2), denying [183-2] motion for leave to file supplement pretrial motions upon receipt of information from the Government as to Leonard Dimaria (2) ( Signed by Ch. Magistrate Judge Lurana S. Snow on 5/20/97) CCAP (1h) [Entry date 05/22/97] |
| 5/20/97 | 198 | SEALED DOCUMENT as to David Alwais (1h) [Entry date 06/04/97] |
| 5/20/97 | 199 | SEALED DOCUMENT as to David Alwais (1h) [Entry date 06/04/97] |
| 5/20/97 | 201 | SEALED DOCUMENT as to David Alwais (1h) [Entry date 06/04/97] |
| 5/28/97 | 195 | NOTICE of Appearance for David Alwais by Attorney Jon Allen May (1h) [Entry date 05/29/97] |
| 5/29/97 | 196 | PETITION by USA for Writ of Habeas Corpus ad prosequendum as to Robert Engel (1h) [Entry date 06/03/97] |
| 5/29/97 | 197 | WRIT of Habeas Corpus ad Prosequendum issued as to Robert Engel for 6/11/97 (1h) [Entry date 06/03/97] |
| 6/4/97 | 202 | NOTICE of Appearance for Salvatore Pecchio by Attorney Robert L. Sussman (1h) [Entry date 06/19/97] |
| 6/9/97 | 203 | NOTICE of Stipulation for substitution of counsel by Salvatore Pecchio (1h) [Entry date 06/11/97] |
| 6/17/97 | 204 | ORDER on Initial Appearance as to Robert Engel, for Appointment of Attorney Arraignment set for 10:30 6/23/97 for Robert Engel ; Detention hearing set for 10:30 6/23/97 for Robert Engel ;, , ( Signed by Magistrate Barry S. Seltzer on 6/18/97) Tape # 97-037 CCAP (1h) [Entry date 06/19/97] |
| 6/17/97 | 205 | Minute of Initial Appearance held on 6/16/97 before Magistrate Barry S. Seltzer as to Robert Engel ; Court Reporter Name or Tape #: 97-037 1305 pg# 2 (1h) [Entry date 06/19/97] |
| 6/18/97 | 206 | Arrest WARRANT Returned Executed as to Robert Engel on 6/16/97 (1h) [Entry date 06/19/97] |
| 6/19/97 | 207 | CJA 20 as to Robert Engel : Appointment of Attorney David Paul Hodge Voucher # 0524171 ( Signed by Magistrate Barry S. Seltzer on 6/19/97) (1h) [Entry date 06/23/97] |
| 6/23/97 | 208 | ARRAIGNMENT SHEET for Robert Engel (8) count(s) 1, 3, 10, 11, 20 (1h) [Entry date 06/25/97] |
| 6/23/97 | -- | PLEA entered by Robert Engel . Court accepts plea. NOT GUILTY: Robert Engel (8) count(s) 1, 3, 10, 11, 20 (1h) [Entry date 06/25/97] |
| 6/23/97 | 209 | Minute of PTD/Arraignment held on 6/23/97 before Ch. Magistrate Judge Lurana S. Snow as to Robert Engel ; Court Reporter Name or Tape #: 97-031/1858 (1h) [Entry date 06/25/97] |
| 6/25/97 | 210 | ORDER SETTING STATUS CONFERENCE as to Robert Engel Status conference set for 11:00 8/25/97 for Robert Engel before Ch. Magistrate Judge Lurana S. Snow ( Signed by Ch. Magistrate Judge Lurana S. Snow on 6/23/97) CCAP (1h) [Entry date 06/27/97] |
| 6/25/97 | 211 | STANDING DISCOVERY ORDER as to Robert Engel all motions concerning matters not covered by this order must be filed within 28 days of this order ( Signed by Ch. Magistrate |

```
                    for 11:00 10/31/97 for Ralph Davino Jr. (1h)
                    [Entry date 09/26/97]
6/22/97    --       PLEA entered by Salvatore Pecchio . Court accepts plea.
                    GUILTY: Salvatore Pecchio (7) count(s) 1ss (1h)
                    [Entry date 01/21/98]
8/22/97    --       PLEA entered by Anthony Ruggiano Jr.. Court accepts plea.
                    GUILTY: Anthony Ruggiano (4) count(s) 1ss (1h)
                    [Entry date 01/21/98]
8/22/97    --       PLEA entered by Sydney Alwais . Court accepts plea.
                    GUILTY: Sydney Alwais (5) count(s) 1ss (1h)
                    [Entry date 01/21/98]
8/22/97    --       PLEA entered by Nicholas Corozzo . Court accepts plea.
