UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-CR-6088-UNGARO-BENAGES



UNITED STATES OF AMERICA,

   Plaintiff,

v.

MARCO MINUTO,

   Defendant.

_____

# MARCO MINUTO'S MOTION TO DISCLOSE WHETHER ANY OF THE GOVERNMENT'S CONFIDENTIAL SOURCES WAS, OR HELD HIMSELF OUT TO BE, AN ATTORNEY

On September 8, 1998, FBI Special Agent Darren Sachs submitted an affidavit in support of the government's application for an order authorizing the interception of certain telephone lines. In his affidavit, Agent Sachs indicates that four confidential sources, identified as CS-1 through CS-4, had provided information about Mr. Minuto and his alleged criminal activities. Based on Agent Sachs's description of CS-1's cooperation with the FBI, we have reason to believe that CS-1 may be an attorney (or someone who held himself out to be an attorney) who has counseled Mr. Minuto in the past. Given the serious issues raised by using an attorney as a confidential source in his client's criminal investigation, we ask that this Court direct the government to indicate whether CS-1 or any other source of information in this case was, or held himself out to be, an attorney.

1

Mr. Minuto is charged in a RICO conspiracy spanning over eight years. He is also charged in an extortion conspiracy that allegedly lasted over six years. According to the government, Mr. Minuto was operating a gambling business and was using the telephones to accept bets on sporting events. In his affidavit in support of the wiretap applications, Agent Sachs indicates that

> 28.  CS-1 has been providing information to agents of the FBI concerning criminal activities in excess of eight years. CS-1 has provided information concerning members of organized crime and organized crime activities such as narcotics, extortion, bookmaking, and the interstate theft of stolen property. All information provided by CS-1 has been shown to be extremely reliable and has been consistently corroborated by information obtained from other confidential sources and from independent investigations conducted by law enforcement agencies. None of the information furnished by CS-1 has been shown to be false or misleading. In addition to the criminal activities set forth in this affidavit, information provided by CS-1 has resulted in the opening of seven other FBI investigations and the identification of criminal activities committed by 22 other persons. Information supplied by CS-1 has resulted in the arrests and convictions of four persons in four separate criminal prosecutions. One of these defendants was the President of a federally insured financial institution. CS-1 was also instrumental in providing timely information that enabled authorities to prevent and thwart ongoing fraud.
>
> 29.  The information provided by CS-1 in this affidavit is based on CS-1's direct conversations and associations with Marcello Grasso, Marco Minuto, Joseph Minuto, Chris Greco, Dominick Memoli, James Mancuso, Alex Torrente, Hernando Hernandez, Bruce Samuels, Giuseppe Andre Von Berger, Nicolo Mariani, and others.

September 8, 1998 Affidavit of Special Agent Darrin Sachs at paragraphs 28 & 29.

Based on this description of CS-1, we are concerned that CS-1 may be an attorney or someone who held himself out to be an attorney and who has counseled Mr. Minuto in the past. If we are correct, this raises serious issues about the legality of the wiretaps and

of the evidence presented to the grand jury who returned this indictment. It also raises compelling objections to evidence the government intends to use at trial.

Mr. Minuto is entitled to know whether evidence used to secure his indictment, as well as the orders authorizing the wiretaps, was obtained in violation of his attorney-client privilege. The attorney-client privilege is not only "the oldest of the privileges for confidential communications known to the common law," United States v. Zolin, 491 U.S. 554, 562 (1989), but it is also one that plays a crucial role in the administration of justice. The attorney-client privilege embodies the recognition that our system of justice cannot function unless people feel free to confide in their attorneys all the information essential to effective representation by counsel of the client's cause. The purpose of the attorney-client privilege is to

> encourage full and frank communication between attorneys and their clients and thereby promote broader public interest in the observance of law and administration of justice. The privilege recognizes that sound legal advice or advocacy serves public ends and that such advice or advocacy depends upon the lawyer's being fully informed by the client.

Upjohn v. United States, 449 U.S. 383, 389 (1981).

The government has turned down our request for disclosure of the identities of CS-1, CS-2, CS-3, and CS-4. Other than Agent Sachs's affidavit, we have no materials or other information that would indicate with any greater degree of certainty whether CS-1, or any other source of information, was an attorney or someone who held himself out to be attorney and who counseled Mr. Minuto in the past.

For these reasons, we ask that the Court direct the government to indicate whether CS-1, or any of its other sources of information, was an attorney or someone who held

3

himself out to be an attorney.

        Respectfully submitted,

        **BLACK, SREBNICK & KORNSPAN, P.A.**
        201 South Biscayne Boulevard
        Suite 1300
        Miami, Florida 33131
        (305) 371-6421

        By: _/s/ Howard for_
        **HOWARD M. SREBNICK, ESQ**
        Florida Bar Number 919063
        Attorney for Marco Minuto

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on _June 4_, 2001 a true and correct copy of the foregoing was furnished by mail to:

Michael J. Dittoe, Esq.
Assistant United States Attorney
500 East Broward Boulevard
7th Floor
Fort Lauderdale, Florida 33394-3002

Bruce A. Zimet, Esq.
Counsel for Nicolo Mariani
One Financial Plaza
Suite 2612
Fort Lauderdale, Florida 33394

William J. Hunt, Esq.
Counsel for Joseph Minuto
William J. Hunt & Associates
155 Polifly Road
Suite 200
Hackensack, New Jersey 07601

Kerry A. Lawrence, Esq.
Counsel for Chris Greco
Briccetti, Calhoun & Lawrence, LLP
81 Main Street
Suite 450
White Plaines, New York 10601

By: _/s/ Howard for_
**HOWARD M. SREBNICK, ESQ.**
Attorney for Marco Minuto