UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-CR-6088-UNGARO-BENAGES

UNITED STATES OF AMERICA,

  Plaintiff,

v.

MARCO MINUTO,

  Defendant.



## MARCO MINUTO'S MOTION FOR ADDITIONAL 20 DAYS TO FILE MOTIONS PERTAINING TO NEW YORK INDICTMENT

The deadline for filing pretrial motions in this case was June 4, 2001. On May 29, 2001, a grand jury in New York returned a 45-page RICO indictment against Mr. Minuto. We have not had a chance to conduct a meaningful review of that indictment and determine whether it raises any issues that may affect this case. Accordingly, we respectfully request an extension until June 22, 2001 to file any motions pertaining to the indictment returned in New York on May 29, 2001. Attached to this motion is a proposed order for the Court's consideration.

Respectfully submitted,

BLACK, SREBNICK & KORNSPAN, P.A.
201 South Biscayne Boulevard
Suite 1300
Miami, Florida 33131
(305) 371-6421

By: _____
HOWARD M. SREBNICK, ESQ
Florida Bar Number 919063
Attorney for Marco Minuto

-1-

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on _June 7_, 2001 a true and correct copy of the foregoing was furnished by mail to:

Michael J. Dittoe, Esq.
Assistant United States Attorney
500 East Broward Boulevard
7th Floor
Fort Lauderdale, Florida 33394-3002

Bruce A. Zimet, Esq.
Counsel for Nicolo Mariani
One Financial Plaza
Suite 2612
Fort Lauderdale, Florida 33394

William J. Hunt, Esq.
Counsel for Joseph Minuto
William J. Hunt & Associates
155 Polifly Road
Suite 200
Hackensack, New Jersey 07601

Kerry A. Lawrence, Esq.
Counsel for Chris Greco
Briccetti, Calhoun & Lawrence, LLP
81 Main Street
Suite 450
White Plaines, New York 10601

By: _____
HOWARD M. SREBNICK, ESQ.
Attorney for Marco Minuto