UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-CR-6088-UNGARO-BENAGES

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARCO MINUTO,

    Defendant.

FILED by _____ D.C.
JUN 8 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**ORDER ON DEFENDANT MARCO MINUTO'S MOTION FOR ADDITIONAL 20 DAYS TO FILE MOTIONS PERTAINING TO NEW YORK INDICTMENT**

This matter came before the Court on Defendant Marco Minuto's motion for an extension of time until June 22, 2001 to file pretrial motions arising out of an indictment returned against Mr. Minuto in New York on May 29, 2001. For good cause shown, it is hereby

ORDERED and ADJUDGED that the Defendant's motion is ~~GRANTED~~ *denied*. UUB

DONE and ORDERED in Miami, Florida, this ___7___ day of ___June___, 2001.

_____
HONORABLE URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

Copies to:    Howard M. Srebnick (counsel for Marco Minuto)
               AUSA Michael J. Dittoe
               Bruce A. Zimet (counsel for Nicolo Mariani)
               William J. Hunt (counsel for Joseph Minuto)
               Kerry A. Lawrence (counsel for Chris Greco)