UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6088-CR-UNGARO-BENAGES

UNITED STATES OF AMERICA,
        Plaintiff(s),

vs.

MARCO MINUTO,
        Defendant(s),
_____/



### ORDER ON MARCO MINUTO'S MOTION FOR RECONSIDERATION OF DENIAL OF MOTION FOR ADDITIONAL TIME TO FILE MOTIONS PERTAINING TO NEW YORK INDICTMENT

THIS CAUSE is before the Court on Marco Minuto's Motion for Reconsideration of Denial of Motion for Additional Time to File Motions Pertaining to New York Indictment. This Court has reviewed the record and being otherwise advised as to its premises, it is

ORDERED and ADJUDGED that Defendant's motion is **DENIED**. All existing deadlines shall remain in full force and effect.

DONE and ORDERED at Miami, Florida, on this ___18___ day of June, 2001.

                            URSULA UNGARO-BENAGES
                            UNITED STATES DISTRICT JUDGE

cc: all counsel of record

C:\Myfiles\US v. Minuto\O - M for Ext of Time.wpd