UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6088-CR-UNGARO-BENAGES
Magistrate Judge Brown

UNITED STATES OF AMERICA,
        Plaintiff(s),

vs.

MARCO MINUTO,
        Defendant(s).
_____/

ORDER

THIS MATTER was before the Court upon the Defendant's Motion for Bond Hearing filed May 15, 2001. This Court being otherwise fully advised in the premises, it is hereby ordered and adjudged that a hearing shall take place upon the aforementioned motion on **Thursday, July 12, 2001 at 3:00 P.M., at the United States District Court, 300 N.E. 1st Avenue, Miami, Florida, 1st Floor, Courtroom VIII.**

No continuance of this hearing shall be permitted except upon good cause shown, in writing, except in the case of an emergency which shall be set forth in detail in the written motion.

Thirty minutes have been reserved for this hearing.

**DONE AND ORDERED** this 26th day of June, 2001, at Miami, Florida.

STEPHEN T. BROWN
U. S. MAGISTRATE JUDGE

cc: Honorable Ursula Ungaro-Benages
    Howard Srebnick, Esq.
    Michael Dittoe, AUSA
    U.S. Pretrial Services