UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6088-CR-UNGARO-BENAGES

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MARCO MINUTO, et al.,

        Defendant.
_____/

**GOVERNMENT'S RESPONSE TO DEFENDANT MINUTO'S MOTION TO DISCLOSE WHETHER ANY OF THE GOVERNMENT'S CONFIDENTIAL SOURCES WAS, OR HELD HIMSELF OUT TO BE AN ATTORNEY**

Comes now the United States and hereby files its response to Defendant Marco Minuto's Motion to Disclose Whether any of the Government's Confidential Sources Was, or Held Himself Out to be an Attorney.

The Defendant's Motion is, in effect, a motion to disclose the identity of confidential sources. These motions are typically filed in criminal cases and they are handled _ex parte_ and _in camera_. See, United States v. Orozco, 982 F.2d 152, 155 (5th Cir. 1993); United States v. Vargas, 931 F.2d 112, 116 (1st Cir. 1991); United States v. Mabry, 953 F.2d 127, 131-32 (4th Cir. 1991).

Accordingly, the United States requests that the Court set a time and date for an <u>in camera</u> <u>ex parte</u> proceeding in this matter.

        Respectfully submitted,

        GUY A. LEWIS
        UNITED STATES ATTORNEY

By: _____
        MICHAEL J. DITTOE
        ASSISTANT UNITED STATES ATTORNEY
        Court ID #A5500209
        500 E. Broward Blvd., 7th Floor
        Fort Lauderdale, FL 33394
        Telephone: (954) 356-7255
        Fax: (954) 356-7230

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed, this _5th_ day of July, 2001, to:

Howard M. Srebnick, Esq.
Black, Srebnick & Kornspan, P.A.
201 South Biscayne Boulevard
Suite 1300
Miami, Florida 33131
Counsel for Marco Minuto

Bruce A. Zimet, Esq.
One Financial Plaza
Suite 2612
Fort Lauderdale, Florida 33394
Counsel for Nicolo Mariani

William J. Hunt, Esq.
William J. Hunt & Associates
155 Polifly Road
Suite 200
Hackensack, New Jersey 07601
Counsel for Joseph Minuto

Kerry A. Lawrence, Esq.
Briccetti, Calhoun & Lawrence, LLP
81 Main Street
Suite 450
White Plains, New York 10601
Counsel for Chris Greco

MICHAEL J. DITTOE
ASSISTANT UNITED STATES ATTORNEY