UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

01 JUL 11 PM 3: 46

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

CASE NO. 00-CR-6088-UNGARO-BENAGES

UNITED STATES OF AMERICA,

   Plaintiff,

v.

MARCO MINUTO,

   Defendant.

## MARCO MINUTO'S NOTICE THAT HE IS WITHDRAWING HIS MOTION FOR A BOND HEARING

Defendant Marco Minuto is scheduled for a bond hearing on July 12, 2001 at 2:00 p.m. The hearing was set pursuant to Mr. Minuto's motion filed on May 15, 2001, requesting that this court consider reinstating the bond that was originally set in May 2000, which was revoked (without a hearing) in December 2000.

Since the filing of the motion, Mr. Minuto has been indicted in a federal case out of New York and no bond has been set in that case. The New York indictment alleges that Mr. Minuto committed federal offenses while out on bond in this case. By telephone, Mr. Minuot was arraigned and pled not guilty to that indictment.

Given the new procedural posture of the case, Mr. Minuto is withdrawing his request for a bond hearing before this court.

Mr. Minuto requests that the court so inform the U.S. Marshal so that he is not transported to the courthouse.

-1-
BLACK, SREBNICK & KORNSPAN, P.A., 201 SOUTH BISCAYNE BOULEVARD, SUITE 1300, MIAMI, FLORIDA 33131• (305) 371-6421

-2-

With the permission of Magistrate Judge Brown's secretary, a copy of this motion is being faxed to chambers.

Respectfully submitted,

**BLACK, SREBNICK & KORNSPAN, P.A.**
201 South Biscayne Boulevard
Suite 1300
Miami, Florida 33131
(305) 371-6421

By: _/s/ Howard Srebnick_
**HOWARD M. SREBNICK, ESQ**
Florida Bar Number 919063
Attorney for Marco Minuto

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 11, 2001 a true and correct copy of the foregoing was furnished by fax and mail to:

Michael J. Dittoe, Esq.
Assistant United States Attorney
500 East Broward Boulevard
7th Floor
Fort Lauderdale, Florida 33394-3002

Bruce A. Zimet, Esq.
Counsel for Nicolo Mariani
One Financial Plaza
Suite 2612
Fort Lauderdale, Florida 33394

William J. Hunt, Esq.
Counsel for Joseph Minuto
William J,. Hunt & Associates
155 Polifly Road
Suite 200
Hackensack, New Jersey 07601

Kerry A. Lawrence, Esq.
Counsel for Chris Greco
Briccetti, Calhoun & Lawrence, LLP
81 Main Street
Suite 450
White Plaines, New York 10601

By: _/s/ Howard Srebnick_
**HOWARD M. SREBNICK, ESQ.**
Attorney for Marco Minuto