UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**CASE NO. 00-6088-CR-UNGARO-BENAGES**

UNITED STATES OF AMERICA,
      Plaintiff,

v.

MARCO MINUTO,
      Defendant.
_____/

## ORDER

**THIS MATTER** was before the Court upon the Defendant's Motion for Bond Hearing (D.E. 196). This Court being otherwise fully advised in the premises, it is hereby ordered and adjudged that the aforementioned motion is DENIED AS MOOT.

**DONE AND ORDERED** this 13rd day of July, 2001, at Miami, Florida.

                                          STEPHEN T. BROWN
                                          U.S. MAGISTRATE JUDGE

cc: Hon. Ursula Ungaro-Benages
    Howard Srebnick, Esq.
    Michael Dittoe, AUSA
    U.S. Pretrial Services