UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION



CASE NO. 00-CR-6088-UNGARO-BENAGES

CLARENCE
CLERK, USDC

UNITED STATES OF AMERICA,

Plaintiff,

v.

MARCO MINUTO,

Defendant.

**MARCO MINUTO'S RULE 17(C) MOTION TO PRODUCE SUBPOENAED TAPES PRIOR TO TRIAL**

Undersigned counsel for Defendant Marco Minuto has issued a subpoena to the Bureau of Prisons (BOP) for copies of taped conversations between co-defendant Nicolo Mariani and cooperating government witness Marcello Grasso. A copy of the subpoena is attached as Exhibit A. As the Court knows, FDC-Miami records all telephone conversations of all inmates. Marcello Grasso, a co-defendant in this case who is now cooperating with the government, is out on bond pending resolution of his case. Mr. Grasso has had various conversations with Nicolo Mariani, also a co-defendant in this case, who is at FDC-Miami without bond. The conversations between Mariani and Grasso were recorded by FDC-Miami. Our subpoena to the BOP requests production of those taped conversations.

Pursuant to Federal Rule of Criminal Procedure 17(c), undersigned counsel respectfully requests that this Court order the BOP to produce the subpoenaed tapes one month before trial so that counsel can have a meaningful opportunity to review the tapes

and transcribe them for trial. Rule 17(c) permits the district court to order pretrial production of materials that will be offered into evidence at the trial by the party requesting production. The defendant need only demonstrate that

(1) the documents are evidentiary and relevant;

(2) they are not otherwise procurable;

(3) the party need the documents to prepare for trial; and

(4) the request is made in good-faith and is not a fishing expedition.

United States v. Nixon, 94 S. Ct. 3090, 3103 (1974). The inquiry is essentially one for "specificity," "relevancy," and "admissibility." United States v. Arditti, 955 F.2d 331, 345, 348 (5th Cir. 1992).

**Specificity:** The defendant has issued a very narrow and specific subpoena. He is requesting the tapes of conversations between cooperating government witness Marcello Grasso and co-defendant Nicolo Mariani. The subpoena for the tapes of these conversations is limited to conversations between these two individuals and no one else.

**Relevancy:** The tapes are relevant to show that cooperating government witness Marcello Grasso has changed his version of the events giving rise to this indictment since he started cooperating with the government. The tapes will show that Marcello Grasso has no personal knowledge of matters about which he is expected to testify and that he is fabricating his testimony to fit the government's theory of prosecution.

**Admissibility:** The taped conversations are admissible to impeach Marcello

Grasso and to show that he is fabricating his testimony simply to satisfy the government, so that he can get a reduced sentence. See Davis v. Alaska, 415 U.S. 308 (1974) (defendant has Sixth Amendment right to cross-examine government witnesses regarding bias and motive to lie); Chambers v. Mississippi, 410 U.S. 284, 295 (1973) (defendant entitled to test veracity of witness's testimony, probe witness's motivations, and "sift witness's conscience" so that "jury might judge for itself" whether witness's testimony was "worthy of belief").

**Availability**: The government and the BOP are in sole possession of the taped conversations between Nicolo Mariani and Marcello Grasso. Mr. Minuto cannot obtain copies of these tapes unless they are produced by the BOP.

WHEREFORE, the Defendant, Marco Minuto, respectfully requests that this Court issue an order directing the Bureau of Prisons to produce the subpoenaed tapes one month prior to trial so that counsel can have a meaningful opportunity to review and transcribe them. A proposed order is attached as Exhibit B for the Court's consideration.

Respectfully submitted,

**BLACK, SREBNICK & KORNSPAN, P.A.**
201 South Biscayne Boulevard
Suite 1300
Miami, Florida 33131
(305) 371-6421

By: [signature] FOR
**HOWARD M. SREBNICK, ESQ**
Florida Bar Number 919063
Attorney for Marco Minuto

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 17, 2001 a true and correct copy of the foregoing was furnished by mail to:

Michael J. Dittoe, Esq.
Assistant United States Attorney
500 East Broward Boulevard
7th Floor
Fort Lauderdale, Florida 33394-3002

Bruce A. Zimet, Esq.
Counsel for Nicolo Mariani
One Financial Plaza
Suite 2612
Fort Lauderdale, Florida 33394

William J. Hunt, Esq.
Counsel for Joseph Minuto
William J. Hunt & Associates
155 Polifly Road
Suite 200
Hackensack, New Jersey 07601

Kerry A. Lawrence, Esq.
Counsel for Chris Greco
Briccetti, Calhoun & Lawrence, LLP
81 Main Street
Suite 450
White Plaines, New York 10601

By: [signature] for
**HOWARD M. SREBNICK, ESQ.**
Attorney for Marco Minuto

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-CR-6088-UNGARO-BENAGES

UNITED STATES OF AMERICA,

Plaintiff,

v.

MARCO MINUTO,

Defendant.

**ORDER ON MARCO MINUTO'S RULE 17(C) MOTION TO PRODUCE SUBPOENAED TAPES PRIOR TO TRIAL**

This matter is before the Court on defendant Marco Minuto's motion for an order directing the Bureau of Prisons (BOP) to produce in advance of trial taped conversations between Nicolo Mariani and Marcello Grasso. For good cause shown, it is hereby

ORDERED and ADJUDGED that the motion is **granted.** The BOP is directed to produce copies of all taped conversations between Nicolo Mariani, Reg. No. 10268-018, and Marcello Grasso, whose telephone number is 954-782-3172, **by July 27, 2001.**

DONE and ORDERED in Miami, Florida, this _____ day of July, 2001.

