00-6088.oa

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6088 CR UUB

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARCO MINUTO, et al

    Defendant.
_____/

### ORDER FOR RESPONSE

**This matter** is before this Court on Defendant Marco Minuto's Motion to Suppress Fruits of Wiretaps, filed June 4, 2001. The Court having reviewed the motion, the response and the reply, and being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

1. On or before July 30, 2001, the Government shall respond to the argument raised in Defendant's reply, with respect to the omission of the cooperation of David Alwais in the affidavits, as well as the necessity for a <u>Franks</u> hearing.

2. A courtesy copy of the above submission shall be delivered to the Chambers of the undersigned on or before the above date.

**DONE AND ORDERED** this ___ day of July, 2001, at Miami, Florida.

          STEPHEN T. BROWN
          U.S. MAGISTRATE JUDGE

cc:    Honorable Ursula Ungaro Benages
       counsel on attached list

## SERVICE LIST

United States v. Marco Minuto, et al.
Case No. 00-6088-Cr-Ungaro-Benages

**Antonio E. Marin, Esq.**
2100 Coral Way
Miami, FL 33145
(305) 857-0209
(305) 854-6107 (Fax)
*(Attorney for Alex Torrente)*

**Michael J. Dittoe, AUSA**
U.S. Attorney's Office
500 E. Broward Boulevard
7th Floor
Ft. Lauderdale, FL 33301
(954) 356-7392
(954) 356-7336 (Fax)
*(Attorney for the Government)*

**Manuel Gonzalez, Jr., Esq.**
782 N.W. 42nd Avenue
Suite 440
Miami, FL 33126
(305) 567-0100
(305) 445-0543 (Fax)
*(Attorney for Nelson Robles)*

**Hosey Hernandez, Esq.**
Coconut Grove Bank Building
2701 S. Bayshore Drive
Coconut Grove, FL 33133
(305) 859-2222
(305) 858-6097 (Fax)
*(Attorney for Angel Hernandez)*

**William J. Hunt, Esq.**
155 Polifly Road
Hackensack, NJ 07601
(201) 457-9200
(201) 996-1669 (Fax)
*(Attorney for Joseph Minuto)*

**Martin R. Raskin, Esq.**
Raskin & Raskin
Grove Forest Plaza, Suite 206
2937 S.W. 27th Avenue
Miami, FL 33133
(305) 444-3400
(305) 445-0266 (Fax)
*(Attorney for Joseph Minuto)*

**Howard M. Srebnick, Esq.**
201 S. Biscayne Blvd.
Miami, Fl 33131
*(Attorney for Marco Minuto)*

**Simon T. Steckel, Esq.**
701 Brickell Avenue
Miami, FL 33131
(305) 373-1900
(305) 536-6495 (Fax)
*(Attorney for Marcello Grasso)*

**Jeffrey S. Weiner, Esq.**
9130 S. Dadeland Boulevard
Miami, FL 33156
(305) 670-9919
(305) 670-9299 (Fax)
*(Attorney for Chris Greco)*

**Bruce A. Zimet, Esq.**
One Financial Plaza
Suite 2612
Ft. Lauderdale, FL 33394
(954) 764-7081
(954) 760-4421 (Fax)
*(Attorney for Nicolo Mariani)*