UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-CR-6088-UNGARO-BENAGES

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARCO MINUTO,

    Defendant.

FILED by _____ D.C.
JUL 2 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER ON MARCO MINUTO'S RULE 17(C) MOTION
## TO PRODUCE SUBPOENAED TAPES PRIOR TO TRIAL

This matter is before the Court on defendant Marco Minuto's motion for an order directing the Bureau of Prisons (BOP) to produce in advance of trial taped conversations between Nicolo Mariani and Marcello Grasso. For good cause shown, it is hereby

ORDERED and ADJUDGED that the motion is **granted.** The BOP is directed to produce copies of all taped conversations between Nicolo Mariani, Reg. No. 10268-018, and Marcello Grasso, whose telephone number is 954-782-3172, by ~~July 27~~ August 10, 2001. *UU-B*

DONE and ORDERED in Miami, Florida, this 25 day of July, 2001.

*[signature]*
HONORABLE URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

Copies to:    Howard M. Srebnick (counsel for Marco Minuto)
                AUSA Michael J. Dittoe
                Bruce A. Zimet (counsel for Nicolo Mariani)
                William J. Hunt (counsel for Joseph Minuto)
                Kerry A. Lawrence (counsel for Chris Greco)