UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6088-CR-UNGARO-BENAGES/BROWN

UNITED STATES OF AMERICA

    Plaintiff,

v.

MARCO MINUTO,

    Defendant.

_____/



### ORDER DENYING DEFENDANT MINUTO'S MOTION TO ADMIT POLYGRAPH EVIDENCE AT TRIAL

This cause is before the Court on Defendant Marco Minuto's Motion to Admit Polygraph Evidence at Trial, filed June 1, 2001. The Court having reviewed the motion, the response, and all pertinent materials in the file and being otherwise fully advised, it is **ORDERED AND ADJUDGED** as follows:

Defendant seeks to admit the questions, answers, and results of several polygraph tests previously administered to a government witness in a separate criminal case.

In United States v. Piccinonna, 885 F.2d 1529 (11th Cir. 1989), the Eleventh Circuit receded from the per se exclusionary rule pertaining to polygraph examinations, finding such evidence may be admitted when (1) both parties stipulate in advance as to the circumstances of the test; or (2) the evidence is used to impeach or corroborate the testimony of a witness at trial. Defendant argues that the evidence should be admitted under the second exception.

In order to fall within the second exception, three prerequisites must be met: (1) "the party planning to use the evidence at trial must provide adequate notice to the opposing party that the

1

expert testimony will be offered"; (2) the opposing party must be given a "reasonable opportunity to have its own polygraph expert administer a test covering substantially the same questions"; and (3) the polygraph administrator's testimony must be admissible under the Federal Rules of Evidence governing the admissibility of corroboration testimony." Id. at 1536. However, the Court specifically stated that "[e]ven where the above three conditions are met, admission of polygraph evidence for impeachment or corroboration purposes is left entirely to the discretion of the trial judge." Id.

Defendant seeks to have polygraph evidence of a government witness admitted in order to show the witness' lack of credibility. The Defendant admittedly does not know the content of the polygraph examinations, but does know that the government witness failed the tests. Because the Defendant does not know the content of the polygraph tests, the only purpose for admitting the results of the polygraph examinations would be to show that the witness lacks credibility.

However, this goal can be accomplished through a means other than the admission of polygraph evidence. The Government's Response states that it is aware of two polygraph tests administered to the witness by the Secret Service in a separate case. In the federal criminal trial in Atlanta, the government witness in question admitted that he lied to the Secret Service and that he failed the two polygraph examinations. Thus, Defendants can use this prior trial testimony to demonstrate that the witness lacks credibility.

For the above reasons, the Defendant's Motion to Admit Polygraph Evidence at Trial is hereby **DENIED**.

**DONE AND ORDERED** this 26th day of July, 2001, at Miami, Florida.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc:  Honorable Ursula Ungaro-Benages
Howard M. Srebnick, Esq.
Michael J. Dittoe, Esq.

## SERVICE LIST

United States v. Marco Minuto, et al.
Case No. 00-6088-Cr-Ungaro-Benages

**Antonio E. Marin, Esq.**
2100 Coral Way
Miami, FL 33145
(305) 857-0209
(305) 854-6107 (Fax)
(*Attorney for Alex Torrente*)

**Michael J. Dittoe, AUSA**
U.S. Attorney's Office
500 E. Broward Boulevard
7th Floor
Ft. Lauderdale, FL 33301
(954) 356-7392
(954) 356-7336 (Fax)
(*Attorney for the Government*)

**Manuel Gonzalez, Jr., Esq.**
782 N.W. 42nd Avenue
Suite 440
Miami, FL 33126
(305) 567-0100
(305) 445-0543 (Fax)
(*Attorney for Nelson Robles*)

**Hosey Hernandez, Esq.**
Coconut Grove Bank Building
2701 S. Bayshore Drive
Coconut Grove, FL 33133
(305) 859-2222
(305) 858-6097 (Fax)
(*Attorney for Angel Hernandez*)

**William J. Hunt, Esq.**
155 Polifly Road
Hackensack, NJ 07601
(201) 457-9200
(201) 996-1669 (Fax)
(*Attorney for Joseph Minuto*)

**Martin R. Raskin, Esq.**
Raskin & Raskin
Grove Forest Plaza, Suite 206
2937 S.W. 27th Avenue
Miami, FL 33133
(305) 444-3400
(305) 445-0266 (Fax)
(*Attorney for Joseph Minuto*)

**Howard M. Srebnick, Esq.**
201 S. Biscayne Blvd.
Miami, Fl 33131
(*Attorney for Marco Minuto*)

**Simon T. Steckel, Esq.**
701 Brickell Avenue
Miami, FL 33131
(305) 373-1900
(305) 536-6495 (Fax)
(*Attorney for Marcello Grasso*)

**Jeffrey S. Weiner, Esq.**
9130 S. Dadeland Boulevard
Miami, FL 33156
(305) 670-9919
(305) 670-9299 (Fax)
(*Attorney for Chris Greco*)

**Bruce A. Zimet, Esq.**
One Financial Plaza
Suite 2612
Ft. Lauderdale, FL 33394
(954) 764-7081
(954) 760-4421 (Fax)
(*Attorney for Nicolo Mariani*)