UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:00-6088-CR-UNGARO-BENAGES/BROWN

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

REFERRAL TO MAGISTRATE

MARCO MINUTO,
        Defendant.
_____/

        PURSUANT TO 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned Cause is referred to **United States Magistrate-Judge Stephen Brown** to take all necessary and proper action as required by law, with respect to the following motion(s):

(1) Motion to Unseal Documents Pertaining to Cooperating Government Witnesses;
(2) Motion to Dismiss Count Five or alternative, For a Bill of Particulars, and Motion for a Bill of Particulars as to Count Six;
(3) Motion for a List of Government Witnesses; and
(4) Motion for Production of Pre-Sentence Investigation Reports of Cooperating Government Witnesses.

        PURSUANT to this referral order, it is also ORDERED AND ADJUDGED that it shall be the responsibility of the respective parties in this case to note that additional courtesy copies of all materials necessary to the resolution of the referred matters shall be directed to the Magistrate Judge's chambers.

        **DONE AND ORDERED** this 31 day of July, 2001 at Miami, Florida.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT COURT JUDGE

cc: Magistrate Stephen Brown
     All Counsel of Record

C:\Myfiles\CRIMINAL\Referrals to Magistrate\US v. Minuto - Several motions.wpd