**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 00-6088-CR-UNGARO-BENAGES/BROWN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MARCO MINUTO,

      Defendant.

_____/

### REPORT AND RECOMMENDATION

This matter is before the Court on Defendant Marco Minuto's Motion to Dismiss Count Two

for Failure to State an Offense, filed June 5, 2001. The Court has reviewed the motion, the response,

and all pertinent materials in the file.

### Facts and Discussion

Count Two purports charges Defendant with conspiring to violate 18 U.S.C. §§

1956(a)(1)(A)(i) and 1956(a)(1)(B)(i) of the money laundering act. Defendant seeks to have Count

Two dismissed because it does not allege that the Defendant or his alleged co-conspirators took any

overt acts in furtherance of the purpose and object of the money laundering conspiracy. Defendant

cites to cases from the Eleventh, Fifth, Eighth, and Tenth Circuits in support of his claim. See

United States v. Quintero, 165 F.3d 831, 837 (11th Cir. 1999); United States v. Wilson, 249 F.3d

366, 379 (5th Cir. 2001); United States v. Hildebrand, 152 F.3d 756, 762 (8th Cir. 1998); United

States v. Hand, 1995 WL 743841 at *2 (10th Cir. Dec. 15, 1995). However, in each of the cases

cited by the Defendant the courts did not discuss overt acts in the context of the issue of whether the

government was required to plead the overt act. Thus, the cases cited by the Defendant have no

1

precedential value in deciding the present motion.

Title 18 U.S.C. § 1956(h) provides that "[a]ny person who conspires to commit any offense defined in this section or section 1957 shall be subject to the same penalties as those prescribed for the offense the commission of which was the object of the conspiracy." The plain text of the statute does not require an overt act. The government cites a string of Supreme Court cases holding that if a federal conspiracy statute does not specifically state an overt act is required then no such overt act is required. See Nash v. United States, 229 U.S. 373 (1913); Singer v. United States, 322 U.S. 338 (1945); United States v. Shabani, 513 U.S. 10 (1994). In addition, the Ninth Circuit has recently held that the language of 18 U.S.C. § 1956(h) does not require the indictment to allege an overt act. See United States v. Tam, 240 F.3d 797, 802 (9th Cir. 2001). Thus, this Court finds that the government was not required under §1956(h) to allege that the Defendant or his alleged co-conspirators took any overt acts in furtherance of the money laundering conspiracy.

## Recommendation

Accordingly, this Court respectfully recommends that Defendant's Motion to Dismiss Count Two be **DENIED**.

The parties have ten (10) days from the date of this Report and Recommendation within which to serve and file written objections, if any, with the Honorable Ursula Ungaro-Benages, United States District Judge for the Southern District of Florida. Failure to file objections timely shall bar the parties from attacking on appeal the factual findings contained herein. LoConte v.

Dugger, 847 F.2d 745 (11th Cir. 1988), cert. denied, 488 U.S. 958 (1988).

**DONE AND ORDERED** this 31st day of July, 2001, at Miami, Florida.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc:    Honorable Ursula Ungaro-Benages
       counsel on attached list

3

## SERVICE LIST

United States v. Marco Minuto, et al.
Case No. 00-6088-Cr-Ungaro-Benages

**Antonio E. Marin, Esq.**
2100 Coral Way
Miami, FL 33145
(305) 857-0209
(305) 854-6107 (Fax)
(*Attorney for Alex Torrente*)

**Michael J. Dittoe, AUSA**
U.S. Attorney's Office
500 E. Broward Boulevard
7th Floor
Ft. Lauderdale, FL 33301
(954) 356-7392
(954) 356-7336 (Fax)
(*Attorney for the Government*)

**Manuel Gonzalez, Jr., Esq.**
782 N.W. 42nd Avenue
Suite 440
Miami, FL 33126
(305) 567-0100
(305) 445-0543 (Fax)
(*Attorney for Nelson Robles*)

**Hosey Hernandez, Esq.**
Coconut Grove Bank Building
2701 S. Bayshore Drive
Coconut Grove, FL 33133
(305) 859-2222
(305) 858-6097 (Fax)
(*Attorney for Angel Hernandez*)

**William J. Hunt, Esq.**
155 Polifly Road
Hackensack, NJ 07601
(201) 457-9200
(201) 996-1669 (Fax)
(*Attorney for Joseph Minuto*)

**Martin R. Raskin, Esq.**
Raskin & Raskin
Grove Forest Plaza, Suite 206
2937 S.W. 27th Avenue
Miami, FL 33133
(305) 444-3400
(305) 445-0266 (Fax)
(*Attorney for Joseph Minuto*)

**Howard M. Srebnick, Esq.**
201 S. Biscayne Blvd.
Miami, Fl 33131
(*Attorney for Marco Minuto*)

**Simon T. Steckel, Esq.**
701 Brickell Avenue
Miami, FL 33131
(305) 373-1900
(305) 536-6495 (Fax)
(*Attorney for Marcello Grasso*)

**Jeffrey S. Weiner, Esq.**
9130 S. Dadeland Boulevard
Miami, FL 33156
(305) 670-9919
(305) 670-9299 (Fax)
(*Attorney for Chris Greco*)

**Bruce A. Zimet, Esq.**
One Financial Plaza
Suite 2612
Ft. Lauderdale, FL 33394
(954) 764-7081
(954) 760-4421 (Fax)
(*Attorney for Nicolo Mariani*)