00-6088.oc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6088 CR UUB

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARCO MINUTO, et al

    Defendant.
_____/



## ORDER ON PENDING MOTIONS

**This matter** is before this Court on certain pending motions filed by Defendant Marco Minuto. The Court having reviewed the motions and the responses, and being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Defendant's Specific Brady Request for Debriefing or Proffer notes, Reports and Communications (D.E. 201) is hereby **DENIED**, except to the extent that the Government shall produce to Defendant any such materials which may fall within the scope of 18 U.S.C. §3500 and/or Fed.R.Crim.P. 26.2 in accordance the provisions of the Jencks Act.

2. Defendant's Motion for Production of Impeachment and "Bad Acts" Materials Pertaining to All Cooperating Witness [sic], Including David Alwais (D.E. 206) is hereby **GRANTED** in part and **DENIED** in part. The Motion is **GRANTED** to the extent that the Government shall disclose to the Defendant, within ten (10) calendar days of the date of this Order, any prior "bad acts" of any cooperating witness (1) which directly bear on the witness' truthfulness; and/or (2) with respect to which the Government has offered the witness any benefit based on the witness' cooperation. With respect to the production of the specific items requested in the motion (copies of tape recordings, reports), and in

1

all other respects the Motion is **DENIED**.

    3.    Defendant's Motion to Interview all Government Witnesses (D.E. 209) is hereby **GRANTED** to the extent that the Government shall, upon receipt of this Order, inform all potential witnesses of the Defendant's desire to interview them.

    4.    Defendant's Motion to Compel Inspection of Personnel Files of Testifying Agents and Officers (D.E. 210) is hereby **GRANTED** to the extent that the Government shall review the personnel files of all testifying agents and officers, and shall produce to the Defendant, within ten (10) calendar days of the date of this Order, any information which falls withing the scope of the Government's discovery obligations under the Standing Discovery Order and Fed.R.Crim.P. 16. In all other respects the Motion is **DENIED**.

**DONE AND ORDERED** this 31st day of July, 2001, at Miami, Florida.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc:    Honorable Ursula Ungaro Benages
        counsel on attached list

2

## SERVICE LIST

United States v. Marco Minuto, et al.
Case No. 00-6088-Cr-Ungaro-Benages

| | | |
|---|---|---|
| **Antonio E. Marin, Esq.**<br>2100 Coral Way<br>Miami, FL 33145<br>(305) 857-0209<br>(305) 854-6107 (Fax)<br>*(Attorney for Alex Torrente)* | **Michael J. Dittoe, AUSA**<br>U.S. Attorney's Office<br>500 E. Broward Boulevard<br>7th Floor<br>Ft. Lauderdale, FL 33301<br>(954) 356-7392<br>(954) 356-7336 (Fax)<br>*(Attorney for the Government)* | **Manuel Gonzalez, Jr., Esq.**<br>782 N.W. 42nd Avenue<br>Suite 440<br>Miami, FL 33126<br>(305) 567-0100<br>(305) 445-0543 (Fax)<br>*(Attorney for Nelson Robles)* |
| **Hosey Hernandez, Esq.**<br>Coconut Grove Bank Building<br>2701 S. Bayshore Drive<br>Coconut Grove, FL 33133<br>(305) 859-2222<br>(305) 858-6097 (Fax)<br>*(Attorney for Angel Hernandez)* | **William J. Hunt, Esq.**<br>155 Polifly Road<br>Hackensack, NJ 07601<br>(201) 457-9200<br>(201) 996-1669 (Fax)<br>*(Attorney for Joseph Minuto)* | **Martin R. Raskin, Esq.**<br>Raskin & Raskin<br>Grove Forest Plaza, Suite 206<br>2937 S.W. 27th Avenue<br>Miami, FL 33133<br>(305) 444-3400<br>(305) 445-0266 (Fax)<br>*(Attorney for Joseph Minuto)* |
| **Howard M. Srebnick, Esq.**<br>201 S. Biscayne Blvd.<br>Miami, Fl 33131<br>*(Attorney for Marco Minuto)* | **Simon T. Steckel, Esq.**<br>701 Brickell Avenue<br>Miami, FL 33131<br>(305) 373-1900<br>(305) 536-6495 (Fax)<br>*(Attorney for Marcello Grasso)* | **Jeffrey S. Weiner, Esq.**<br>9130 S. Dadeland Boulevard<br>Miami, FL 33156<br>(305) 670-9919<br>(305) 670-9299 (Fax)<br>*(Attorney for Chris Greco)* |
| | **Bruce A. Zimet, Esq.**<br>One Financial Plaza<br>Suite 2612<br>Ft. Lauderdale, FL 33394<br>(954) 764-7081<br>(954) 760-4421 (Fax)<br>*(Attorney for Nicolo Mariani)* | |