UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6088-CR-UNGARO-BENAGES

UNITED STATES OF AMERICA,
                    Plaintiff(s),

vs.

MARCO MINUTO,
                    Defendant(s),
_____/



ORDER ON DEFENDANT'S MOTION TO DISCLOSE WHETHER
ANY OF THE GOVERNMENT'S CONFIDENTIAL SOURCES
WAS, OR HELD HIMSELF OUT TO BE, AN ATTORNEY

THIS CAUSE is before the Court on Marco Minuto's to Disclose Whether Any of the Government's Confidential Sources Was, or Held Himself Out to Be, An Attorney.  This Court has reviewed the record and being otherwise advised as to its premises, it is

ORDERED and ADJUDGED that Defendant's motion is **DENIED** because the Defendant has failed to proffer a sufficient good faith factual basis for the allegations contained therein.  The Defendant may renew his motion by no later than August 10, 2001 provided that the motion is accompanied by a proffer of the specific facts upon which the Defendant relies to contend that he had an attorney-client relationship with

C:\Myfiles\US v. Minuto\O - MFDofCI.wpd

any confidential source and upon which Defendant relies to establish the need for the information he seeks.

DONE and ORDERED at Miami, Florida, on this _30_ day of July, 2001.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

cc: all counsel of record

C:\Myfiles\US v. Minuto\O - MFDofCl.wpd