00-6088.od

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6088 CR UUB

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARCO MINUTO, et al

    Defendant.

_____/



## ORDER ON PENDING MOTIONS

**This matter** is before this Court on certain pending motions filed by Defendant Marco Minuto. The Court having reviewed the motions and the responses, and being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion for Production of Pre-Sentence Investigation Reports of Cooperating Witnesses (D.E. 215) is hereby **GRANTED** to the extent that the Government shall review the Pre-Sentence Investigation Reports and shall produce to Defendant, within ten (10) calendar days of the date of this Order, any information which falls within the Government's discovery obligations under Standing Discovery Order and Fed.R.Crim.P. 16. In all other respects the Motion is **DENIED**.

2. Defendant's Motion for a List of Government Witnesses (D.E. 216) is hereby **DENIED**. See United States v. Colson, 662 F.2d 1389, 1391 (11th Cir. 1981).

3. Defendant's Motion to Unseal Documents Pertaining to Cooperating Government Witnesses (D.E. 217) is hereby **DENIED** as moot, based on the Government's representation in its Response, which states that the Government will review the sealed documents and produce to Defendant any information which falls within the Government's discovery obligations under Standing Discovery Order

1

and Fed.R.Crim.P. 16. Any such materials shall be produced to Defendant within ten (10) calendar days of the date of this Order.

**DONE AND ORDERED** this /5/ day of August, 2001, at Miami, Florida.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc:   Honorable Ursula Ungaro Benages
      counsel on attached list

## SERVICE LIST

United States v. Marco Minuto, et al.
Case No. 00-6088-Cr-Ungaro-Benages

**Antonio E. Marin, Esq.**
2100 Coral Way
Miami, FL 33145
(305) 857-0209
(305) 854-6107 (Fax)
(*Attorney for Alex Torrente*)

**Michael J. Dittoe, AUSA**
U.S. Attorney's Office
500 E. Broward Boulevard
7th Floor
Ft. Lauderdale, FL 33301
(954) 356-7392
(954) 356-7230 (Fax)
(*Attorney for the Government*)

**Manuel Gonzalez, Jr., Esq.**
782 N.W. 42nd Avenue
Suite 440
Miami, FL 33126
(305) 567-0100
(305) 445-0543 (Fax)
(*Attorney for Nelson Robles*)

**Hosey Hernandez, Esq.**
Coconut Grove Bank Building
2701 S. Bayshore Drive
Coconut Grove, FL 33133
(305) 859-2222
(305) 858-6097 (Fax)
(*Attorney for Angel Hernandez*)

**William J. Hunt, Esq.**
155 Polifly Road
Hackensack, NJ 07601
(201) 457-9200
(201) 996-1669 (Fax)
(*Attorney for Joseph Minuto*)

**Martin R. Raskin, Esq.**
Raskin & Raskin
Grove Forest Plaza, Suite 206
2937 S.W. 27th Avenue
Miami, FL 33133
(305) 444-3400
(305) 445-0266 (Fax)
(*Attorney for Joseph Minuto*)

**Howard M. Srebnick, Esq.**
201 S. Biscayne Blvd.
Miami, Fl 33131
(*Attorney for Marco Minuto*)

**Simon T. Steckel, Esq.**
701 Brickell Avenue
Miami, FL 33131
(305) 373-1900
(305) 536-6495 (Fax)
(*Attorney for Marcello Grasso*)

**Jeffrey S. Weiner, Esq.**
9130 S. Dadeland Boulevard
Miami, FL 33156
(305) 670-9919
(305) 670-9299 (Fax)
(*Attorney for Chris Greco*)

**Bruce A. Zimet, Esq.**
One Financial Plaza
Suite 2612
Ft. Lauderdale, FL 33394
(954) 764-7081
(954) 760-4421 (Fax)
(*Attorney for Nicolo Mariani*)