UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-CR-6088-UNGARO-BENAGES

UNITED STATES OF AMERICA,

   Plaintiff,

v.

MARCO MINUTO,

   Defendant.

## OBJECTION TO MAGISTRATE'S REPORT AND RECOMMENDATION DENYING MARCO MINUTO'S MOTION TO DISMISS COUNT TWO FOR FAILURE TO STATE AN OFFENSE

For the reasons stated in Marco Minuto's Motion to Dismiss Count Two for Failure to State an Offense, and to preserve this issue for appellate review, Mr. Minuto objects to the Magistrate's Report and Recommendation denying Mr. Minuto's Motion to Dismiss Count Two for Failure to State an Offense.

Respectfully submitted,

**BLACK, SREBNICK & KORNSPAN, P.A.**
201 South Biscayne Boulevard
Suite 1300
Miami, Florida 33131
(305) 371-6421

By: _/s/ Howard M. Srebnick_
HOWARD M. SREBNICK, ESQ
Florida Bar Number 919063
Attorney for Marco Minuto

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on __8/3/01__, 2001 a true and correct copy of the foregoing was furnished by mail to:

Michael J. Dittoe, Esq.
Assistant United States Attorney
500 East Broward Boulevard
7th Floor
Fort Lauderdale, Florida 33394-3002

Bruce A. Zimet, Esq.
Counsel for Nicolo Mariani
One Financial Plaza
Suite 2612
Fort Lauderdale, Florida 33394

William J. Hunt, Esq.
Counsel for Joseph Minuto
William J. Hunt & Associates
155 Polifly Road
Suite 200
Hackensack, New Jersey 07601

Kerry A. Lawrence, Esq.
Counsel for Chris Greco
Briccetti, Calhoun & Lawrence, LLP
81 Main Street
Suite 450
White Plaines, New York 10601

By: _____
HOWARD M. SREBNICK, ESQ.
Attorney for Marco Minuto