00-6088.of

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6088 CR UUB

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARCO MINUTO, et al

    Defendant.
_____/

### ORDER ON DEFENDANT MARCO MINUTO'S SPECIFIC BRADY REQUEST RE: COOPERATING WITNESSES

**This matter** is before this Court on Defendant Marco Minuto's Specific Brady Request Re: Cooperating Witnesses, filed June 1, 2001. The Court having reviewed the motion, and the Supplemental Response, and being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows[1]:

1. With respect to Request No. 1, the Motion is hereby **DENIED** as moot, based on the Government's representations in its Supplemental Response.

2. With respect to Request Nos. 2, 3, 5, and 9 the Motion is hereby **DENIED**. The Government Response indicates that it has complied with its discovery obligations with respect to benefits to witnesses. The additional information requested by Defendant falls outside of the scope of the Government's discovery obligations under Standing Discovery Order and Fed.R.Crim.P. 16.

3. With respect to Request No. 4, the Motion is hereby **DENIED**, except to the extent that any

---

[1] The Court declines to deny Defendant's Motion for failure to comply with Local Rule 88.9 in that such objection was not raised in the Government's initial response.

1

such information is subject to production pursuant to the Jencks Act.

4. With respect to Request Nos. 6, 7, and 8, the Motion is hereby **DENIED**, except to the extent that the Government shall disclose to the Defendant any information in its possession which indicates that a witness was untruthful in an investigation or court proceeding, and any misconduct which directly reflects the witnesses capacity for untruthfulness.

5. With respect to Request No.10, the Motion is hereby **DENIED** as moot, based on the Government's representations in its Supplemental Response.

6. With respect to Request Nos.11, 12 and 13, the Motion is **GRANTED** to the extent that it requests any information which directly relates to a witness' diminished mental capacity and/or drug or alcohol use at the time of any event observed by the witness as to which the witness will testify, or at the time of the witness' testimony at trial. In all other respects, the requests are **DENIED**.

7. To the extent it has not already done so, the Government shall provide all information required by this Order within five (5) days of the date of this Order.

**DONE AND ORDERED** this _26_ day of August, 2001, at Miami, Florida.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc:    Honorable Ursula Ungaro Benages
       counsel on attached list

## SERVICE LIST

United States v. Marco Minuto, et al.
Case No. 00-6088-Cr-Ungaro-Benages

**Antonio E. Marin, Esq.**
2100 Coral Way
Miami, FL 33145
(305) 857-0209
(305) 854-6107 (Fax)
(*Attorney for Alex Torrente*)

**Michael J. Dittoe, AUSA**
U.S. Attorney's Office
500 E. Broward Boulevard
7th Floor
Ft. Lauderdale, FL 33301
(954) 356-7392
(954) 356-7230 (Fax)
(*Attorney for the Government*)

**Manuel Gonzalez, Jr., Esq.**
782 N.W. 42nd Avenue
Suite 440
Miami, FL 33126
(305) 567-0100
(305) 445-0543 (Fax)
(*Attorney for Nelson Robles*)

**Hosey Hernandez, Esq.**
Coconut Grove Bank Building
2701 S. Bayshore Drive
Coconut Grove, FL 33133
(305) 859-2222
(305) 858-6097 (Fax)
(*Attorney for Angel Hernandez*)

**William J. Hunt, Esq.**
155 Polifly Road
Hackensack, NJ 07601
(201) 457-9200
(201) 996-1669 (Fax)
(*Attorney for Joseph Minuto*)

**Martin R. Raskin, Esq.**
Raskin & Raskin
Grove Forest Plaza, Suite 206
2937 S.W. 27th Avenue
Miami, FL 33133
(305) 444-3400
(305) 445-0266 (Fax)
(*Attorney for Joseph Minuto*)

**Howard M. Srebnick, Esq.**
201 S. Biscayne Blvd.
Miami, Fl 33131
(*Attorney for Marco Minuto*)

**Simon T. Steckel, Esq.**
701 Brickell Avenue
Miami, FL 33131
(305) 373-1900
(305) 536-6495 (Fax)
(*Attorney for Marcello Grasso*)

**Jeffrey S. Weiner, Esq.**
9130 S. Dadeland Boulevard
Miami, FL 33156
(305) 670-9919
(305) 670-9299 (Fax)
(*Attorney for Chris Greco*)

**Bruce A. Zimet, Esq.**
One Financial Plaza
Suite 2612
Ft. Lauderdale, FL 33394
(954) 764-7081
(954) 760-4421 (Fax)
(*Attorney for Nicolo Mariani*)