UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6088-CR-UNGARO-BENAGES/BROWN

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

MARCO MINUTO,
        Defendant.
_____/

REFERRAL TO MAGISTRATE

FILED
AUG 8 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

PURSUANT TO 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned Cause is referred to **United States Magistrate-Judge Stephen Brown** to take all necessary and proper action as required by law, with respect to the following motion(s):

(1) **Government's Sur-Reply to Marco Minuto's Motion to Suppress Fruits of Wiretaps.**

PURSUANT to this referral order, it is also ORDERED AND ADJUDGED that it shall be the responsibility of the respective parties in this case to note that additional courtesy copies of all materials necessary to the resolution of the referred matters shall be directed to the Magistrate Judge's chambers.

**DONE AND ORDERED** this ___ day of August, 2001 at Miami, Florida.

*nunc pro tunc*

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT COURT JUDGE

cc: Magistrate Stephen Brown
     All Counsel of Record

C:\Myfiles\CRIMINAL\Referrals to Magistrate\US v. Minuto - Surreply to Suppress Wiretaps.wpd