00-6088.o2

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6088 CR UUB

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARCO MINUTO, et al

    Defendant.
_____/

### ORDER GRANTING MOTION FOR RECONSIDERATION

**This matter** is before this Court on the Government's Motion for Reconsideration of Order Requiring the Inspection of Personnel Files, dated August 7, 2001. The Court having reviewed the motion and being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

1. This Court does not read <u>United States v. Quinn</u>, 123 F.3d 1415 (11th Cir. 1997) as holding that the Government need not disclose to a defendant <u>Brady</u> and <u>Giglio</u> information within personnel files, but rather reads that case as not adopting the specific procedure set forth in <u>United States v. Henthorn</u>, 931 F.2d 29 (9th Cir. 1991).

2. However, based on the representation contained in the Government's Motion that the Government has a written policy that all agents must advise a prosecutor of anything that may be in their personnel files which could aversely affect their credibility, the Government's Motion for Reconsideration is hereby **GRANTED**, and that portion of this Court's Order on Pending Motions dated July 31, 2001 which granted Defendant's Motion to Compel Inspection of Personnel Files of Testifying Agents and Officers (D.E. 210) is hereby **VACATED**.

**DONE AND ORDERED** this 8th day of August, 2001 at Miami, Florida.

                                        STEPHEN T. BROWN
                                      U.S. MAGISTRATE JUDGE

cc:    Honorable Ursula Ungaro Benages
       counsel on attached list

## SERVICE LIST

United States v. Marco Minuto, et al.
Case No. 00-6088-Cr-Ungaro-Benages

**Antonio E. Marin, Esq.**
2100 Coral Way
Miami, FL 33145
(305) 857-0209
(305) 854-6107 (Fax)
*(Attorney for Alex Torrente)*

**Michael J. Dittoe, AUSA**
U.S. Attorney's Office
500 E. Broward Boulevard
7th Floor
Ft. Lauderdale, FL 33301
(954) 356-7392
(954) 356-7230 (Fax)
*(Attorney for the Government)*

**Manuel Gonzalez, Jr., Esq.**
782 N.W. 42nd Avenue
Suite 440
Miami, FL 33126
(305) 567-0100
(305) 445-0543 (Fax)
*(Attorney for Nelson Robles)*

**Hosey Hernandez, Esq.**
Coconut Grove Bank Building
2701 S. Bayshore Drive
Coconut Grove, FL 33133
(305) 859-2222
(305) 858-6097 (Fax)
*(Attorney for Angel Hernandez)*

**William J. Hunt, Esq.**
155 Polifly Road
Hackensack, NJ 07601
(201) 457-9200
(201) 996-1669 (Fax)
*(Attorney for Joseph Minuto)*

**Martin R. Raskin, Esq.**
Raskin & Raskin
Grove Forest Plaza, Suite 206
2937 S.W. 27th Avenue
Miami, FL 33133
(305) 444-3400
(305) 445-0266 (Fax)
*(Attorney for Joseph Minuto)*

**Howard M. Srebnick, Esq.**
201 S. Biscayne Blvd.
Miami, Fl 33131
*(Attorney for Marco Minuto)*

**Simon T. Steckel, Esq.**
701 Brickell Avenue
Miami, FL 33131
(305) 373-1900
(305) 536-6495 (Fax)
*(Attorney for Marcello Grasso)*

**Jeffrey S. Weiner, Esq.**
9130 S. Dadeland Boulevard
Miami, FL 33156
(305) 670-9919
(305) 670-9299 (Fax)
*(Attorney for Chris Greco)*

**Bruce A. Zimet, Esq.**
One Financial Plaza
Suite 2612
Ft. Lauderdale, FL 33394
(954) 764-7081
(954) 760-4421 (Fax)
*(Attorney for Nicolo Mariani)*