UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6088-CR-UNGARO-BENAGES

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

MARCO MINUTO,
    Defendant.
_____/

**ORDER**

FILED by ___ D.C.
AUG 1 0 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

THIS CAUSE is before the Court upon Marco Minuto's Rule 17(c) Motion to Produce Subpoenaed Tapes Prior to Trial, filed July 16, 2001.

THIS COURT has considered the Motion, the pertinent portions of the record and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that Defendant's Motion is DENIED as Moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 10 day of August, 2001.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record