IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6088-CR
UNGARO-BENAGES

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MARCO MINUTO, et al.,

        Defendant,
-----------------------------/



FILED by ____ D.C.
AUG 13 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER SETTING HEARING ON PENDING MOTIONS

THIS MATTER is hereby setting for Hearing on pending motions on **AUGUST 21, 2001 at 3:00 PM** before the Hon. Judge Ursula Ungaro-Benages, at the United States District Court, Eleventh Floor Courtroom, 301 North Miami Avenue, Miami, Florida.

DONE AND ORDERED in chambers at the United States District Court, Miami, Florida, this __13__ day of August, 2001.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record