UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-CR-6088-UNGARO-BENAGES

UNITED STATES OF AMERICA,

   Plaintiff,

v.

MARCO MINUTO,

   Defendant.

NIGHT BOX FILED

AUG 16 2001

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

## MARCO MINUTO'S OBJECTIONS TO MAGISTRATE'S REPORT AND RECOMMENDATION ON MR. MINUTO'S "MOTION TO DISMISS COUNT FIVE OR, ALTERNATIVELY, FOR A BILL OF PARTICULARS, AND MOTION FOR A BILL OF PARTICULARS AS TO COUNT SIX

For the reasons stated in Mr. Minuto's "Motion to Dismiss Count Five or, Alternatively, for a Bill of Particulars, and Motion for a Bill of Particulars as to Count Six," and to preserve this issue for appellate review, Mr. Minuto objects to the Magistrate's recommendation that the Court deny Mr. Minuto's motion to dismiss Count Five and Mr. Minuto's motion for a bill of particulars as to Counts Five and Six.

The information requested in Mr. Minuto's motion for a bill of particulars is necessary for his pretrial preparation. Counts Five and Six fail to identify the alleged extortionate means, the alleged extensions of credit, and the alleged victims of the crime. Count Five alleges that the victims were "numerous people in South Florida." Count Six alleges that the victim was "the owner of Preferred Travel and Tickets, Inc." According to the Florida Department of State, today Howard Berg is the registered agent, officer, director, treasurer and secretary of Preferred Travel and Ticket. [Exhibit A]. We assume that Howard Berg

-1-

BLACK, SREBNICK & KORNSPAN, P.A., 201 S. BISCAYNE BLVD, SUITE 1300, MIAMI, FL 33131• (305) 371-6421

was "the owner" of Preferred Travel and Ticket in 1996, the date alleged in the indictment. We are preparing for trial based on this assumption.

The terms "extortionate means" and "extensions of credit" are legal terms of art, encompassing a broad range of activities. We are assuming, based on the discovery, that the "extensions of credit" mentioned in Counts Five and Six are alleged gambling debts, and we are preparing to defend this case based on that assumption. We are also preparing for trial on the assumption that the government will attempt to prove only one incident of alleged used of physical force, and that is the alleged incident with Howard Berg charged in Count Six.

We seek a bill of particulars as to Counts Five and Six to ensure that we are correct in our assumptions and that we are not surprised mid-trial. "'While a criminal trial is not a game in which the participants are expected to enter the ring with a near match in skills, neither is it a sacrifice of unarmed prisoners to gladiators.'" United States v. Cronic, 466 U.S. 648, 657 (1984). A criminal trial is a "search for truth" in which the government is not always permitted to maintain "'poker game' secrecy . . . ." Wardius v. Oregon, 412 U.S. 470, 473 (1973); see also Williams v. Florida, 399 U.S. 78, 82 (1970) ("[t]he adversary system of trial is hardly an end in itself; it is not yet a poker game in which players enjoy an absolute right always to conceal their cards until played"); United States v. Kelly, 420 F.2d 27, 29 (2d Cir. 1969) (criticizing "trial by ambush"). The information requested in Mr.

Minuto's motion for a bill of particulars is necessary to confirm our assumptions about the proof we are expected to meet at trial and to effectively prepare Mr. Minuto's defense.

Respectfully submitted,

**BLACK, SREBNICK & KORNSPAN, P.A.**
201 South Biscayne Boulevard
Suite 1300
Miami, Florida 33131
Ph: (305) 371-6421
Fx: (305) 358-2006

By: _/s/ Howard Srebnick_
**HOWARD M. SREBNICK, ESQ**
Florida Bar Number 919063
Attorney for Marco Minuto

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on _August 17_, 2001 a true and correct copy of the foregoing was furnished by _fax and_ mail to:

Michael J. Dittoe, Esq.
Assistant United States Attorney
500 East Broward Boulevard
7th Floor
Fort Lauderdale, Florida 33394-3002

Bruce A. Zimet, Esq.
Counsel for Nicolo Mariani
One Financial Plaza
Suite 2612
Fort Lauderdale, Florida 33394

William J. Hunt, Esq.
Counsel for Joseph Minuto
William J. Hunt & Associates
155 Polifly Road
Suite 200
Hackensack, New Jersey 07601

Kerry A. Lawrence, Esq.
Counsel for Chris Greco
Briccetti, Calhoun & Lawrence, LLP
81 Main Street
Suite 450
White Plaines, New York 10601

By: _____
HOWARD M. SREBNICK, ESQ.
Attorney for Marco Minuto

# EXHIBIT A



## Florida Profit

**PREFERRED TRAVEL & TICKETS, INC.**

PRINCIPAL ADDRESS
1522 PONCE DE LEON BLVD
CORAL GABLES FL 33134
Changed 02/01/2000

MAILING ADDRESS
1522 PONCE DE LEON BLVD
CORAL GABLES FL 33134
Changed 02/01/2000

| Document Number | FEI Number | Date Filed |
|---|---|---|
| P93000050535 | 650425345 | 07/12/1993 |
| **State** | **Status** | **Effective Date** |
| FL | ACTIVE | NONE |

### Registered Agent

| Name & Address |
|---|
| BERG, HOWARD
1518 PONCE DE LEON BLVD.
CORAL GABLES FL 33134 |

### Officer/Director Detail

| Name & Address | Title |
|---|---|
| BERG, HOWARD
1518 PONCE DE LEON BLVD.
CORAL GABLES FL 33134 | DPTS |

### Annual Reports

| Report Year | Filed Date | Intangible Tax |
|---|---|---|
| 1999 | 03/10/1999 | Y |
| 2000 | 02/01/2000 | |
| 2001 | 02/03/2001 | |

.../cordet.exe?a1=DETFIL&n1=P93000050535&n2=NAMFWD&n3=0000&n4=N&r1=&r2=&r3 8/14/01

No Events
No Name History Information

View Document Image(s)

**THIS IS NOT OFFICIAL RECORD; SEE DOCUMENTS IF QUESTION OR CONFLICT**

  

.../cordet.exe?a1=DETFIL&n1=P93000050535&n2=NAMFWD&n3=0000&n4=N&r1=&r2=&r  8/14/01