UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6088-CR-UNGARO-BENAGES

FILED
AUG 17 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

**ORDER REQUIRING
EXPEDITED RESPONSES**

MARCO MINUTO,
    Defendant.
_____/

    THIS CAUSE is before the Court upon Marco Minuto's Appeal of Magistrate Judge's Order Denying his Specific Brady Request for Debriefing or Proffer Notes, Reports and Communications, filed August 16, 2001; Marco Minuto's Appeal of Magistrate's Order Denying Motion to Compel Inspection of Personnel Files of Testifying Agents and Officers and Motion for Production of Written Policy of U.S. Attorney's Office, filed August 16, 2001; Marco Minuto's Objections to Magistrate's Report and Recommendation on Mr. Minuto's "Motion to Dismiss Count Five, or Alternatively, for a Bill of Particulars, and Motion for a Bill of Particulars as to Count Six, filed August 16, 2001.

    THIS COURT has considered the Appeals and Objection, the pertinent portions of the record and being otherwise fully advised in the premises, it is

    ORDERED AND ADJUDGED that the Government shall file its response to each of these filings no later than 4:00 p.m. on Wednesday, August 22, 2001. The Defendant shall file his replies no later than 4:00 p.m. on Friday, August 24, 2001.

    DONE AND ORDERED in Chambers at Miami, Florida, this _17_ day of August, 2001.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

copies provided by fax:
counsel of record