**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 00-6088-CR-UNGARO-BENAGES

UNITED STATES OF AMERICA,
    Plaintiff,

vs.
                       **ORDER REQUIRING**
                       **EXPEDITED RESPONSE**

MARCO MINUTO,
    Defendant.
_____/

FILED by _____ D.C.

AUG 2 0 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

      THIS CAUSE is before the Court upon Marco Minuto's Objections to Magistrate's Report and Recommendation Denying Marco Minuto's Motion to Suppress Fruits of Wiretap and Supplemental Motion to Dismiss the Indictment, filed August 17, 2001.

      THIS COURT has considered the Objection, the pertinent portions of the record and being otherwise fully advised in the premises, it is

      ORDERED AND ADJUDGED that the Government shall file its response to these objections no later than 4:00 p.m. on Wednesday, August 22, 2001. The Defendant shall file his reply no later than 4:00 p.m. on Friday, August 24, 2001.

      DONE AND ORDERED in Chambers at Miami, Florida, this _20_ day of August, 2001.

                           URSULA UNGARO-BENAGES
                           UNITED STATES DISTRICT JUDGE

copies provided by fax:
counsel of record