UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6088-CR-UNGARO-BENAGES

UNITED STATES OF AMERICA,
    Plaintiff,

vs.                    **ORDER**

MARCO MINUTO,
    Defendant.
_____/

THIS CAUSE is before the Court upon Marco Minuto's Motion to Dismiss Count Two for Failure to State a Claim, filed June 5, 2001.

THE MATTER was referred to the Honorable Stephen T. Brown, United States Magistrate Judge. A Report and Recommendation ("Report") dated July 31, 2001 has been filed, recommending that the Motion be denied. Defendant Marco Minuto filed his Objections on August 3, 2001.

THE COURT has conducted a *de novo* review of the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that Magistrate Brown's Report is RATIFIED, AFFIRMED, AND APPROVED.

DONE AND ORDERED in Chambers at Miami, Florida, this 22 day of August, 2001.

                                            URSULA UNGARO-BENAGES
                                            UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record