UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6088-CR-UNGARO-BENAGES

UNITED STATES OF AMERICA,
    Plaintiff,

vs.         **ORDER**

MARCO MINUTO,
    Defendant.
_____/

    THIS CAUSE is before the Court upon Marco Minuto's Appeal of Magistrate Judge Brown's Order issued on July 31, 2001 that denied Marco Minuto's Specific Brady Request for Debriefing or Proffer Notes, Reports and Communications, filed August 16, 2001.

    THE COURT has considered the Defendant's Appeal, the Government's Response, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

    ORDERED AND ADJUDGED that Defendant's Appeal is DENIED. The Government, however, is under a continuing obligation to disclose to the Defendant information regarding witnesses who the Government knows will testify at trial who have offered inconsistent versions of events that will be the subject of testimony at trial. Furthermore, the Government is under a continuing obligation to disclose exculpatory information from any source, including impeachment.

    DONE AND ORDERED in Chambers at Miami, Florida, this 22 day of August, 2001.

                                      URSULA UNGARO-BENAGES
                                    UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record