UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6088-CR-UNGARO-BENAGES

UNITED STATES OF AMERICA,
    Plaintiff,

vs.                          **ORDER**

MARCO MINUTO,
    Defendant.
_____/

FILED by _____ D.C.
AUG 22 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

    THIS CAUSE is before the Court upon Marco Minuto's Appeal of Magistrate Judge Brown's Order issued on August 8, 2001 that denied Marco Minuto's Motion to Compel Inspection of Personnel Files of Testifying Agents and Officers and Motion for Production of Written Policy of U.S. Attorney's Office, filed August 16, 2001.

    THE COURT has considered the Defendant's Appeal and Motion, the Government's Response, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

    ORDERED AND ADJUDGED that Defendant's Appeal is DENIED. The Government, however, is under a continuing obligation to disclose all exculpatory information from any source, including impeachment. It is further

    ORDERED AND ADJUDGED that Defendant's Motion for Production of Written Policy of U.S. Attorney's Office is DENIED.

    DONE AND ORDERED in Chambers at Miami, Florida, this 22 day of August, 2001.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record