UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE UNGARO-BENAGES

COURTROOM MINUTES


FILED by _____ D.C.
DKTG
AUG 2 3 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

Case No. 00-6088-cr-UB    Date: 8/23/01

Style: U.S.A    vs. Marco Minuto, et. al.

Pltf/AUSA: Mike DiToe, et al.

Defense Counsel: Howard Srebnick et. al.

Reporter: W. Romanishin    Deputy Clerk: C. Harlan

Status Conference/Hearing on Motion: Continuation Pending Motions Hrg — Court was advised that parties had reached plea agreements for all defts - Defts Motions were withdrawn - & the Court proceeded

Calendar Call _____    Trial Set/Reset for _____

TRIAL MINUTES:    BENCH/JURY    VOIR DIRE HELD _____

JURY TRIAL BEGINS _____    TRIAL HELD _____    DAY # _____

TRIAL ENDS _____

DEFENDANT: REMANDED/ACQUITTED    SENTENCE DATE _____

MISCELLANEOUS NOTES TO DOCKET CLERK: w/ plea colloquy's for each deft.