UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE UNGARO-BENAGES

COURTROOM MINUTES

FILED by _____ D.C.
DKTG
AUG 2 3 2001
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

Case No. _OO-6088-cr-UB_ Date: _8/22/01_

Style: _U.S.A._ vs. _Marco Minuto, et al._

Pltf/AUSA _Mike D. Hoe, et al_

Defense Counsel: _Howard Srebnick_

Reporter: _W. Ramunski_ Deputy Clerk _K. Harlan_

Status Conference/Hearing on Motion: _Continuation of_
_hrg on penalty motions —_
_Addl testimony heard —_
_Cnt resumed_

Calendar Call _____ Trial Set/Reset for _____

TRIAL MINUTES:     BENCH/JURY     VOIR DIRE HELD _____

JURY TRIAL BEGINS _____     TRIAL HELD _____ DAY # _____

TRIAL ENDS _____

DEFENDANT: REMANDED/ACQUITTED     SENTENCE DATE _____

MISCELLANEOUS NOTES TO DOCKET CLERK: _____