UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-CR-6088-UNGARO-BENAGES



UNITED STATES OF AMERICA,              :

v.                                     :

MARCO MINUTO, et al.                   :

                                       :

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . :

## MARCO MINUTO'S UNOPPOSED RULE 20 MOTION TO TRANSFER
## HIS CASE TO THE EASTERN DISTRICT OF NEW YORK

Marco Minuto, through counsel, moves the court pursuant to Rule 20, Fed.R.Crim.P., to transfer this case for sentencing to Judge Sterling Johnson of the Eastern District of New York, who has agreed to accept this transfer. See Letter and Order signed Nov. 26, 2001 (fax copy attached). The parties have agreed to consolidate this case with Case No. 00-Cr-1197-Johnson, now pending before Judge Johnson. The parties have agreed in principle to a non-trial disposition of the New York case.

Respectfully submitted,

**BLACK, SREBNICK & KORNSPAN, P.A.**
201 South Biscayne Boulevard
Suite 1300
Miami, Florida 33131
Ph: (305) 371-6421
Fx: (305) 358-2006

By: _____
**HOWARD M. SREBNICK, ESQ**
Florida Bar Number 919063
Attorney for Marco Minuto

-1-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on ___11/27/___, 2001 a true and correct copy of the

foregoing was furnished by mail to:

Michael J. Dittoe, Esq.  *by fax*
Assistant United States Attorney
500 East Broward Boulevard, 7th Floor
Fort Lauderdale, Florida 33394-3002

Tom Firestone  *by fax*
Assistant U.S. Attorney
Eastern District of New York
One Pierrepont Plaza
Brooklyn, New York 11201

Bruce A. Zimet, Esq.
Counsel for Nicolo Mariani
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394

William J. Hunt, Esq.
Counsel for Joseph Minuto
William J. Hunt & Associates

155 Polifly Road
Suite 200
Hackensack, New Jersey 07601

Kerry A. Lawrence, Esq.
Counsel for Chris Greco
Briccetti, Calhoun & Lawrence, LLP
81 Main Street
Suite 450
White Plaines, New York 10601

Probation
Debra A. Speas
United States Probation Office
300 N.E. First Avenue
Room 315
Miami, Florida 33132

By: _____

**HOWARD M. SREBNICK, ESQ.**
Attorney for Marco Minuto

BLACK, SREBNICK & KORNSPAN, P.A., 201 S. BISCAYNE BOULEVARD, SUITE 1300, MIAMI, FLORIDA 33131 ● (305) 371-6421

**United States Attorney's Office**
**Eastern District of New York**

**Alan Vinegrad**
**United States Attorney**

One Pierrepont Plaza
Brooklyn, New York 11201

W/C TO:
JP

TO:

# Facsimile Transmission Cover Page

Name: Howard Srebnick, Esq.

Division/Section:

Phone Number: 305 - 371 - 6421

FAX Number: # 305 - 358 - 2006

---

### CONFIDENTIAL U.S. ATTORNEY FACSIMILE COMMUNICATION

The information contained in this facsimile message, and any and all accompanying documents constitutes confidential information. This information is the property of the U.S. Attorney's Office. If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this message in error, please notify us immediately at the above number to make arrangements for its return to us.

**FROM:** Thomas Firestone, AUSA

Office of the United States Attorney, Eastern District of New York

Phone: FTS/COMMERCIAL (718) 254- 6376

Fax: FTS/COMMERCIAL (718) 254- 6478

Date: 11/27/01          Pages: 3 (Plus cover sheet)

Re: Rule 20 Letter

---

# INSTRUCTIONS

____ IMMEDIATELY NOTIFY SENDER OF ANY DIFFICULTIES IN TRANSMISSION.

____ PLEASE NOTIFY SENDER OF RECEIPT BY TELEPHONE.



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

BR:TAF                                              *One Pierrepont Plaza*
                                                   *Brooklyn, New York 11201*

                        *Mailing Address:*  *147 Pierrepont Street*
                                            *Brooklyn, New York 11201*

                                   November 21, 2001

                                                   RECEIVED
                                                   IN CHAMBERS OF
                                                   HON. STERLING JOHNSON JR

**By Hand**
The Honorable Sterling Johnson, Jr.                     NOV 2 6 2001
United States District Judge
Eastern District of New York
225 Cadman Plaza East                              TIME A.M. .......................
Brooklyn, N.Y. 11201                                    P.M. .......................

          Re: United States v. Marco Minuto, et al.
              Criminal Docket No. 00 Cr. 1197 (S-1)(SJ)

Dear Judge Johnson:

          The government respectfully submits this letter to inform
the Court of certain facts regarding the referenced matter and to seek
the Court's approval of a proposed transfer to the Eastern District of
New York, pursuant to Rule 20 of the Federal Rules of Criminal
Procedure, of a pending case in the Southern District of Florida.

