UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-CR-6088-UNGARO-BENAGES

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARCO MINUTO,

    Defendant.

FILED by _____ D.C.
NOV 2 8 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER TRANSFERRING CASE TO THE EASTERN DISTRICT OF NEW YORK

This matter is before the court on Marco Minuto's Unopposed Rule 20 Motion to Transfer His Case to the Eastern District of New York for sentencing. This court is advised that U.S. District Judge Sterling Johnson has agreed to accept the transfer. Accordingly, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. The order setting sentencing before this court is hereby VACATED and all further proceedings shall be held in the Eastern District of New York at the direction of Judge Sterling Johnson.

DONE and ORDERED in Miami, Florida, this 28 day of Nov. , 2001.

*[signature]*
URSULA UNGARO-BENAGES
United States District Judge

Copies to:   U.S. District Judge Sterling Johnson (E.D.N.Y.)
            Howard M. Srebnick (counsel for Marco Minuto)
            AUSA Michael J. Dittoe (S.D. Fla.)
            AUSA Tom Firestone (E.D.N.Y.)

NOV 29 2001
Rec'd in MIA Dkt