# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Clarence Maddox**
Court Administrator • Clerk of Court

301 North Miami Avenue
Miami, Florida 33128-7788
(305) 523-5100

December 5, 2001

United States District Court
Eastern District of New York
United States Courthouse
Two Uniondale Avenue
Uniondale, NY 11553



RE: USA vs. Marco Minuto
Case No. 00-6088 cr UUB

Dear Sir or Madam:

The defendant in the above case has entered a Consent to Transfer of Case for Plea and Sentence (*Under Rule 20*) and is being transferred to your court. The following items are being forwarded herewith:

      (1) original Consent to Transfer of Case for Plea and Sentence (*Under Rule 20*)
      (1) certified copy of the Indictment/Information
      (1) certified copy of the Docket Sheet

Please acknowledge receipt of the above on the enclosed copy of this letter and return it the envelope which has been provided.

CLARENCE MADDOX
Clerk of Court

by: _____
     Deputy Clerk

Encl.

---

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Duplicate          Duplicate          Duplicate

**Clarence Maddox**
Court Administrator • Clerk of Court

301 North Miami Avenue
Miami, Florida 33128-7788
(305) 523-5100

December 5, 2001

United States District Court
Eastern District of New York
United States Courthouse
Two Uniondale Avenue
Uniondale, NY 11553

RE: US vs. Marco Minuto
Case No.00-6088 cr UUB

Dear Sir or Madam:

The defendant in the above case has entered a Consent to Transfer of Case for Plea and Sentence (*Under Rule 20*) and is being transferred to your court. The following items are being forwarded herewith:

       (1) original Consent to Transfer of Case for Plea and Sentence (*Under Rule 20*)
       (1) certified copy of the Indictment/Information
       (1) certified copy of the Docket Sheet

Please acknowledge receipt of the above on the enclosed copy of this letter and return  it the envelope which has been provided.

CLARENCE MADDOX
Clerk of Court

by: *Tammy Blately*
    Deputy Clerk

Encl.

CLERK'S ACKNOWLEDGMENT OF RECEIPT

This case has been assigned our case number:

_____

by: _____,
    Deputy Clerk

Date: _____

Duplicate          Duplicate          Duplicate

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism
for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*