                    GUILTY: Nicholas Corozzo (1) count(s) 1ss (1h)
                    [Entry date 02/02/98]
8/22/97    --       PLEA entered by Leonard Dimaria, Ralph Davino Jr.. Court
                    accepts plea. GUILTY: Leonard Dimaria (2) count(s) 1ss,
                    Ralph Davino (3) count(s) 1ss (1h) [Entry date 02/02/98]
9/2/97     267      SEALED DOCUMENT as to Robert Engel (1h)
                    [Entry date 09/05/97]
9/9/97     268      SEALED DOCUMENT as to Robert Engel (1h)
                    [Entry date 09/11/97]
10/6/97    269      CJA 20 as to Salvatore Pecchio  Authorization to Pay Carlos
                    LLorente $ 1641.22  Voucher # 0858752 ( Signed by Judge
                    Norman C. Roettger Jr. on 7/31/97) (1h)
                    [Entry date 10/08/97]
10/10/97   270      CJA 21 as to Salvatore Pecchio  Authorization to Pay $
                    250.00 for Expert Services  Voucher # 0718462 ( Signed by
                    Judge Norman C. Roettger Jr. on 7/31/97) (1h)
                    [Entry date 10/15/97]
10/27/97   271      ORDER as to David Alwais  granting [247-1] motion to
                    continue trial as to David Alwais (6) to Continue in
                    Interest of Justice ( Signed by Judge Norman C. Roettger
                    Jr. on 10/20/97) CCAP  (1h) [Entry date 10/29/97]
11/10/97   272      OBJECTION by Anthony Ruggiano Jr. to Presentence
                    Investigation Report (1h) [Entry date 11/12/97]
11/12/97   273      OBJECTION by Sydney Alwais to Presentence Investigation
                    Report (1h) [Entry date 11/14/97]
11/12/97   274      OBJECTION by Ralph Davino Jr. to Presentence Investigation
                    Report (1h) [Entry date 11/14/97]
11/24/97   275      RESPONSE by USA as to Sydney Alwais  in opposition to
                    [273-1] objection (1h) [Entry date 11/26/97]
12/16/97   276      RESPONSE by USA as to Anthony Ruggiano Jr. in opposition to
                    [272-1] objection (1h) [Entry date 12/17/97]
1/13/98    277      Minute of Sentencing held on 1/13/98  before Judge Norman
                    C. Roettger Jr.  as to Salvatore Pecchio ;  Court Reporter
                    Name or Tape #: Reeves (1h) [Entry date 01/15/98]
1/13/98    278      Minute of Sentencing held on 1/13/98  before Judge Norman
                    C. Roettger Jr.  as to Sydney Alwais ;  Court Reporter Name
                    or Tape #: Reeves (1h) [Entry date 01/15/98]
1/13/98    --       Sentencing  held  Salvatore Pecchio (7) count(s) 1ss (1h)
                    [Entry date 01/21/98]
1/13/98    --       Sentencing  held  Sydney Alwais (5) count(s) 1ss (1h)
                    [Entry date 01/21/98]
1/14/98    279      Minute of Sentencing held on 1/14/98  before Judge Norman
                    C. Roettger Jr.  as to Anthony Ruggiano Jr.;  Court
                    Reporter Name or Tape #: Reeves (1h) [Entry date 01/15/98]
1/14/98    283      ORDER as to Salvatore Pecchio Reducing Sentence ( Signed
                    by Judge Norman C. Roettger Jr. on 1/13/98) CCAP  (1h)
                    [Entry date 01/21/98]
1/14/98    284      JUDGMENT as to  Salvatore Pecchio (7) count(s) 1ss.
                    Special assessment of $100.00; Imprisoned for a term of 54
                    months. Supervised release for a term of 3 years. ,
                    Salvatore Pecchio (7) count(s) 1s, 3s , 10s , 11s , 17s .
                    Dismissed on the motion of the United States. ( Signed by
```