______________________________
HONORABLE URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

Copies to: Howard M. Srebnick (counsel for Marco Minuto)
AUSA Michael J. Dittoe
Bruce A. Zimet (counsel for Nicolo Mariani)
William J. Hunt (counsel for Joseph Minuto)
Kerry A. Lawrence (counsel for Chris Greco)

AO 89 (Rev. 7/95) Subpoena in a Criminal Case

# United States District Court
# Southern District of Florida

**CASE NUMBER:** 00-CR-6088-UNGARO-BENAGES

UNITED STATES OF AMERICA

V.

MARCO MINUTO

**SUBPOENA IN A CRIMINAL CASE**

TO: Rick D'Aguiar, Esq.
FDC-Miami, Legal Department
33 N.E. 4 Street
Miami, Florida 33101

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States District Court<br>299 East Broward Boulevard<br>Fort Lauderdale, Florida 33301 | Honorable Ursula Ungaro-Benages |
| | **DATE AND TIME**<br>August 27, 2001 at 9:00 a.m. |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

All tape recordings of all telephone conversations between Nicolo Mariani, Reg. No. 10268-018, and Marcello Grasso, whose telephone number is (954) 782-3172.

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

(BY) DEPUTY CLERK

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

DATE
May 30, 2001

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

**HOWARD M. SREBNICK, ESQ.**
Black, Srebnick & Kornspan, P.A.
201 South Biscayne Boulevard, Suite 1300
Miami, Florida 33131 (305) 371-6421

LAW OFFICES OF
**BLACK, SREBNICK & KORNSPAN**
A PROFESSIONAL ASSOCIATION

ROY BLACK
CATHERINE C. GRIEVE
SCOTT A. KORNSPAN
MARIA D. NEYRA
CHRISTINE M. NG
JACQUELINE PERCZEK*
MARK A.J. SHAPIRO
HOWARD M. SREBNICK†

* ALSO ADMITTED IN MASSACHUSETTS
† ALSO ADMITTED IN CALIFORNIA

SUITE 1300
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

TELEPHONE: (305) 371-6421
FACSIMILE: (305) 358-2006

E-MAIL: *HSrebnick@black-law.com*

## STATEMENT IN SUPPORT OF PRODUCTION OF DOCUMENTS AND ORAL TESTIMONY

Pursuant to 28 C.F.R. § 16.21, *et seq.*

RE: United States v. Marco Minuto
Case No. 00-cr-6088-Ungaro-Benages

TO: Rick D'Aguiar
FDC-Miami
33 N.E. 4 Street
Miami, Florida 33101

Undersigned counsel on behalf of Marco Minuto requests all tape recordings of all telephone conversations between Nicolo Mariani, Reg. No. 10268-018, and Marcello Grasso, whose telephone number is (954) 782-3172.

Marcello Grasso is a cooperating government witness. He is also a co-defendant in this case. We submit that Mr. Grasso's statements to his co-defendant Nicolo Mariani are Jencks material that should be produced at trial. Since FDC-Miami has a policy of destroying tape-recordings of telephone conversations, by this subpoena, Mr. Minuto provides notice to FDC-Miami that all tapes of conversations between Marcello Grasso and Nicolo Mariani should be preserved until trial.

In addition, the tapes of conversations between Nicolo Mariani and Marcello Grasso reveal exculpatory statements as to Mr. Minuto.

HOWARD SREBNICK, ESQ.

Att: Diane

# VERIFIED RETURN OF SERVICE

**State of FLORIDA** **County of MIAMI-DADE** **Southern Court**

Case Number: 00-6088 Court Date: 8/27/2001

Plaintiff:
**UNITED STATES OF AMERICA**

vs.

Defendant:
**MARCO MINUTO**

For:
Howard Srebnick, Esquire
BLACK SREBNICK & KORNSPAN PA
201 S Biscayne Boulevard
Suite 1300
Miami FL 33131

Received by AAA ALL-STATES PROCESS SERVICE on the **31st day of May, 2001 at 7:58 am** to be served on **RICK D. AGUILAR, ESQ. FDC 33 NE 4 STREET MIAMI, FL 33101**.

I, Allan R. Gorman, do hereby affirm that on the **31st day of May, 2001 at 3:30 pm, I:**

INDIVIDUALLY SERVED the within named person with a true copy of this **SUBPOENA DUCES TECUM FOR TRIAL-LETTER TO PRESERVE TAPES OF PHONE CONVERSATIONS** with the date and hour endorsed thereon by me.

I do hereby certify that I have no interest in the above action, that I am over the age of eighteen, and that I am a Certified Process Server in the circuit in which it was served. Under penalty of perjury, I declare that I have read the foregoing Verified Returned of Service and that the facts stated in it are true. I am in good standing in the circuit in which document was served.

**Allan R. Gorman**
CPS #839

**AAA ALL-STATES PROCESS SERVICE**
**13015 S.W. 89th Place**
**Suite 221**
**Miami, FL 33176**
**(305) 971-9636**
Our Job Serial Number: 2001001299
Ref. Number: DIANE

Copyright © 1992-1999 Database Services, Inc. - Process Server's Toolbox V5.4e