<u>Background</u>

          On or about May 4, 2000, the defendant Marco Minuto was
arrested pursuant to an indictment returned by a grand jury in the
Southern District of Florida, <u>United States v. Marco Minuto et al.</u>,
00-CR-6088 (Ungaro-Benages) (hereinafter "the Florida case"). The
defendant has been incarcerated in the Southern District of Florida
since December 2000 pursuant to this charge. On August 23, 2001, the
defendant pled guilty in the Southern District of Florida to a single
count of the Florida indictment charging him with conducting an
illegal bookmaking operation, in violation of 18 U.S.C. § 1955 and is
scheduled to be sentenced in the Southern District of Florida on
November 30, 2001.

          In May 2001, a grand jury in the Eastern District of New
York returned a Superseding Indictment captioned <u>United States v.
Lukov et al.</u>, 00 Cr. 1197 (S-1)(SJ) charging Minuto with operating a
racketeering enterprise (the "Lukov Organization") which engaged in
various forms of criminal activity including (1) a scheme to defraud
New York State of tax revenue due and owing on gasoline imported from
New Jersey and sold to retail filling stations in New York, a practice

commonly referred to as "bootlegging", (2) a scheme to defraud
Citgo Petroleum Corporation ("Citgo") of over $2,000,000 worth of
gasoline and petroleum products in 1996-1997, (3) extortion
conspiracy and (4) money laundering in connection with the Citgo
and bootleg gasoline frauds (hereinafter "the New York case").

The government and the defendant have reached an
agreement in principle pursuant to which the defendant will plead
guilty to Count 1 of the New York indictment. As part of this
agreement, the government and the defendant have agreed that the
Florida case will be transferred to the Eastern District of New
York pursuant to Rule 20 of the Federal Rules of Criminal
Procedure and will be consolidated for purposes of sentencing
with the New York case[1]. We are informed by Assistant United
States Attorney Michael Dittoe of the Southern District of
Florida that the United States Attorney for the Southern District
of Florida will consent to the proposed transfer. We are also
informed by Mr. Dittoe and by defense counsel that the judge
presiding over the Florida case, Judge Ungaro-Benages, has
informed the parties that she will agree to transfer the
defendant's scheduled November 30, 2001 sentencing in
anticipation of the proposed transfer only if she is informed by
the parties in advance of November 30, 2001 that your Honor will
accept a transfer of the Florida case. Accordingly, the
government respectfully requests that the Court approve the

---

[1] The text of Rule 20 is ambiguous with respect to the issue
of whether a case may be transferred pursuant thereto strictly
for purposes of sentencing, rather than for plea and sentencing.
The government is unaware of any applicable case law directly
addressing this issue. However, the United States Attorney for
the Eastern District of New York, the United States Attorney for
the Southern District of Florida and the defendant and his
counsel all take the position that the proposed transfer in the
instant case is consistent with Rule 20's underlying purpose of
"advanc[ing] the interests of both the prosecution and defendant
in a timely entry of a plea of guilty." See Federal Rule of
Criminal Procedure 20, Advisory Committee Notes, 1982 Amendments,
Subdivision (b). Furthermore, in connection with the proposed
agreement, the defendant has agreed to waive any right to appeal
or otherwise collaterally challenge his conviction on the basis
of the proposed transfer.

3

proposed transfer and indicate its consent by "so ordering" this letter.

Respectfully submitted,

ALAN VINEGRAD
UNITED STATES ATTORNEY

By: _____
Thomas Firestone
Assistant U.S. Attorney
(718) 254-6376

cc: Howard Srebnick, Esq. (via facsimile 305-358-2006)
    Jay Fahey, Esq. (via facsimile)
    Michael Dittoe, Esq. (via facsimile 954-356-7230)

SO ORDERED:

_____    NOVEMBER 26, 2001
Honorable Sterling Johnson, Jr.
Eastern District of New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-CR-6088-UNGARO-BENAGES

UNITED STATES OF AMERICA,         :
                                  :
        Plaintiff,                :
                                  :
v.                                :
                                  :
MARCO MINUTO,                     :
                                  :
        Defendant.                :
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . :

## ORDER TRANSFERRING CASE TO THE EASTERN DISTRICT OF NEW YORK

This matter is before the court on Marco Minuto's Unopposed Rule 20 Motion to Transfer His Case to the Eastern District of New York for sentencing. This court is advised that U.S. District Judge Sterling Johnson has agreed to accept the transfer. Accordingly, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. The order setting sentencing before this court is hereby VACATED and all further proceedings shall be held in the Eastern District of New York at the direction of Judge Sterling Johnson.

DONE and ORDERED in Miami, Florida, this _____ day of_____, 2001.

_____
URSULA UNGARO-BENAGES
United States District Judge

Copies to:    U.S. District Judge Sterling Johnson (E.D.N.Y.)
              Howard M. Srebnick (counsel for Marco Minuto)
              AUSA Michael J. Dittoe (S.D. Fla.)
              AUSA Tom Firestone (E.D.N.Y.)