| Date | No. | Description |
|---|---|---|
| 7/26/99 | 365 | NOTICE of Proof of Publication of Notice of Forfeiture by USA as to Sydney Alwais (mh) [Entry date 08/04/99] |
| 8/2/99 | 366 | Minute of plea held on 8/2/99 before Judge Norman C. Roettger Jr. as to David Alwais; Court Reporter Name Jerry Reeves (mh) [Entry date 08/10/99] |
| 8/2/99 | -- | Change of Plea Hearing as to David Alwais held (mh) [Entry date 08/10/99] |
| 8/2/99 | -- | PLEA entered by David Alwais. Court accepts plea. GUILTY: David Alwais (6) count(s) 1s, 2s, 3s, 4s-9s, 10s, 11s, 12s-15s, 16s, 11s (mh) [Entry date 08/10/99] |
| 8/2/99 | 367 | SUPERSEDING INFORMATION as to David Alwais (6) count(s) 1ss (Criminal Category 1) (mh) [Entry date 08/10/99] |
| 8/2/99 | 368 | WAIVER OF INDICTMENT by David Alwais (mh) [Entry date 08/10/99] |
| 8/2/99 | 369 | NOTICE of Hearing as to David Alwais Setting Sentencing for 1:30 on 10/29/99 before Judge Norman C. Roettger Jr. (mh) [Entry date 08/10/99] |
| 8/25/99 | 370 | MOTION by Sydney Alwais for final order of forfeiture (mh) [Entry date 08/27/99] |
| 10/19/99 | 370 | SEALED DOCUMENT as to David Alwais (mn) [Entry date 10/20/99] |
| 10/20/99 | 371 | SEALED DOCUMENT as to David Alwais (mh) [Entry date 10/20/99] |
| 10/27/99 | 373 | MOTION by USA as to David Alwais for downward departure from guidelines (mn) [Entry date 10/28/99] |
| 10/29/99 | -- | Sentencing held David Alwais (6) count(s) 1s (lh) [Entry date 11/01/99] |
| 10/29/99 | 374 | JUDGMENT as to David Alwais (6) count(s) 1s. Imprisoned for a total term of 16 months. Sentence imposed to run consecutive to sentence imposed in case 89-8108-cr-Zloch. Supervised Release for a term of 3 years. Assessment of $ 100.00 , David Alwais (6) count(s) 1ss, 1 , 2 , 2s , 3 , 3s , 4 -9 , 4s -9s , 10 , 10s , 11 . Dismissed on the motion of the United States ( Signed by Judge Norman C. Roettger Jr. on 10/29/99) CCAP [EOD Date: 11/1/99] CCAP (lh) [Entry date 11/01/99] |
| 10/29/99 | 375 | Minute of sentencing held on 10/29/99 before Judge Norman C. Roettger Jr. as to Sydney Alwais ; (mh) [Entry date 11/03/99] |
| 11/1/99 | 376 | FINAL ORDER OF FORFEITURE as to Sydney Alwais (Signed by Judge Norman C. Roettger Jr. on 11/1/99) CCAP [EOD Date: 11/3/99] CCAP (mh) [Entry date 11/03/99] |
| 3/23/00 | 377 | SEALED DOCUMENT as to David Alwais (aj) [Entry date 03/28/00] |
| 4/24/00 | 378 | SEALED DOCUMENT as to David Alwais (mn) [Entry date 04/24/00] |
| 4/24/00 | 379 | SEALED DOCUMENT as to David Alwais (mh) [Entry date 04/24/00] |
| 4/27/00 | 387 | ORDER as to David Alwais sealing Motion to extend surrender date, granted ( Signed by Judge Norman C. Roettger Jr. on 4/25/01) CCAP [EOD Date: 5/16/01] CCAP (aj) [Entry date 05/16/01] |
| 5/31/00 | 380 | SEALED DOCUMENT as to David Alwais (mh) [Entry date 05/31/00] |
| 5/31/00 | 381 | NOTICE of Hearing as to David Alwais Rule 35 Motion hearing set for 7/3/00 at 10:30 before Judge Norman C. Roettger Jr. (mh) [Entry date 06/01/00] |
| 5/31/00 | 382 | ORDER OF CONTINUANCE as to David Alwais; defendant's reporting date is extended for thirty days. defendant shall report on 7/5/00 (Signed by Judge Norman C. Roettger Jr. on 5/31/00) CCAP [EOD Date: 6/2/00] CCAP (mn) [Entry date 06/02/00] |
| 7/11/00 | 383 | RETURN OF SERVICE as to David Alwais executed Re: (mh) [Entry date 07/13/00] [Edit date 07/24/00] |

**CRIMINAL DOCKET · U.S. District Court**

| PD | 1130 | 0 | 3C28 |
| Misd. | | | |

CAT. I.  ALWAIS, DAVID

Case No. 86-6244-CR-1   NESBITT   86-4355-LSS

10  30

**I. CHARGES**

| U.S. TITLE·SECTION | OFFENSES CHARGED | ORIGINAL COUNTS |
|---|---|---|
| 18:1029(a) | Did knowingly w/intent to defraud use a counterfeit access device to obtain goods, said action affecting interstate or foreign commerce.    Cts. 1,2,3,4,5,6,7 & 8 | 8 |

**H. KEY DATE**

ARREST DATE  10/30/86     KEY DATE  1/29/87

**III. MAGISTRATE**

INITIAL APPEARANCE DATE ▶ 10/15/86     INITIAL NO. LSS3CBC

PRELIMINARY EXAMINATION     Date Scheduled 10/31/86

COMPLAINT ▶ 10/15/86  LSS3CBC  X  INTERVENING INDICTMENT   Tape Number 86-164

Date of Arrest 10/14/86   OFFENSE (In Complaint)  18 U.S.C. Section 1029(a)(2)

**IV. ATTORNEYS**

U.S. Attorney or Asst

THERESA M.B. VAN VLIET

DEFTS. ADDRESS:
8420 Garden Gate Pl
Boca Raton, Fla. 33433
(305)-488-1092

COUNSEL:
ALVIN ENTIN, ESQ.
1500 N.E. 162nd St.
North Miami Bch, Fla.
(305)-944-6556

FRED A. SCHWARTZ, ESQ.,
Entin, Schwartz, Barbakoff & Schwartz
2450 NE Miami Gardens Dr.  2nd Floor
Miami, Fl. 33180
932-0550

**BAIL • RELEASE**

PRE-INDICTMENT

Bail Denied  [X] Pers. Rec

AMOUNT SET  $ 25,000

Date Set 10/15/86

Date Bond Made 10/15/86

**FINE AND RESTITUTION PAYMENTS**

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

Docket Entries Begin On Reverse Side

| | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| (Document No.) | | (a) | (b) | (c) | (d) |
| 45 ALWAIS, D: | J & C UPON REVOCATION OF PROBATION (LCN 4/3/90) Prob is REVOKED, Deft ordered comm to CAG or authorized rep. for imprison. of 4 1/2 yrs. Deft remanded. (EOD 4/16/90) | | | dd | |
| 46 ALWAIS, D: | SEALED DOCUMENT IN VAULT IN MIAMI | | | dd | |
| 47 ALWAIS, D: | MOTION by deft for reduct of sent re Rule 35, request for evid hrg & MEMO | | | dd | |
| 48 ALWAIS, D: | ORDER (LCN 5/15/91) US Atty assigned to cause shall rspd to mot for reduct of sent w/in 10 days of this order. (EOD 6/13/91) | | | dd | |
| 49 ALWAIS, D: | MOTION by Govt for ext of time to rspd to mot to reduce sent | | | dd | |
| 50 ALWAIS, D: | MOTION by Govt for ext of time to rspd to deft's mot | | | dd | |
| 51 ALWAIS, D: | NOTICE by Govt of filing transcript of sent before WJZ re case 88-8108-CR-Zloch | | | dd | |
| 52 ALWAIS, D: | RESPONSE by Govt to deft's mot for reduct of sent | | | dd | |
| 53 SERRANO, A: | RETURN of srvc on arr warr issd 1/30/87 & exec 2/7/87 | | | dd | |